25-cv-89-JMB/SGE

Authorization for Legal Document Pickup

I, Haishan Yang, hereby authorize the representative from Pro Legal Service to pick up my summons and other legal documents on my behalf.

I confirm that the documents should not be sent to any other party and are only to be picked up as per this authorization.

Please reach me out via email haishan1121@gmail.com.

Haishan Yang

01/08/205

RECEIVED
JAN 08 2025
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA



JAN 08 2025
U.S. DISTRICT COURT MPLS