UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Haishan Yang | **NOTICE OF APPEARANCE OF CARRIE RYAN GALLIA** |
| Plaintiff | Case No: 25-CV-00089 [JMB/SGE] |
| v. | |
| University of Minnesota | |
| Defendant | |

The undersigned attorney hereby notifies the Court and Plaintiff Haishan Yang that Carrie Ryan Gallia shall appear as counsel of record for Defendant Regents of the University of Minnesota (named in the caption as "University of Minnesota") in this case.

Dated: January 10, 2025

DOUGLAS R. PETERSON
General Counsel
University of Minnesota

By /s/ Carrie Ryan Gallia
Carrie Ryan Gallia (#0390479)
Senior Associate General Counsel
360 McNamara Alumni Center
200 Oak Street S.E.
Minneapolis, MN 55455
(612) 624-4100
ryang001@umn.edu

*Attorney for Defendant Regents of the University of Minnesota*