UNITED STATES DISTRICT COURT

for the

District of Minnesota

Court File #

Haishan Yang,

    Plaintiff,

vs.

**AFFIDAVIT OF SERVICE**

University of Minnesota,

    Defendant.

**PRO LEGAL SUPPORT SERVICES, INC.**

I, Ben Marker, state that on January 10, 2025, at 12:52 pm, I served a copy of the Summons; Motion; Application for Pro Se Litigant to File Electronically; Complaint; and Civil Cover Sheet in the above-captioned case upon University of Minnesota therein named, at 200 Oak Street SE Suite 360, Minneapolis, MN 55455, in the County of Hennepin, by handing to and leaving with Douglas Peterson (General Counsel) true and correct copies thereof.

I declare under penalty of perjury that this information is true.

Signed in the state of: Minnesota

In the county of: Hennepin

Dated: January 10, 2025

Ben Marker
7800 Metro Parkway #300
Bloomington, MN 55425
(612) 860-5844
service@prolegalmn.com