1
00:00:17.110 --> 00:00:18.459
Shana Watters: Good morning, John.

2
00:00:20.270 --> 00:00:21.250
John Lof: I mean, how are you.

3
00:00:23.540 --> 00:00:26.224
Shana Watters: I am doing well. Thank you for asking.

4
00:01:24.730 --> 00:01:27.790
JaneAnne Murray: John with Sharon. Do you think we have everybody.

5
00:01:29.046 --> 00:01:32.720
John Lof: Yep, we have. Well, we have 5 panelists. At the moment.

6
00:01:32.720 --> 00:01:34.060
JaneAnne Murray: Expected 6.

7
00:01:34.230 --> 00:01:36.720
John Lof: Yes, the university representative.

8
00:01:36.720 --> 00:01:37.510
JaneAnne Murray: Oh, okay.

9
00:01:37.908 --> 00:01:39.499
John Lof: The call just representative.

10
00:01:39.500 --> 00:01:41.350
JaneAnne Murray: Oh, right! Who is that person?

11
00:01:41.731 --> 00:01:43.639

John Lof: And they're joining now. Dr.

12
00:01:43.640 --> 00:01:44.340
JaneAnne Murray: Great.

13
00:01:49.720 --> 00:01:53.590
JaneAnne Murray: Good morning, everyone. We're just waiting for everyone to

14
00:01:54.830 --> 00:01:55.890
JaneAnne Murray: be

15
00:01:56.510 --> 00:02:00.450
JaneAnne Murray: present in the zoom room and have their cameras on, etc.

16
00:02:01.320 --> 00:02:02.599
JaneAnne Murray: and we'll begin.

17
00:02:23.680 --> 00:02:25.409
JaneAnne Murray: John is Sarah

18
00:02:25.910 --> 00:02:28.019
JaneAnne Murray: a panelist? Oh, I see.

19
00:02:29.450 --> 00:02:31.920
█████████: I apologize. I'll be camera on in just a minute.

20
00:02:31.920 --> 00:02:33.840
JaneAnne Murray: No worries, no worries. Yeah.

21
00:02:48.514 --> 00:03:00.890
JaneAnne Murray: Usually we ask for our panelists to have their cameras on. There will be times throughout the day when people might briefly, for a short period, turn off their cameras. I'm aware of that in advance, and

22
00:03:01.560 --> 00:03:10.070
JaneAnne Murray: people shouldn't be concerned by that Haitian. Don't worry if the camera goes off, our panelists are very engaged, and

23
00:03:10.340 --> 00:03:17.730
JaneAnne Murray: if they go off camera, they text me and let me know, and they're still engaged in the proceedings. So don't worry about that.

24alabsi
00:03:23.950 --> 00:03:26.110
JaneAnne Murray: I'm just gonna wait a couple more minutes.

25
00:03:28.680 --> 00:03:32.324
JaneAnne Murray: It's nice to see some familiar faces there.

26
00:03:37.860 --> 00:03:39.630
JaneAnne Murray: Sarah, if you're

27
00:03:40.090 --> 00:03:45.619
JaneAnne Murray: just able to be engaged. I'm fine with moving forward without your camera on.

28
00:03:45.780 --> 00:03:48.169
█████████: Yeah, sorry. It'll be just a minute or 2.

29
00:03:48.170 --> 00:03:50.330
JaneAnne Murray: Don't worry. But do you want me to proceed.

30
00:03:50.570 --> 00:03:52.040
█████████: Yes, please. Thank you very much.

31
00:03:52.040 --> 00:04:01.399
JaneAnne Murray: Okay, great. All right. So welcome. Everybody today is November 15.th It is

32

00:04:02.170 --> 00:04:15.804
JaneAnne Murray: 9 0, 3 in the morning, and we're here in a zoom space to have a campus committee on student behavior hearing for Yulong Haitian yang

33
00:04:17.300 --> 00:04:18.019
JaneAnne Murray: it.

34
00:04:18.970 --> 00:04:43.610
JaneAnne Murray: This meeting is being recorded. We ask our panelists to keep their cameras on, and to be 100 focused on the proceeding, going forward to eliminate distractions, you know. Keep your phone away, but I am aware that some of you may have issues during the day which require you to turn off your camera, and that's fine with me. We just want you to be engaged. If you're not going to be engaged, let me know, and we can take a break.

35
00:04:43.610 --> 00:05:07.549
JaneAnne Murray: And, as you all know, or for those new to this. We do take breaks periodically throughout the day, and we take a break for lunch so that everybody is able to get the sustenance they need. Okay, so 1st of all, let me just introduce myself, and then we'll go through the room and introduce everybody. My name is Jane Ann Murray. I'm the chair of the Campus Committee

36
00:05:07.550 --> 00:05:15.550
JaneAnne Murray: on Student Behavior, and I'm the chair for this proceeding. I'm a clinical law professor at the law School.

37
00:05:15.967 --> 00:05:18.469
JaneAnne Murray: John, would you introduce yourself, please.

38
00:05:19.870 --> 00:05:26.869
John Lof: Yes, good morning. My name is John Lough. I'm a Senate associate in the University Senate office, and today I am the Ccsb. Case secretary.

39
00:05:27.280 --> 00:05:28.819
JaneAnne Murray: Thank you. Sharon.

40
00:05:30.990 --> 00:05:39.590

Sharon Dzik: Hello, everybody! My name is Sharon Desick, and I am the director of the office for community standards, and I will be the presenter for the university. In this case.

41
00:05:40.530 --> 00:05:41.309
JaneAnne Murray: Roxanne.

42
00:05:42.400 --> 00:05:45.499
Roxanne S Krietzman: Morning. Everyone. My name is Roxanne Kreitzman.

43
00:05:45.510 --> 00:05:52.990
Roxanne S Krietzman: I am the assistant director for student advocacy, and I am serving as Haishan student advocate today at the hearing.

44
00:05:53.250 --> 00:05:55.319
JaneAnne Murray: Thank you. Shauna.

45
00:05:56.330 --> 00:06:02.660
Shana Watters: Good morning. All my name is Shanna Waters, and I'm a teaching professor in the department of Computer Science and Engineering.

46
00:06:03.480 --> 00:06:04.350
JaneAnne Murray: Maddie.

47
00:06:05.960 --> 00:06:13.859
Mattie Hawley: Everyone. My name is Maddie Hawley. I am the division administrator for student Affairs in the College of Pharmacy, and I am a panel member.

48
00:06:15.150 --> 00:06:16.000
JaneAnne Murray: Brian.

49
00:06:18.374 --> 00:06:20.925
Bryan Dowd: Good morning. My name is Brian Dowd.

50
00:06:21.870 --> 00:06:28.169

Bryan Dowd: Excuse me, I'm a professor in Hpa. In health, policy and management.

51
00:06:28.972 --> 00:06:43.620
Bryan Dowd: And I can give a little more detail. I have a bachelor's degree in architecture from Georgia, Tech, Ms. In urban administration from Georgia, State, a Phd. In public policy analysis

52
00:06:43.720 --> 00:06:55.760
Bryan Dowd: from the University of Pennsylvania. I teach econometrics, and I co-teach writing for research in our doctoral program, and I am, Hush! Han's advisor.

53
00:06:56.530 --> 00:06:58.719
JaneAnne Murray: Thank you. Brian. ███.

54
00:07:01.560 --> 00:07:06.850
████████: Morning. Everyone. My name is ████████. I'm a graduate student in the department of Horticultural Science.

55
00:07:07.720 --> 00:07:09.859
JaneAnne Murray: And and you're a panelist today, right?

56
00:07:11.100 --> 00:07:14.100
████████: Correct. Thank you, Janet.

57
00:07:14.100 --> 00:07:15.110
JaneAnne Murray: Natalie.

58
00:07:15.920 --> 00:07:21.819
Natalie V Covington: Hi. My name is Natalie Covington. I'm an assistant professor in the Speech Language Hearing Sciences Department, and I'm a panelist today.

59
00:07:22.170 --> 00:07:23.210
JaneAnne Murray: Thank you.

60
00:07:24.020 --> 00:07:27.000

JaneAnne Murray: I'm not going to pronounce your name correctly. Weihua.

61
00:07:27.800 --> 00:07:37.609
Weihua Guan: Yeah, yeah, you you pronounce correctly. So, yeah, so so my name is Vihua Guan. So I'm a professor at Bell Statistics and Health data science. I'm a panelist today.

62
00:07:38.080 --> 00:07:39.899
JaneAnne Murray: Thank you. Hannah.

63
00:07:41.340 --> 00:07:52.809
Hannah T Neprash: Good morning. My name is Hannah Niprash. I am also a professor in health policy and management in the School of Public Health. I am a witness today, and I'm 1 of the 4 faculty who brought the allegation.

64
00:07:53.260 --> 00:07:55.480
JaneAnne Murray: Thank you. Ezra.

65
00:07:56.570 --> 00:08:05.379
Ezra Golberstein: Hi! I'm Ezra Goldberstein, like Hannah, I'm a associate professor in the division of health policy and management, and, like Hannah, I'm a witness in one of the 4 faculty that brought the allegation.

66
00:08:05.680 --> 00:08:07.310
JaneAnne Murray: Thank you. Sarah.

67
00:08:08.340 --> 00:08:15.229
██████████i: Good morning, everyone. My name's ██████. I'm in my final year of medical school here at the University of Minnesota, and I'm a panelist.

68
00:08:15.680 --> 00:08:41.870
JaneAnne Murray: Thank you so much. Welcome to all of you. This is the point when I review the standard of proof at a Ccsb. Hearing in all Ccsb. Hearings the standard proof is preponderance of the evidence. This means that the panel will determine whether it is more likely than not that the student conduct code was violated or not.

69

00:08:41.870 --> 00:09:11.130
JaneAnne Murray: We typically put on the record here any understandings reached at the pre-hearing conference. One of the understandings was that each side would have a total of 2 and a half hours to present their case. That would include questioning from each side, but maybe not necessarily include all the questioning from the panelists that may expand the time, but the goal here is to at least try to keep the presentation to approximately 5 or 6 h, and it may be shorter than that.

70
00:09:11.200 --> 00:09:24.859
JaneAnne Murray: And at this point I typically ask witnesses to leave the room who are not going to be here for the whole hearing. Sharon, who did you want to be present during the hearing? Usually the professors who are

71
00:09:25.600 --> 00:09:33.190
JaneAnne Murray: the instructors who bring the claims here get to stay throughout the hearing. So, Sharon, who did you want to be present.

72
00:09:33.190 --> 00:09:36.900
Sharon Dzik: Yeah. Both Hannah and Ezra will be present.

73
00:09:37.270 --> 00:09:42.810
JaneAnne Murray: Okay, great. And then, Brian, you're not here as a panelist. Right?

74
00:09:43.410 --> 00:09:45.820
JaneAnne Murray: You're here as an advisor. So you're a witness. Is that.

75
00:09:45.820 --> 00:09:47.280
Bryan Dowd: That's correct.

76
00:09:47.830 --> 00:09:54.960
JaneAnne Murray: And did. Are you? Are you here for Haishan? Are you going to step out, or are you sort of Haishan's.

77
00:09:55.310 --> 00:09:57.829
Roxanne S Krietzman: He's a witness, so he'll step out till his.

78
00:09:57.830 --> 00:09:58.799
JaneAnne Murray: He'll step out.

79
00:09:58.800 --> 00:10:16.660
Roxanne S Krietzman: Yeah. And can I just make a clarification? I know Ezra was the name on the report. I know there are multiple accusing faculty members, but I'm just wondering if we can have Ezra say. But Hannah be excused until her testimony.

80
00:10:17.710 --> 00:10:18.090
JaneAnne Murray: Roxanne.

81
00:10:18.090 --> 00:10:18.810
Roxanne S Krietzman: He had just.

82
00:10:18.810 --> 00:10:28.579
JaneAnne Murray: Discussed that at the hearing one of the issues was that I'm not sure that between Ezra and Hannah that they're able to be here all day, and so, in order to ensure a continuous presence

83
00:10:28.810 --> 00:10:29.710
JaneAnne Murray: of

84
00:10:31.230 --> 00:10:36.669
JaneAnne Murray: complaining instructor, that's why I agreed to have both of them could be there.

85
00:10:36.670 --> 00:10:38.820
Roxanne S Krietzman: Okay, no worries. Thanks. Jane Ann.

86
00:10:38.820 --> 00:10:45.600
Sharon Dzik: Just for a point of record. Also, I think we forgot to introduce Hi Shan. Do you think you could have him introduce himself.

87
00:10:45.600 --> 00:10:57.799

JaneAnne Murray: That's correct. I'm so sorry, Hi Shan. I'm sorry that I didn't do that. I'm going through my screen, and I'm thinking through all my panelists and my witnesses, and I overlooked you. Please do introduce yourself. Thank you.

88
00:10:59.420 --> 00:11:05.579
Haishan Yang: Yeah. My name is Haisha Young. I'm a Phd. Student in school. Public health.

89
00:11:06.000 --> 00:11:08.230
Haishan Yang: I'm the accused student.

90
00:11:09.080 --> 00:11:33.990
JaneAnne Murray: Thank you very much. Okay, so, Brian, I think you're going to step out, and when we need you we'll give you a call, and then we can bring you back in. Thank you so much, and we previously had agreed that the parties had said they had no objections to any of the panelists. Is that the same situation, Roxanne Sharon? You're ready to seat our, I believe, 6 panelists here.

91
00:11:37.010 --> 00:11:37.720
Roxanne S Krietzman: That's correct.

92
00:11:37.720 --> 00:11:40.299
Sharon Dzik: This is Sharon. I have no objections.

93
00:11:40.300 --> 00:11:46.900
JaneAnne Murray: Okay, excellent. So we have 6 panelists, and they are all seated. So we certainly have a quorum, because a forum requires 5.

94
00:11:47.559 --> 00:11:54.549
JaneAnne Murray: Okay? So we begin the proceeding by me reading the complaint just to

95
00:11:54.850 --> 00:11:58.387
JaneAnne Murray: put on the record what we're dealing with today.

96
00:11:59.100 --> 00:12:07.390

JaneAnne Murray: the complaint reads as follows a report alleging that you, Yulong, Yang, or Haishan Yang.

97
00:12:07.390 --> 00:12:31.010
JaneAnne Murray: engaged in scholastic dishonesty. It was submitted by Professor Ezra Goldbertstein. The report states that in the health economics, written preliminary examination. You used generative AI Chat Gpt or other Llm. Large language model. When you wrote your health economics, prelim exam using any generative AI in any form was strictly forbidden.

98
00:12:31.010 --> 00:12:52.920
JaneAnne Murray: 4 health economics area of emphasis, faculty reviewed the exam, and all 4 shared that your answers did not seem to be directly relevant to the question or involved concepts that were not covered in class or the readings. They all had significant concerns that some form of large language model generative AI model was used in the answers

99
00:12:52.950 --> 00:13:04.700
JaneAnne Murray: the University recommended. Sanction includes expulsion, and a disciplinary hold to be placed on your record. The hold would prevent you from registering at the University and from obtaining your records through routine channels.

100
00:13:05.270 --> 00:13:27.819
JaneAnne Murray: Subdivisions alleged have been violated. Subdivision. One of the Campus Committee on student behavior, conduct, code, scholastic dishonesty, scholastic dishonesty means plagiarism, cheating on assignments or examinations, including the unauthorized use of online learning support and testing platforms, engaging in unauthorized collaboration on academic work, including

101
00:13:27.820 --> 00:13:35.830
JaneAnne Murray: the posting of student generated coursework on online learning, support and testing platforms not approved for the specific course in question.

102
00:13:35.830 --> 00:14:04.070
JaneAnne Murray: taking, acquiring or using course materials without faculty. Permission, including the posting of faculty, provided course materials on online learning, support and testing platforms, submitting false or incomplete records of academic achievement, acting alone or in cooperation with another, to falsify records, or to obtain dishonestly grades, honors, awards, or professional endorsement, altering forging misrepresenting or misusing a university, academic record or fabricating or falsifying data. Research procedures or data analysis.

103
00:14:04.300 --> 00:14:27.109
JaneAnne Murray: Possible sanctions include one or more of the following academic sanction, warning, probation required compliance, confiscation, restitution, restriction of privileges, university housing, suspension, university housing, expulsion, suspension, expulsion, withholding of diploma or degree or revocation. Of admission or degree

104
00:14:28.830 --> 00:14:34.859
JaneAnne Murray: so at this point. We I will poll the panel for bias.

105
00:14:35.010 --> 00:15:01.570
JaneAnne Murray: So I'm going to ask you to state your full name and state whether or not you have a bias or no bias in the case. Please know that if you report no bias in this matter, and you are seated as a voting member of the panel. You affirm that you will remain as objective and impartial as possible throughout the hearing process, and that you will fairly consider all evidence presented during the hearing. When we engage, when the Panelists engage in deliberations.

106
00:15:02.065 --> 00:15:06.520
JaneAnne Murray: Okay. So I will go through each panelist Shanna.

107
00:15:07.800 --> 00:15:10.510
Shana Watters: Shanna waters, no bias.

108
00:15:10.740 --> 00:15:13.019
JaneAnne Murray: Thank you, Maddie Hawley.

109
00:15:14.040 --> 00:15:16.110
Mattie Hawley: Maddie Holly, no bias.

110
00:15:16.710 --> 00:15:18.060
JaneAnne Murray: John Larson.

111
00:15:19.700 --> 00:15:21.689
John Larsen: John Larson. No bias.

112
00:15:22.330 --> 00:15:24.000
JaneAnne Murray: Natalie Covington.

113
00:15:24.270 --> 00:15:26.310
Natalie V Covington: Natalie Covington. No bias.

114
00:15:29.150 --> 00:15:31.950
JaneAnne Murray: You are a panelist, right?

115
00:15:31.950 --> 00:15:35.240
Weihua Guan: Yeah, right? Right? Yeah, we have one. No bias.

116
00:15:35.240 --> 00:15:36.650
JaneAnne Murray: Thank you, Hannah.

117
00:15:36.670 --> 00:15:38.790
JaneAnne Murray: Oh, you're a witness right, Hannah.

118
00:15:39.310 --> 00:15:43.639
JaneAnne Murray: Yes, my last panelist is Sarah. Hi, Sarah!

119
00:15:43.640 --> 00:15:45.840
Sarah Alabsi: Hi Sarah loves. See no bias.

120
00:15:46.110 --> 00:15:54.509
JaneAnne Murray: Thank you. So any challenges to any of the panelists from our parties. Roxanne Sharon.

121
00:15:55.350 --> 00:15:58.000
Sharon Dzik: University, has no challenges.

122
00:15:59.670 --> 00:16:00.120

JaneAnne Murray: Thank you.

123
00:16:00.120 --> 00:16:02.649
Roxanne S Krietzman: Roxanne. We have no challenges as well.

124
00:16:02.650 --> 00:16:13.660
JaneAnne Murray: Okay, great. So this, we have 6 panelists and they will be seated. Now I will ask you, Hi, Shan, how do you respond to the complaint, responsible or not responsible.

125
00:16:14.150 --> 00:16:15.630
Haishan Yang: Not the response call.

126
00:16:16.000 --> 00:16:24.099
JaneAnne Murray: Thank you. Okay. Now, I just want to clarify that everybody on our panel was able to get access to the box.

127
00:16:25.610 --> 00:16:40.320
JaneAnne Murray: All of you. Okay, great. And obviously, you know, feel free to to dip into the box as you're during breaks, or as the issues arise the parties will direct your attention to specific documents throughout the day. We do want to make sure that you've

128
00:16:40.360 --> 00:16:45.189
JaneAnne Murray: had an opportunity to review everything prior to any deliberations.

129
00:16:45.950 --> 00:16:52.370
JaneAnne Murray: I'm now going to turn it over to Sharon to give her her opening remarks. She has up to 10 min. Thank you, Sharon.

130
00:16:53.550 --> 00:16:56.509
Sharon Dzik: Thank you. And thanks again, you guys, for all being here.

131
00:16:56.899 --> 00:17:08.360
Sharon Dzik: So again, my name is Sharon Bezik, and I am the director of the office for community standards, and I'm serving as the presenter in this hearing for the university.

132
00:17:08.569 --> 00:17:12.940
Sharon Dzik: So I'm going to start my presentation by going over 4 points

133
00:17:13.520 --> 00:17:19.639
Sharon Dzik: regarding academic integrity at the University of Minnesota. That, I think, are really important to this case.

134
00:17:19.819 --> 00:17:26.449
Sharon Dzik: So the 1st one is promoting academic achievement and integrity is everyone's responsibility.

135
00:17:27.170 --> 00:17:39.549
Sharon Dzik: It's the responsibility of students to do their own work and to protect the intellectual property of themselves and others. It's the responsibility of faculty to set clear guidelines, give honest feedback and uphold standards.

136
00:17:39.660 --> 00:17:53.820
Sharon Dzik: The second point is achieving a degree from the University of Minnesota is a prestigious accomplishment. It signifies that a student has met all the requirements and has learned the body of knowledge necessary for the students chosen discipline.

137
00:17:54.350 --> 00:18:14.870
Sharon Dzik: The 3rd point is that the 1st guiding principle in the Student Conduct Code University of Minnesota. Student Conduct Code states that the University seeks an environment that promotes academic achievement and integrity that's protective of free inquiry. And that serves the educational mission of the university. This is why we're all really here today.

138
00:18:15.010 --> 00:18:28.579
Sharon Dzik: And the number 4 is that students are responsible for knowing what's expected in each of their courses and assignments, and they are responsible for doing their own work and protecting the intellectual property of themselves and others.

139
00:18:28.860 --> 00:18:44.070
Sharon Dzik: So with those points, I want to go over a little bit about our office office for community standards, and how we handle reports of scholastic dishonesty, because you might

have seen some things in the box that you were wondering about. So this hopefully will clarify a few things.

140
00:18:44.230 --> 00:18:52.839
Sharon Dzik: So our office is office for community standards, is the central repository for reports of of scholastic dishonesty.

141
00:18:53.680 --> 00:19:10.360
Sharon Dzik: When instructors submit the reports to our office. Our job is to meet with the student and inform them of their due process rights. In this meeting we tell students that it's the responsibility of the faculty involved in the case to decide whether scholastic dishonesty has occurred.

142
00:19:10.530 --> 00:19:14.090
Sharon Dzik: Our office never makes decisions

143
00:19:14.120 --> 00:19:23.970
Sharon Dzik: for these academic issues. It's totally up to the faculty. We help them, we we walk through it. We listen to them, but it ultimately is their decision.

144
00:19:24.780 --> 00:19:44.429
Sharon Dzik: So the informal part of this process, and reviewing a report of scholastic dishonesty, often involves participation by the faculty, especially in cases of prelim exams, or even dissertations, as there are usually several graders or a committee made up of several faculty that need to be consulted

145
00:19:44.650 --> 00:19:52.629
Sharon Dzik: now as members of campus committee on student behavior. You're going to decide today whether Haishan Yang has violated the student conduct Code today.

146
00:19:52.710 --> 00:19:55.799
Sharon Dzik: And if yes, what's the out? What should the outcome be?

147
00:19:56.160 --> 00:20:02.970
Sharon Dzik: Hi Sean is in the graduate program called Health Economics within the School of Public Health, which you probably already figured out.

148
00:20:03.050 --> 00:20:09.099
Sharon Dzik: On August 29th our office received a report from Professor Goldberstein.

149
00:20:09.130 --> 00:20:12.539
Sharon Dzik: from the School of Public Health and the Management Division.

150
00:20:12.590 --> 00:20:16.800
Sharon Dzik: He submitted a report that Haishan, more likely than not.

151
00:20:16.930 --> 00:20:25.370
Sharon Dzik: used an Llm. Which is a large language, model, or artificial intelligence, to answer questions on his prelim exam.

152
00:20:25.860 --> 00:20:33.410
Sharon Dzik: And he did not make this single his decision by himself. And you'll see that during the hearing that there was 4 faculty who reviewed the exam.

153
00:20:33.650 --> 00:20:43.279
Sharon Dzik: so I 1st became familiar with Haishan Yang because of a report made to our office by Professor Susan Mason in October 2023.

154
00:20:43.640 --> 00:20:47.590
Sharon Dzik: You can see document J in the box if you want to refer to it.

155
00:20:48.308 --> 00:21:01.540
Sharon Dzik: Susan Mason strongly suspected that Haishan Yang had been using Chat Gpt, but decided not to pursue the charge, because it seemed that there was not quite enough evidence to to meet the preponderance standard.

156
00:21:01.800 --> 00:21:13.119
Sharon Dzik: and the infraction seemed relatively minor. So, instead of holding Haishan accountable. Our office sometimes sends these warning letters instead. That's it, and it. The warning letter reads

157
00:21:13.220 --> 00:21:31.720
Sharon Dzik: at this time the University disciplinary action will not be taken against you.
However, if our office receives information about your involvement in prohibited behaviors as
defined by the Student Conduct Code in the future, we may take this current information into
account in deciding any outcomes

158
00:21:31.820 --> 00:21:46.910
Sharon Dzik: with this, said, I would encourage you to protect your own academic work, and
always carefully read every syllabi for all the expectations of your courses that was sent to
Haishan. And I want you to definitely take that into consideration as you make decisions today.

159
00:21:47.080 --> 00:21:51.099
Sharon Dzik: So when Haishan and I met for the 1st time about this case

160
00:21:51.530 --> 00:22:06.789
Sharon Dzik: on September 9, th to discuss the report about Haishan's prelim submitted by Ezra
on behalf of all the graders. His advisor, Brian Dowd, had technical difficulties, causing the
meeting to begin approximately 30 min late.

161
00:22:06.950 --> 00:22:26.010
Sharon Dzik: In the short amount of time we had I reviewed the meeting agenda, which you can
also find in the box. And oh, I need to apologize because the the box was a little tricky, getting
the stuff in in my table of com con contents got a little weird. So there's 1 duplicate thing in
there. So just be aware of that. If you get confused trying to find something.

162
00:22:26.070 --> 00:22:42.600
Sharon Dzik: Okay. So so we start the meeting late. And Haishan came with, you know, full
intention to explain his situation to me which I appreciated. So he started to explain his
response to to Ezra's accusations to the reports, accusations.

163
00:22:42.760 --> 00:22:57.619
Sharon Dzik: Aishan did try to show me why he believed that Chat Gpt can generate different
answers, but because I was not very familiar with how Chat Gpt could be used in his prelim. Nor
do I have any familiarity with the field of health economics.

164
00:22:57.800 --> 00:23:05.630

Sharon Dzik: I was not following Haishan's explanations very well, and thought it would be better for him to meet with the faculty again

165
00:23:05.720 --> 00:23:09.219
Sharon Dzik: to find out why they strongly believed he used an Llm.

166
00:23:09.580 --> 00:23:22.679
Sharon Dzik: So in our meeting, Haishan also brought up the use of the acronym Pco. And that's going to come up in the also in the presentation, and why this in in his prelim, proved nothing.

167
00:23:22.910 --> 00:23:34.489
Sharon Dzik: and he was very earnest about this, and I had, you know, I thought, oh, well, that's kind of sounds reasonable. I had nothing to offer about that other than I thought he should hear from the faculty members whether or not this proved anything.

168
00:23:34.850 --> 00:23:43.940
Sharon Dzik: So I ended the meeting with the hope that Haishan would meet again with his faculty members to go over all of his questions and assertions about Chat Gpt.

169
00:23:44.120 --> 00:23:55.650
Sharon Dzik: And I did tell him that I thought we would meet again, which was my fault, because we ended up not meeting again. He also mentioned that he had written a detailed response during the meeting.

170
00:23:55.670 --> 00:24:02.169
Sharon Dzik: So after the meeting, I sent an email to Haishan, and I said, Could you please send me your long response to the allegations?

171
00:24:02.180 --> 00:24:14.090
Sharon Dzik: I would like to share it with Ezra. So within the hour Haishan sent me the following email, he wrote, here you go, Sharon. The main file is response to Professor Golderstein, version 9, 9, 24. And you can also find that in the box.

172
00:24:14.460 --> 00:24:33.960

Sharon Dzik: So I knew at that point I would need to cancel my next meeting, which I had set up with Haishan, and all this matters, and you'll see why here, in a minute. I knew that I would need to cancel the meeting with Haishan and his advisor to give Professor Goldberstein and the other faculty member a chance to look over his response.

173
00:24:34.110 --> 00:24:45.510
Sharon Dzik: plus, I was leaving on a 10 day vacation, starting on September 11, th so when I returned from vacation I spoke with Ezra, who informed me that all of the graders had had a chance to look at Haishan's response.

174
00:24:45.530 --> 00:24:57.350
Sharon Dzik: He also told me that their original report was illustrative, not exhaustive, so they had more work to do to demonstrate the preponderance of evidence that existed in his prelim, because there was a lot

175
00:24:57.768 --> 00:25:10.089
Sharon Dzik: so after they determined that there was preponderance of evidence, they did not believe there was any need to meet with Haishan again, because they knew he would deny using AI as he already did, and is still doing today.

176
00:25:10.440 --> 00:25:11.580
Sharon Dzik: So then

177
00:25:11.890 --> 00:25:15.550
Sharon Dzik: there was also no reason for me to meet with him again.

178
00:25:15.560 --> 00:25:20.500
Sharon Dzik: so I told him we would not meet again, and instead I sent him the outcome letter, which is also in the box

179
00:25:20.650 --> 00:25:28.679
Sharon Dzik: with the initial with the informal resolution of a dismissal from the program which is basically expulsion from the university.

180
00:25:29.280 --> 00:25:50.220

Sharon Dzik: You can refer to the document in the box entitled Ocs. Meeting Agenda. If you would like to read more about our process. The reason I bring this up is because I don't want to sidetrack this hearing by discussing that our office made any mistakes. In hearing this case. Our job is to just try to work out an informal resolution. But we have to work with the faculty to do that.

181
00:25:50.280 --> 00:26:01.069
Sharon Dzik: So I just want that to be clear from the get go. So there were 4 faculty who independently reviewed Haishan's exam, and they found peculiar peculiarities

182
00:26:01.140 --> 00:26:05.719
Sharon Dzik: in the exam that led them all to suspect that AI may have been used

183
00:26:07.620 --> 00:26:13.369
Sharon Dzik: for the presentation of this case. I will review documents in the box and point out the documents

184
00:26:13.450 --> 00:26:16.150
Sharon Dzik: that we will be using during the presentation.

185
00:26:16.240 --> 00:26:18.840
Sharon Dzik: Then I will be calling 2 witnesses

186
00:26:19.090 --> 00:26:24.419
Sharon Dzik: which are present here today, Hannah Niprash and Ezra Goldberstein.

187
00:26:24.980 --> 00:26:26.253
Sharon Dzik: So, however,

188
00:26:27.080 --> 00:26:29.600
Sharon Dzik: there are also 2 other witnesses

189
00:26:29.690 --> 00:26:46.819

Sharon Dzik: that have provided statements in the box, and they're both available to be recalled. If you have any questions about their statements which is super helpful, and that's Caitlin Carroll and Peter Huckfeld, the other graders, and they're both willing to be recalled for any questions.

190
00:26:47.170 --> 00:27:02.639
Sharon Dzik: Please keep in mind that this case is not just about Chat Gpt, or large language models, or whether or not. You can be 100% certain, because you've all probably been reading articles about how you can't be 100% certain which is true. You cannot be certain.

191
00:27:03.080 --> 00:27:11.539
Sharon Dzik: However, there are a lot of other telltale signs that faculty can use to determine whether or not AI was used.

192
00:27:11.840 --> 00:27:15.009
Sharon Dzik: There are no experts in AI detection.

193
00:27:15.160 --> 00:27:32.150
Sharon Dzik: and there is no foolproof way of knowing whether the student used AI in their work. So the most important thing here is to keep and remember, in the forefront of your mind is preponderance of the evidence. Is it more likely than not, because it can't be 100% proved?

194
00:27:32.730 --> 00:27:40.859
Sharon Dzik: My 1st witness will be Professor Goldberstein to provide his perspectives on how they came to the conclusion that AI had likely been used.

195
00:27:41.050 --> 00:27:46.500
Sharon Dzik: Then I will be calling Professor Hannah Neeprash, who will present a slide deck

196
00:27:46.580 --> 00:27:56.940
Sharon Dzik: to show you the multiple reasons why 4 faculty independently found Aishan's prelim to be concerning, and then also agreed that he more likely than not.

197
00:27:57.100 --> 00:28:00.469
Sharon Dzik: which is our standard at the University, used. AI.

198

00:28:00.740 --> 00:28:06.829
Sharon Dzik: So thank you so much for being here. This is a complicated case. And there's a lot in the box.

199
00:28:06.990 --> 00:28:13.580
Sharon Dzik: So hopefully we can help make sense of it for you and just appreciate you all the attention you're going to give today. Thanks.

200
00:28:14.090 --> 00:28:17.929
JaneAnne Murray: Thanks so much, Sharon Roxanne. It's your turn to make an opening statement.

201
00:28:19.220 --> 00:28:20.369
Roxanne S Krietzman: Thanks, Jane Ann.

202
00:28:20.920 --> 00:28:39.560
Roxanne S Krietzman: Hello, everyone. I would like to thank you for being present today to discuss and analyze this case involving Haishan Yang. My name is Roxanne Kreitzman, and I am the assistant director for student advocacy within Karen student advocate services, and I am serving as Haishan's student advocate at his hearing. Today.

203
00:28:39.890 --> 00:28:51.520
Roxanne S Krietzman: Haishan is a Phd. Candidate specializing in health economics within the school of Public Health's health services, research policy and administration program.

204
00:28:51.690 --> 00:28:59.189
Roxanne S Krietzman: Haishan is an international student who grew up in China and has already earned a Phd. In economics from Utah State University.

205
00:28:59.730 --> 00:29:04.869
Roxanne S Krietzman: Currently Haishan's prospective Phd. At the U. Of M. Hangs in limbo.

206
00:29:05.020 --> 00:29:09.739
Roxanne S Krietzman: Students on this Phd. Track must pass 3 preliminary exams.

207

00:29:09.770 --> 00:29:15.360
Roxanne S Krietzman: Passing of each preliminary exam is a required step to progressing within his program.

208
00:29:15.610 --> 00:29:22.310
Roxanne S Krietzman: The reporting faculty. Members have asserted that expulsion is the necessary outcome for these accusations.

209
00:29:22.570 --> 00:29:33.079
Roxanne S Krietzman: based on university policies and Ocs. Guidelines. Expulsion is an egregious outcome, especially for a case that has not been founded like we will demonstrate today.

210
00:29:33.660 --> 00:29:44.570
Roxanne S Krietzman: Today we will present 3 key assertions for the panel's consideration. One Haishan did not use AI to prepare his responses for his preliminary exam.

211
00:29:44.700 --> 00:29:57.220
Roxanne S Krietzman: We will focus on the specific questions where faculty members suspected AI usage and show the sources that Haishan referenced as well as the processes he used to answer those questions.

212
00:29:57.560 --> 00:30:08.040
Roxanne S Krietzman: 2. The evidence provided by the professors relies on 2 different versions of chatgpt outputs which raises significant, practical, and ethical concerns.

213
00:30:08.620 --> 00:30:17.130
Roxanne S Krietzman: 3. We believe the accusation against Tyshawn is not genuinely based on his exam answers, but rather on an intent to expel him.

214
00:30:17.420 --> 00:30:20.060
Roxanne S Krietzman: I will expand on these assertions. Now.

215
00:30:20.780 --> 00:30:23.709
Roxanne S Krietzman: Haishan is in a highly specialized field.

216
00:30:23.790 --> 00:30:37.040
Roxanne S Krietzman: like I mentioned in the beginning, Haishan is pursuing a Phd. In the Health Economics area of emphasis within the health services, research policy and administration program within the School of Public Health.

217
00:30:37.190 --> 00:30:45.049
Roxanne S Krietzman: According to Dr. Brian Dowd, a witness for the hearing today the field only predates back to the 1960 s.

218
00:30:45.250 --> 00:30:56.099
Roxanne S Krietzman: Therefore, the preliminary exam is composed of questions asking about very specific terms, theories and models related to this highly specialized field.

219
00:30:56.530 --> 00:31:08.699
Roxanne S Krietzman: Because this field is highly specialized, there is a high probability that AI platforms and any individual searching for said topics will draw information from the same primary sources.

220
00:31:08.780 --> 00:31:11.700
Roxanne S Krietzman: therefore, formulating similar responses.

221
00:31:11.810 --> 00:31:28.630
Roxanne S Krietzman: For that reason we do not believe that any similarities that the University might present today between Chatgpt's responses and Haishan's responses should be considered as evidence that generative AI was used in Haishan's prelim submission.

222
00:31:29.340 --> 00:31:36.300
Roxanne S Krietzman: Additionally, at the moment, there is no definitive way to determine whether or not someone has utilized AI in their writing.

223
00:31:36.480 --> 00:31:47.930
Roxanne S Krietzman: AI detection. Softwares that do exist are not yet research backed per their terms and conditions and are just another form of AI being used to quote, Detect AI.

224
00:31:48.350 --> 00:31:59.809

Roxanne S Krietzman: Furthermore, there are no individuals that have the skills necessary to definitively determine whether or not, something was AI generated. We ask the panel members to keep this in mind today.

225
00:32:00.390 --> 00:32:18.460
Roxanne S Krietzman: One of the arguments provided by the reporting faculty members is that Haishan's responses are quote unusual and not related to the exam questions or the fields of health economics. In our case presentation today we will connect each of Haishan's Prelim responses.

226
00:32:18.520 --> 00:32:19.950
Roxanne S Krietzman: 2 questions

227
00:32:20.250 --> 00:32:22.119
Roxanne S Krietzman: in lecture slides.

228
00:32:22.350 --> 00:32:30.430
Roxanne S Krietzman: syllabi, and or articles directly from the reading list provided by the faculty to assist students in preparing for the prelim exam.

229
00:32:30.880 --> 00:32:42.520
Roxanne S Krietzman: Through our presentation of these primary sources, we will demonstrate that Haishan's responses aren't unusual, and are indeed drawn directly from topics discussed in his health economics courses.

230
00:32:43.310 --> 00:32:54.749
Roxanne S Krietzman: Today we will present evidence indicating that the reporting faculty members generated multiple versions of Chatgpt outputs for comparison with Haishan's preliminary. Exam

231
00:32:55.260 --> 00:33:01.860
Roxanne S Krietzman: it is important to note that Chatgpt produces varied responses each time the same question is posed

232
00:33:01.970 --> 00:33:11.079

Roxanne S Krietzman: which complicates efforts to make an objective comparison between a student's answer and a specific chat. Gpt. Generated output.

233
00:33:11.550 --> 00:33:20.169
Roxanne S Krietzman: Given the extensive information available to Chatgpt, its outputs on common topics may closely resemble human responses.

234
00:33:20.280 --> 00:33:31.849
Roxanne S Krietzman: For instance, in an introductory history class, both students and chatgpt are likely to respond similarly to a question like, who was the 1st President of the United States?

235
00:33:32.160 --> 00:33:43.650
Roxanne S Krietzman: Similarly, in an introductory computer science class. The first, st the abbreviation CPU would likely yield identical answers from both a student and Chatgbt.

236
00:33:44.050 --> 00:33:49.560
Roxanne S Krietzman: moreover, concerns arise when multiple Chatgpt outputs are generated

237
00:33:49.690 --> 00:33:53.460
Roxanne S Krietzman: and selectively used to compare against the student's work.

238
00:33:53.570 --> 00:33:57.729
Roxanne S Krietzman: As this practice may lead to unintended biases.

239
00:33:58.050 --> 00:34:02.269
Roxanne S Krietzman: we will demonstrate that such an approach was indeed taken in this case.

240
00:34:02.590 --> 00:34:11.220
Roxanne S Krietzman: even generating a single response for comparison can be problematic, due to the inherent veritability of Chatgpt's outputs?

241
00:34:11.719 --> 00:34:13.920
Roxanne S Krietzman: This raises an important question.

242
00:34:13.940 --> 00:34:19.650
Roxanne S Krietzman: how can faculty determine which version is appropriate for a fair and consistent comparison.

243
00:34:20.139 --> 00:34:34.709
Roxanne S Krietzman: while the main focus of our case presentation today will be on the assertion that Haishan did not use AI in the preparation of his prelim. Exam. We ask that the panel also considers the following conflict of interest at play

244
00:34:35.260 --> 00:34:48.529
Roxanne S Krietzman: prior to today Dr. Goldberstein provided Haishan with a very limited limited amount of time to explain and defend himself against the accusations which seems unusual to me in this high stakes case.

245
00:34:48.790 --> 00:34:55.450
Roxanne S Krietzman: Today we will introduce a possible explanation for this unusual response from the involved faculty members

246
00:34:55.840 --> 00:35:14.200
Roxanne S Krietzman: due to faculty members, potential negative perceptions of Haishan based on these past events, we will argue that the examining committee reviewed Haishan's preliminary exam under greater scrutiny than they normally would, and that they delivered an incredibly egregious outcome. Expulsion.

247
00:35:14.650 --> 00:35:31.710
Roxanne S Krietzman: as we will show in our case presentation, and through Haishan and Dr. Brian Dowd's testimonies there has been a pattern of several faculty in the School of Public Health Economics unit making ongoing efforts to encourage Haishan's departure from his Phd. Program for some time now

248
00:35:32.010 --> 00:35:35.550
Roxanne S Krietzman: their accusation of AI is a continuation of this.

249
00:35:36.020 --> 00:35:51.250

Roxanne S Krietzman: Given the evidence that we will present today. During this hearing, we ask that the panel determine that it is more likely than not that Haishan did not use AI in the preparation of his responses for his preliminary exam. In August 2024,

250
00:35:51.410 --> 00:35:57.969
Roxanne S Krietzman: we ask that the panel vote to dismiss the accusations and reverse Haishan's expulsion outcome.

251
00:35:58.040 --> 00:36:02.550
Roxanne S Krietzman: We thank you in advance for your attention and presence today. Thank you.

252
00:36:03.220 --> 00:36:07.330
JaneAnne Murray: Thanks so much, Roxanne Sharon, you can call your 1st witness. Please.

253
00:36:09.500 --> 00:36:14.890
Sharon Dzik: Okay, actually, for my presentation. Before we do that, I just want to go through the box just a little bit.

254
00:36:14.960 --> 00:36:19.120
Sharon Dzik: So I, John, am I able to share my screen?

255
00:36:20.170 --> 00:36:21.170
Sharon Dzik: Where's John.

256
00:36:21.170 --> 00:36:22.730
John Lof: You, you should be able to. Yes.

257
00:36:22.730 --> 00:36:24.490
Sharon Dzik: Okay, thanks.

258
00:36:25.180 --> 00:36:28.919
Sharon Dzik: So we'll just kind of go over just the just the titles.

259

00:36:29.090 --> 00:36:37.089
Sharon Dzik: So this report of scholastic dishonesty is just the 1st one that Ezra submitted on behalf of all the faculty, the 4 faculty.

260
00:36:37.240 --> 00:36:44.819
Sharon Dzik: This is a letter, the charge letter letter B is what we send to the student to say, Hey, you've been charged with academic dishonesty.

261
00:36:45.296 --> 00:36:54.710
Sharon Dzik: And then there's the prelim exam. The practice answers, using a 2017 exam. Now, that might look confusing to you, but just know that

262
00:36:55.190 --> 00:36:58.270
Sharon Dzik: they allowed Harry Sean to actually

263
00:36:58.600 --> 00:37:01.900
Sharon Dzik: prepare. A lot of students are given the opportunity to use prior

264
00:37:01.980 --> 00:37:09.030
Sharon Dzik: exams to to help them get prepared for the actual prelim. So the 2017 one is the one he was using.

265
00:37:09.516 --> 00:37:21.980
Sharon Dzik: Yep. And then there's a handwritten sample. The presentation letter G is what Hannah will be going through, and actually my questions for ezra will use that presentation a little bit as well.

266
00:37:22.381 --> 00:37:33.429
Sharon Dzik: And then make sure you take a look at these witness statements. There's 1 from Professor Carroll, one from Professor Mason, and there's 1 down here from Professor Huckfeld.

267
00:37:34.112 --> 00:37:43.179
Sharon Dzik: And then there's additionally a letter of support from the D from Dean Wattenberg, who also supports dismissal from the program.

268

00:37:43.330 --> 00:37:56.829
Sharon Dzik: And yeah, and here's the warning letter that had been sent with some other stuff. And then here's my table of contents and the meeting agenda. So it's a pretty straightforward box, although on the surface that might not look like it is.

269
00:37:56.890 --> 00:38:00.926
Sharon Dzik: But once we get into the guts of this case,

270
00:38:01.880 --> 00:38:06.170
Sharon Dzik: you may want to just go back and like, look at some of those documents.

271
00:38:06.210 --> 00:38:12.090
Sharon Dzik: Okay, so Hi, I'm going to call my 1st witness, which is Professor Goldberstein.

272
00:38:12.120 --> 00:38:14.920
Sharon Dzik: Professor Goldberstein, are you ready to go.

273
00:38:15.997 --> 00:38:16.979
Ezra Golberstein: Yes, I am.

274
00:38:17.300 --> 00:38:18.980
Sharon Dzik: Okay, so

275
00:38:19.210 --> 00:38:24.889
Sharon Dzik: could you. 1st of all, just explain, not explain. Introduce yourself to the panel.

276
00:38:25.430 --> 00:38:26.910
Ezra Golberstein: Yeah, and

277
00:38:27.319 --> 00:38:32.630
Ezra Golberstein: excuse me in advance. I'm getting over respiratory thing, so I might just start having some coughing fits. But

278
00:38:32.710 --> 00:39:00.950

Ezra Golberstein: bear with me. So so, as I've said before, so I'm Ezra Goldberstein. I'm an associate professor in the division of health policy and management, and within the way our doctoral program is organized. We have different areas of emphasis, and I'm affiliated with the health economics area of emphasis. And I am nominally the head of it, which is a title that has very, very little power or authority. Just means, I'm responsible for organizing our prelim grading

279
00:39:00.990 --> 00:39:02.360
Ezra Golberstein: process. Basically.

280
00:39:02.850 --> 00:39:06.350
Sharon Dzik: Okay, great. So, are you currently teaching.

281
00:39:07.593 --> 00:39:09.260
Ezra Golberstein: Yes, I am currently teaching.

282
00:39:09.450 --> 00:39:12.200
Sharon Dzik: How many classes do you teach at a time.

283
00:39:13.115 --> 00:39:16.669
Ezra Golberstein: Usually between one and 2 classes at a time.

284
00:39:17.040 --> 00:39:17.850
Sharon Dzik: Okay.

285
00:39:17.990 --> 00:39:19.819
Sharon Dzik: I've been. I've been on.

286
00:39:19.820 --> 00:39:25.599
Ezra Golberstein: At the University since the summer of 2010, and I've been teaching since the spring of 2011.

287
00:39:25.600 --> 00:39:33.846
Sharon Dzik: Yeah, okay, so you were the one that actually turned in the actual report to our office. So you started speaking with our office?

288
00:39:34.260 --> 00:39:48.260
Sharon Dzik: you know, I think, before you submitted it. But could you please explain the process? 1st of all, before we get into the report itself? Could you explain the process and qualifications needed. A student needs to take the prelim, exam.

289
00:39:49.915 --> 00:39:51.850
Ezra Golberstein: Yeah. So.

290
00:39:51.880 --> 00:40:16.329
Ezra Golberstein: students are eligible to take the health economics. Prelim exam after they have finished the required coursework for the health economics area of emphasis. Aside from doctoral microeconomic theory and doctoral econometrics, students take 2 really core courses in health economics. One of these is a master's level course, 6,832, public health, 6,832, which is the economics of health care.

291
00:40:16.360 --> 00:40:22.080
Ezra Golberstein: and the other one is public health. 88, 0, 1, which is the doctoral health economics, seminar

292
00:40:22.570 --> 00:40:30.130
Ezra Golberstein: students. After they complete all this, they usually then take the prelim at the end of the summer, so that doctoral health economics seminar is

293
00:40:30.170 --> 00:40:39.260
Ezra Golberstein: is offered every other spring semester. So students usually take the prelim at the end of the summer, after taking that doctoral health economic seminar class.

294
00:40:39.840 --> 00:40:51.259
Ezra Golberstein: The preparation for the prelim is intensive. Students are provided with a reading list that represents papers and other readings that the area of emphasis. Faculty view is really being core knowledge.

295
00:40:51.770 --> 00:41:01.619
Ezra Golberstein: Pardon me, core knowledge for a doctorally trained health economist. Again, the preparation is intensive, and the norm is that students spend several months preparing for the prelim exam.

296
00:41:01.630 --> 00:41:14.479
Ezra Golberstein: We always provide students with copies of previous year's prelim exams that they can use as a study aid if they like, and Haishan received those, as every other student has over the summer. Haishan reached out

297
00:41:14.480 --> 00:41:37.599
Ezra Golberstein: to me to my colleague, Professor Peter Huckfelt, my colleague, Caitlin Carroll, at various points, I think multiple points for each of us to discuss his prelim preparation, and he asked us, for you know he had questions and asked for guidance, and notably he also asked us for feedback on what I'm going to call practice answers that he wrote for some of the previous year's prelim exams that we had circulated with him.

298
00:41:38.010 --> 00:41:51.370
Ezra Golberstein: and that was actually a very unusual request. I can't think of any previous example of a student doing that. And I've been involved with our health economics prelim process for over a decade.

299
00:41:51.410 --> 00:42:14.159
Ezra Golberstein: Yeah, even though I think that we all viewed this as an unusual request. All 3 of us obliged him, and we did give him feedback when he was asking for it. Personally I did so, even though I thought it was an extraordinary thing to do, because I had sympathy for him, because usually when students take the prelim, there's multiple students that take it at the same time, and they can study together

300
00:42:14.160 --> 00:42:27.239
Ezra Golberstein: by poor luck of the draw. He happened to be the only student taking preparing for the prelim at that point, and I thought it was important that we go above and beyond with being responsive to him because he didn't have anybody to be working with

301
00:42:28.086 --> 00:42:48.629
Ezra Golberstein: so with the specific prelim, exam. The way it's structured is that the health economics faculty write the questions for each prelim exam. So there were 5 of us involved, and each of us wrote a question for the exam. So the 5 of us were Caitlin, Carroll, Peter Huckfelt, Hannah Niprash, and Saye Nick, pay all of us faculty in our department and myself.

302
00:42:48.830 --> 00:43:04.080

Ezra Golberstein: The format of the exam is that question. One is required. The student then gets to choose 2 other questions out of the remaining 4 questions Haishan answered question, one as required, and he chose to answer questions 3 and 4 for his other 2,

303
00:43:04.550 --> 00:43:18.620
Ezra Golberstein: and since 2020. The format for the prelim exam is that it's an 8 h exam taken via a student's computer and students are allowed to use course materials and papers from the reading list as as they work on the exam.

304
00:43:19.400 --> 00:43:20.190
Ezra Golberstein: That

305
00:43:20.340 --> 00:43:21.100
Ezra Golberstein: help.

306
00:43:22.200 --> 00:43:43.680
Sharon Dzik: Yup, thank you, Ezra. Okay. So just to go back to something that Roxanne said in her opening statement. I think it should just be clarified from the get. Go, she said, that there may have been intention to expel him, or negative perceptions of him. Can you address that right now, just to get that out of the way.

307
00:43:44.106 --> 00:43:47.300
Ezra Golberstein: Yeah. So I'm gonna start with the intention to expel, and I

308
00:43:47.530 --> 00:43:48.630
Ezra Golberstein: firmly.

309
00:43:48.710 --> 00:43:55.890
Ezra Golberstein: strongly push back that there was any intention to expel Haishan whatsoever.

310
00:43:57.260 --> 00:44:02.950
Ezra Golberstein: we we can talk about Hi Sean's experience in the program if it becomes relevant.

311
00:44:03.690 --> 00:44:26.420

Ezra Golberstein: I I was made aware by 2 colleagues several years ago of some concerns about Haishan's behavior towards them, and this was information that I directly passed on, and I would say discreetly to his advisor, Brian, Professor Brian Dowd again. This was, I think, about a year and a half ago.

312
00:44:26.580 --> 00:44:34.578
Ezra Golberstein: but I my perception was that high Sean, actually was actually very much on a positive trajectory, and that

313
00:44:35.320 --> 00:44:38.540
Ezra Golberstein: What I had seen from him in the past year suggested that

314
00:44:38.730 --> 00:44:41.290
Ezra Golberstein: those concerns were behind him.

315
00:44:43.080 --> 00:44:43.750
Sharon Dzik: Perfect.

316
00:44:43.750 --> 00:44:52.870
Ezra Golberstein: I I would not have gone out of my way to help him in over the summer in his prelim preparation. If this was somebody I was trying to expel from the program.

317
00:44:54.020 --> 00:44:57.799
Sharon Dzik: Right, and other people also went kind of above and beyond right. During that time.

318
00:44:58.081 --> 00:45:11.010
Ezra Golberstein: That's my understanding. I mean that those people are specifically the people that he did go to for questions and and guidance and assistance, and those would be Professors Peter Huckfelt and Caitlin Carroll. I can't speak for them directly, but that certainly is my understanding.

319
00:45:11.010 --> 00:45:23.849
Sharon Dzik: Yeah, okay, so we're going to go back to my questions, which is the next one is, can you explain the role that the health. Econ. Prelim Exam. Plays in the training of a Doctoral Researcher.

320
00:45:23.990 --> 00:45:27.869
Ezra Golberstein: Yeah. So the health Econ feeling exam, please. Just

321
00:45:28.000 --> 00:45:43.130
Ezra Golberstein: a critical role in the in training doctoral level health economics researchers. This is simply, this is the main way that we are able to assess whether students have achieved mastery in applying doctoral level economics, thinking

322
00:45:43.170 --> 00:45:48.349
Ezra Golberstein: and methods to questions related to health and health care, and this requires demonstrating

323
00:45:48.430 --> 00:46:10.420
Ezra Golberstein: breadth, but very much depth of knowledge of complicated health, economics, theories, concepts, and knowledge. Students are not allowed to become doctoral candidates until they have successfully passed the prelim exam. And we expect that upon taking the Prelim, students are really going to be at the peak of their peak level, of just incredibly deep knowledge of the field.

324
00:46:11.290 --> 00:46:12.670
Sharon Dzik: Okay, great.

325
00:46:13.870 --> 00:46:15.936
Sharon Dzik: sorry. I'm about to sneeze.

326
00:46:17.180 --> 00:46:20.410
Sharon Dzik: okay, so what is the actual process for grading.

327
00:46:21.390 --> 00:46:21.890
Ezra Golberstein: Yeah.

328
00:46:22.710 --> 00:46:23.360
Ezra Golberstein: so

329
00:46:24.270 --> 00:46:46.109
Ezra Golberstein: we have. For every time when we have the prelim. As I mentioned, we have
our group of professors that from the health economics area of emphasis faculty that write the
questions and they, and with rare exceptions. And we'll talk about actually how one of that
happened this this time. Around all the people that worked on writing the questions for the
Exam. Will serve as the grading committee.

330
00:46:46.650 --> 00:46:56.930
Ezra Golberstein: So when the Professor, the the grading committee receives the completed
exam. Each of the professors is expected to grade each of the answers independently, and that
is

331
00:46:57.050 --> 00:47:12.319
Ezra Golberstein: how we have always proceeded. Then, after everyone has reviewed the exam
on their own, we all meet. We meet together to discuss the grades and come to a consensus on
whether each of the 3 answers on the exam warrant, a passing grade.

332
00:47:12.420 --> 00:47:25.859
Ezra Golberstein: And we're supposed to do this in a 3 week period for the program guidebook
for our doctoral program this year. Several of us got a bit behind on the grading, due to a variety
of circumstances ranging from travel to some serious family health issues.

333
00:47:26.480 --> 00:47:39.009
Ezra Golberstein: I want to note one of the 5 professors that helped write the exam. Professor,
Sai and Nick pay. She was just not even able to look at the exam because of just a variety of
other obligations that were going on in her life. And then.

334
00:47:39.070 --> 00:48:01.310
Ezra Golberstein: as we were starting to in like, I can't remember the exact time, but she then
had 2 weeks of international travel with her family that would have made it if we were waiting for
her to give her feedback, we would have gone way way too long. I made the decision, as the
area of emphasis lead, to just tell her she didn't need to participate in the grading. She hadn't
really looked at the exam at all is my understanding.

335
00:48:01.610 --> 00:48:19.040
Ezra Golberstein: and it was more than sufficient to have 4 faculty grade the exam, and also I
felt very comfortable with that, because, as mentioned before, the structure of the exam is one

question is mandatory, and the student chooses 2 of the remaining 4 of the 2 questions that Haishan happened to choose to answer.

336
00:48:19.040 --> 00:48:37.280
Ezra Golberstein: Neither of them were the questions that say, Nick, Pay actually wrote, so I felt even more comfortable, saying that it was fine if she sat out the grading. Also, I just want to know. Having 4 professors on the Grading Committee is not at all unusual, and, in fact, that's probably the modal number of professors that we have grade these exams. If you look at prior years.

337
00:48:39.860 --> 00:48:48.869
Sharon Dzik: Thank you. Does the panel members do me a favor? Not if you're following, or Ezra needs to slow down a little bit. You guys are all following this? Okay.

338
00:48:49.120 --> 00:48:56.029
Sharon Dzik: perfect. Were there instructions on the exam where you prohibit outside sources.

339
00:48:57.512 --> 00:49:12.710
Ezra Golberstein: Yeah. So the preface to the exam and this, I believe, is in the box. I don't remember what exhibit it is, but it's right. But that information is available to you, and it's very clear about what is allowed and what is not allowed. Oh, okay, so you're thank you, Sharon.

340
00:49:12.970 --> 00:49:21.179
Ezra Golberstein: so it says very clearly, you may not use any sort of artificial intelligence tools, such as Chat Gpt. At any part of this exam.

341
00:49:21.910 --> 00:49:24.180
Sharon Dzik: Yeah, okay, thank you.

342
00:49:25.096 --> 00:49:26.570
Sharon Dzik: And then.

343
00:49:26.860 --> 00:49:31.029
Sharon Dzik: oh, wait. Where did questions go? Sorry. Okay.

344

00:49:40.670 --> 00:49:42.700
Sharon Dzik: I'm missing a page. Sorry.

345
00:49:45.480 --> 00:49:47.110
Sharon Dzik: Okay. I got him

346
00:49:47.240 --> 00:49:56.769
Sharon Dzik: alright when you 1st reviewed High Sean's exam before consulting with the other graders, what was what about his exam. Raised concerns and exam. For you.

347
00:49:57.920 --> 00:50:12.399
Ezra Golberstein: Yeah. So when I read it independently, and before speaking to any of my colleagues about it, there were 4 things that I noted that it's not any one of these things, but collectively raised a really big red flag for me.

348
00:50:13.312 --> 00:50:22.020
Ezra Golberstein: The 1st was that, as as my my very 1st impression was that it was extraordinarily long. My 1st impression was like, Wow, this feels like

349
00:50:22.110 --> 00:50:26.219
Ezra Golberstein: double the length of a typical prelim exam that we see

350
00:50:26.830 --> 00:50:41.459
Ezra Golberstein: the second was, and here I want to be very clear. I have had Haishan as a student in 2 courses where I've been a co-instructor. I've spoken with him many times, and as I read through the entire exam, the voice of the writing just did not quite sound like him at all.

351
00:50:42.060 --> 00:51:07.570
Ezra Golberstein: The 3rd thing was that I noticed instances where the answers to the prelim questions just seemed really afield from things that we covered in the doctoral seminar, or things that were on the reading list. And you know these are things that range from being just tangential to the question, to being irrelevant or just not at all engaging deeply with advanced health economics concepts which were the focus of the training and the exam.

352
00:51:07.570 --> 00:51:16.489

Ezra Golberstein: And I'll note that these these observations specifically were particularly acute for his response to question 4 in the exam.

353
00:51:16.790 --> 00:51:21.130
Ezra Golberstein: And then the the 4th thing was about the use of citations.

354
00:51:21.250 --> 00:51:26.971
Ezra Golberstein: So where, for his answers for question one and question 3 in the exam.

355
00:51:27.800 --> 00:51:33.160
Ezra Golberstein: my initial read was that he actually seemed to use citations reasonably, appropriately.

356
00:51:33.270 --> 00:51:38.959
Ezra Golberstein: Question 4 stood out, though he had cited only one paper, and that paper seemed

357
00:51:39.160 --> 00:51:50.289
Ezra Golberstein: really irrelevant to his answer for that question so collectively, for those 4 reasons, I had suspicions about the potential for some sort of scholarly misconduct on the exam.

358
00:51:50.500 --> 00:51:56.430
Ezra Golberstein: But although at that point I didn't have any specific ideas as to what nature of scholarly misconduct.

359
00:51:59.290 --> 00:52:07.049
Sharon Dzik: Thank you. So once you had concerns, what did you do next? What was your next step after that? Once you went? Oh, wow! There's some concerns here.

360
00:52:07.320 --> 00:52:09.370
Ezra Golberstein: Yeah, so

361
00:52:11.158 --> 00:52:13.549
Ezra Golberstein: I actually didn't do anything until

362
00:52:13.980 --> 00:52:17.250
Ezra Golberstein: hand any pressure to my colleague who's going to be speaking shortly.

363
00:52:17.330 --> 00:52:30.759
Ezra Golberstein: shared results that with the 4, grading with the the prelim Grading Committee, where she had run the prelim questions through Chat Gpt, and she just shared the results with all of but with all of us.

364
00:52:31.000 --> 00:52:38.249
Ezra Golberstein: After I reviewed those results of what Chatgpt spit out from the prelim questions themselves.

365
00:52:38.360 --> 00:52:48.000
Ezra Golberstein: I saw things that struck me as very clear evidence that at least some of the answers came from Chat Gpt, or something like Chat Gpt.

366
00:52:48.530 --> 00:53:04.250
Ezra Golberstein: At that point I initiated conversations with my 3 colleagues, Hannah Neeprash, Peter Hockfelt, and Caitlin Carroll, to get their reactions as well, and they all shared the same response, and there was a consensus. There was very likely some amount, at least, of Chat Gpt use.

367
00:53:04.500 --> 00:53:33.089
Ezra Golberstein: At that point I consulted discreetly with our director of graduate studies about what to do, and she directed me to. Then speak to you, Sharon, at the office of community standards. I did that, and we discussed. I mean, this is my 1st experience with anything quite like this. We discussed how this all works. We discussed that the standard is this preponderance of evidence. It's not quote unquote definitive proof that scholarly misconduct had occurred.

368
00:53:33.480 --> 00:53:42.270
Ezra Golberstein: and we discussed what would be the appropriate next steps and discuss the process for pursuing this case through the office of community standards

369
00:53:43.691 --> 00:53:49.369

Ezra Golberstein: shortly afterwards I scheduled a Zoom Meeting with Hi Sean's advisor, Professor Brian Dower.

370
00:53:50.050 --> 00:54:00.519
Ezra Golberstein: and in this conversation I expressed to him that the 4 grading faculty, all shared the same strong view that Haishan had used, probably AI or large language model. In some way in his prelim

371
00:54:00.580 --> 00:54:03.719
Ezra Golberstein: I expressed to Professor Dow that this felt really

372
00:54:04.060 --> 00:54:25.389
Ezra Golberstein: devastating for me, because I would just never imagine that a student would do such a thing. But looking at what we were seeing, there clearly seemed to be a preponderance of evidence, and I also expressed to Professor Daub that this felt especially disappointing, because I thought genuinely that high shot had been on a positive trajectory in the doctoral program recently.

373
00:54:25.500 --> 00:54:33.060
Ezra Golberstein: And then, finally, I assured Professor Dodd that we were working really closely with you, Sharon, and the office of community standards to ensure

374
00:54:33.300 --> 00:54:37.830
Ezra Golberstein: that we were adhering and following the correct process at every step along the way.

375
00:54:38.780 --> 00:54:40.579
Sharon Dzik: Yeah, okay, thank you.

376
00:54:43.180 --> 00:54:49.710
Sharon Dzik: So let's see here, I think you're gonna have Hannah do this. But do you want to talk at all about the

377
00:54:50.271 --> 00:54:54.850
Sharon Dzik: how you walk, how you found out that he was likely using Lm. Or leave that up to him.

378
00:54:55.166 --> 00:55:13.183
Ezra Golberstein: I I mean, I can just, you know, very quickly. Say, yeah, for you know, 1st and and foremost in all of this there were just numerous instances of distinct wording concepts and distinct organizational style that appeared in both High Sean's prelim answers, and in the chat gpt output that had any crash circulated with us.

379
00:55:13.500 --> 00:55:28.969
Ezra Golberstein: And I noted instances of these patterns in all 3 of the questions that Haishen answers. But again it really seemed most acute for his answer to question 4. And yeah, Hannah will be going through this in a lot of detail. In her presentation.

380
00:55:28.970 --> 00:55:30.200
Sharon Dzik: Okay, thanks.

381
00:55:30.757 --> 00:55:32.250
Sharon Dzik: Let's see here.

382
00:55:32.650 --> 00:55:35.420
Sharon Dzik: So I'm gonna go to

383
00:55:35.490 --> 00:55:41.409
Sharon Dzik: the presentation right now. Actually, because I want to show you a couple slides

384
00:55:41.760 --> 00:55:51.119
Sharon Dzik: on the presentation, which, in case anyone wants to look it up on their own oh, I hate it! When Gpt or the box knocks me out.

385
00:55:51.160 --> 00:55:53.290
Sharon Dzik: Sorry I gotta get back in.

386
00:55:53.540 --> 00:55:54.300
Sharon Dzik: Yes.

387

00:55:55.320 --> 00:55:58.080
Sharon Dzik: I know John knows what that's like. One second.

388
00:56:00.660 --> 00:56:05.160
Sharon Dzik: It only has a certain time limit before it says we don't want you in here anymore.

389
00:56:06.300 --> 00:56:07.550
Sharon Dzik: Okay.

390
00:56:08.020 --> 00:56:10.680
Sharon Dzik: one second token.

391
00:56:11.120 --> 00:56:13.550
Sharon Dzik: least, it's going pretty fast today.

392
00:56:16.060 --> 00:56:16.920
Sharon Dzik: Okay.

393
00:56:17.620 --> 00:56:20.570
Sharon Dzik: so I'm gonna share my screen.

394
00:56:24.000 --> 00:56:25.940
Sharon Dzik: So I'm gonna find.

395
00:56:26.652 --> 00:56:28.309
Sharon Dzik: Let's see, here.

396
00:56:30.440 --> 00:56:41.060
Sharon Dzik: this is slide 12 and this is similarities between Hi Sean's practice. Exam and chat. Gpt output. So do you want to talk about what you're. Whoa!

397
00:56:41.500 --> 00:56:43.830
Sharon Dzik: Do you want to talk about what you're seeing? Ezra.

398
00:56:44.559 --> 00:56:48.710
Ezra Golberstein: Are you? I'm not seeing anything on your screen. If you're sharing screen, it's not working.

399
00:56:49.230 --> 00:56:50.300
Sharon Dzik: One second.

400
00:56:51.490 --> 00:56:53.029
Sharon Dzik: Sorry. Okay.

401
00:56:53.110 --> 00:56:58.109
Sharon Dzik: so it's a lot of things to keep track of here. Okay, so we we're starting here. Slide 12.

402
00:56:59.090 --> 00:57:00.149
Sharon Dzik: You see it. Now.

403
00:57:00.450 --> 00:57:01.060
Ezra Golberstein: Yeah.

404
00:57:01.810 --> 00:57:10.080
Sharon Dzik: Okay, do you want to talk about this after you check like it says, let's see like. When was it 1st noticed that you

405
00:57:10.420 --> 00:57:15.759
Sharon Dzik: like. Have you checked with your colleagues and checked for AI use in multiple ways? What did you do then? But talk about.

406
00:57:17.400 --> 00:57:19.890
Ezra Golberstein: Okay. Well, okay. So so after

407
00:57:20.450 --> 00:57:29.866
Ezra Golberstein: after I had my colleagues and I had had reviewed the output, the chat Gpt output that Hannah had circulated again that she'll be going through in her presentation.

408
00:57:30.340 --> 00:57:46.470
Ezra Golberstein: I was still just trying to get a sense of like, okay, I didn't. At that point I was still very, very new to even understanding chat gpt altogether. And I, very extremely mindful of

409
00:57:46.540 --> 00:58:09.020
Ezra Golberstein: not making an accusation. That I think is not is false. So I was looking for like what else can we do to try to assess whether or not it's likely that this was Chatgpt was used here, so I had an idea to compare his actual prelim exam answers with some comparable example from his written work, just to get a sense of like, how, what does it look like?

410
00:58:09.610 --> 00:58:25.909
Ezra Golberstein: And it occurred to me that the practice answers to a Pre. To one of the previous year's prelim exams that he sent me over the summer over. His as part of his preparation process was probably the most comparable thing, because it was. You know, they're both prelim exams in a way.

411
00:58:26.220 --> 00:58:40.019
Ezra Golberstein: So as I went back and looked over what he said, that document he sent me over the summer. I quickly sort of had this impression that they were just sort of like odd feeling of odd similarities with the actual prelim answer, and that just gave me the idea

412
00:58:40.410 --> 00:58:55.139
Ezra Golberstein: to do what Hannah had done. So I took the prelim questions that from that previous year's prelim that he used as a practice answer, and I ran those questions through Chat Gpt, exactly like Hannah did with this year's actual prelim.

413
00:58:55.240 --> 00:59:16.769
Ezra Golberstein: and what I found was an instance of the Chat Gpt answers to the prelim question just being strikingly similar to the answer that Haishan had sent me as part of the practice prelim as part of his preparation process. And you see the example of this on the slide here on the top.

414
00:59:17.660 --> 00:59:30.940
Ezra Golberstein: you see. So this was a prelim question about a particular method of paying healthcare providers or insurers, which is called capitation payment, and at the top, you see

415
00:59:31.020 --> 00:59:38.049
Ezra Golberstein: Haishan's answer to that practice freedom again, this is a this was a practice over the summer. This was not graded. This was him asking

416
00:59:38.260 --> 00:59:50.220
Ezra Golberstein: me for feedback on his answers. At the top, you see Hi Sean's answer at the bottom you see what Chat Gpt spit out for me, and I mean I don't know

417
00:59:50.470 --> 00:59:58.409
Ezra Golberstein: it. It makes sense for me to like literally read this, but when I saw this like this was like I stopped in my tracks. This struck me as being

418
00:59:58.420 --> 01:00:09.839
Ezra Golberstein: phenomenally similar, the part, the 1st part where it says definition and or description depending on which the high Sean versus the Chat Gpt is, in my view, is essentially the same answer with

419
01:00:09.910 --> 01:00:13.473
Ezra Golberstein: in in a number of places essentially the same words

420
01:00:14.270 --> 01:00:27.480
Ezra Golberstein: and then specific things down below, like some of the the headings that are actually being used end up being extraordinarily similar, if not identical when I saw this, this was just a

421
01:00:27.730 --> 01:00:46.050
Ezra Golberstein: this was not what I was hoping to see. I was hoping to see that things would look very different. This was incredibly striking to me that I now thought at that point I thought, wow! I think he may have not only used Chat Gpt. In parts of his actual prelim. I think he may have actually used it

422
01:00:46.190 --> 01:00:49.810
Ezra Golberstein: when he was sending us practice prelims over the summer potentially.

423
01:00:51.100 --> 01:00:51.850

Sharon Dzik: Okay.

424
01:00:51.970 --> 01:00:53.390
Sharon Dzik: thank you, Ezra.

425
01:00:54.167 --> 01:01:01.479
Sharon Dzik: Did you do anything else besides like you checked the Pre. The practice prelim anything else.

426
01:01:01.480 --> 01:01:03.840
Ezra Golberstein: Yeah, there were. There were 2 other things.

427
01:01:04.243 --> 01:01:14.220
Ezra Golberstein: and so, as I noted a couple of minutes ago. So you know, at this point. I was still broadly, not that familiar with Chat Gpt, and I had very little experience with it.

428
01:01:14.320 --> 01:01:18.120
Ezra Golberstein: and I was just curious. I mean, I had a sense that chat gpt.

429
01:01:18.290 --> 01:01:37.849
Ezra Golberstein: we'll never spit out the identical answer to the same question, like I but I was just curious, like, you know. So what does that mean in practice? So what I did is I was curious what Chat Gpt's outlook would look like if I ran the questions for haishance prelim through it myself, exactly as Hannah Neeprash had done previously.

430
01:01:38.146 --> 01:01:55.060
Ezra Golberstein: So I did that once, and then when I did it, I realized, oh, there's an option you can. You can toggle a button that changes the chat, Gpt engine and it automatically, then runs it through a different engine. So I I ran it so in the process of that I ran the exam through

431
01:01:55.060 --> 01:02:12.559
Ezra Golberstein: 2 times, exactly 2 times, and when I looked over those outputs I saw lots of things that were very similar in a lot of ways to Hannah's original output. But I found other instances of text that were really similar to Haishan's actual prelim answers

432

01:02:12.740 --> 01:02:25.919
Ezra Golberstein: that hadn't been in Hannah's original chat gpt output. And this is, and we're and some of those really, you know, striking examples are included in the the information that Hannah Niprash is going to present.

433
01:02:26.411 --> 01:02:33.570
Ezra Golberstein: So that wasn't 1 other thing. So, to be clear like I I Hannah, ran it. Once I ran it twice, once with

434
01:02:33.700 --> 01:02:37.419
Ezra Golberstein: 2 different engines, just to see, you know. What does this even look like?

435
01:02:38.940 --> 01:02:47.910
Ezra Golberstein: At that point I still wanted to be able to compare the writing style in Haishan's actual prelim

436
01:02:48.390 --> 01:03:01.800
Ezra Golberstein: with something that we knew was definitively his own writing. 100%, no doubt, and I discussed this with Anany Prash, and she pointed out that we could compare his actual prelim with

437
01:03:02.120 --> 01:03:16.109
Ezra Golberstein: handwritten exam from her master's health economics class that highshawn took. Now, obviously there are important differences between, like, I think, a 1 and a half hour handwritten exam and an 8 h typed pre-win, but

438
01:03:16.240 --> 01:03:20.710
Ezra Golberstein: especially after we had concerns from looking at the practice prelim that he sent us.

439
01:03:20.800 --> 01:03:29.250
Ezra Golberstein: we felt like this was the only thing that we could think of where we had absolutely 0 doubt that it was his own writing 100%.

440
01:03:30.020 --> 01:03:47.760

Ezra Golberstein: Before I looked at that exam I consulted with you, Sharon, just to ensure that it was, in fact, permissible to do that, and you confirmed to me that it was an acceptable thing to do as part of our investigation of what was going on here. And then so, upon reviewing his handwritten exam, my.

441
01:03:48.080 --> 01:04:02.309
Ezra Golberstein: my reaction, which is still my reaction, is that the handwritten exam the voice of it sounded very much like Haishan's, as I have experienced it in 2 classes and many interactions with him, and a distinctly different voice from his submitted prelim. Exam.

442
01:04:03.610 --> 01:04:12.994
Sharon Dzik: It's not only allowable. It's expected that when you're doing an investigation that you have to check all these different things. So thank you for that.

443
01:04:13.660 --> 01:04:29.000
Sharon Dzik: let's see. So you and I met a couple of times. We kept talking about it. You guys submitted the report to me. And then I had met with Hi, Sean and I. That was only a half hour meeting with Brian there. I think Hi Shawn was frustrated because we didn't get to finish

444
01:04:29.370 --> 01:04:41.980
Sharon Dzik: like I've said earlier. So then I sent you his response right? And then you guys looked it over. Can you just tell the panel why you didn't. You ended up not meeting with him again.

445
01:04:42.830 --> 01:04:49.639
Ezra Golberstein: Yeah, there. There were. 2 reasons why. The 1st is that

446
01:04:49.700 --> 01:04:53.659
Ezra Golberstein: all 4 of us again, all 4 of us reviewed it independently.

447
01:04:53.740 --> 01:04:58.940
Ezra Golberstein: and all 4 of us did not find the explanations to be at all convincing.

448
01:04:59.250 --> 01:05:00.310
Ezra Golberstein: And

449
01:05:00.679 --> 01:05:04.989
Ezra Golberstein: we noted that he made, I think, a couple accusations of us

450
01:05:05.010 --> 01:05:08.079
Ezra Golberstein: engaging in unethical behavior that we found to be

451
01:05:08.620 --> 01:05:09.670
Ezra Golberstein: preposterous.

452
01:05:10.770 --> 01:05:32.059
Ezra Golberstein: Between those 2 things. We didn't think it was going to be productive to then have another meeting with him, and I verified that that was a reasonable thing pre procedure with you again. I was every step along the way. I genuinely want to make sure we were following the right policies and procedures, and and you agreed that, given that, that was a reasonable way to move forward.

453
01:05:32.330 --> 01:05:44.089
Sharon Dzik: Right, because when a student is is completely denying it, the best way to approach it is through a hearing. So thank you for that. And then let's see here, I think we're almost done with your questions.

454
01:05:44.130 --> 01:05:46.200
Sharon Dzik: Oh, one more question.

455
01:05:46.300 --> 01:05:55.199
Sharon Dzik: Have you ever had any other incidents in the past where you suspected scholastic dishonesty with other students. And what have you done with that? What have those been like.

456
01:05:55.670 --> 01:06:04.089
Ezra Golberstein: Yeah, I can think of 2 examples in my time at the University of Minnesota, where there were suspicions of scholastic dishonesty.

457
01:06:04.440 --> 01:06:07.249
Ezra Golberstein: One of them was probably about

458
01:06:07.430 --> 01:06:12.352
Ezra Golberstein: 3 or 4 years ago, involving a student, a master's student.

459
01:06:13.170 --> 01:06:17.870
Ezra Golberstein: and taking an exam via computer

460
01:06:18.320 --> 01:06:24.010
Ezra Golberstein: in a master's class that I instructed, and as I was grading

461
01:06:24.290 --> 01:06:41.110
Ezra Golberstein: open, ended questions in it, I had an immediate sense that this is not does not sound like the student's voice at all. And quick googling of the answers, immediately found that where they were taken from online I reviewed the university policies around what to do in that situation.

462
01:06:41.110 --> 01:06:57.950
Ezra Golberstein: and based off of my read of them. I decided to just directly address it with the student. The student admitted to doing that, and was incredibly apologetic, and and claimed that they just didn't understand their own plagiarism. They ended up just getting an incredibly low score on that exam.

463
01:06:59.950 --> 01:07:06.997
Ezra Golberstein: The other time was probably, I think, either 2012, or 2013, and it actually involved a doctoral student.

464
01:07:07.700 --> 01:07:23.439
Ezra Golberstein: and at the time I had just been on faculty for a couple of years. I was a pretty junior faculty member here, and I was on a dissertation committee with 2 other faculty. I believe both of them are in retirement now.

465
01:07:23.600 --> 01:07:29.439
Ezra Golberstein: and this student was preparing to do their dissertation proposal defense.

466
01:07:29.440 --> 01:07:36.070

JaneAnne Murray: Can I can. I just interrupt here. I'm not sure, Sharon, that we want to go into another student's case, even if we're.

467
01:07:36.070 --> 01:07:36.700
Sharon Dzik: Totally fine.

468
01:07:36.700 --> 01:07:37.630
JaneAnne Murray: Hang them.

469
01:07:37.630 --> 01:07:43.939
Sharon Dzik: It's okay. It's just yes or no. Ezra, have you done it before? This isn't your first.st Go around right? That's about all we need to know.

470
01:07:43.940 --> 01:07:44.660
Ezra Golberstein: Correct.

471
01:07:44.840 --> 01:07:46.040
Sharon Dzik: Yeah, that's good.

472
01:07:46.050 --> 01:07:55.370
Sharon Dzik: Okay, thank you, Jane, and thank you, Ezra. So we're done with my, I'm done with my questions. I know, Jane, you'll direct the panel what to do next.

473
01:07:56.011 --> 01:07:58.750
JaneAnne Murray: Roxanne, do you have questions for Ezra.

474
01:07:59.750 --> 01:08:01.699
Roxanne S Krietzman: I do. Thanks, Jane Ann.

475
01:08:01.920 --> 01:08:08.360
Roxanne S Krietzman: thanks, Professor Professor Goldberstein, for being here today. I have some questions for you.

476
01:08:11.660 --> 01:08:13.750

Roxanne S Krietzman: Let me pull up those questions.

477
01:08:15.850 --> 01:08:24.140
Roxanne S Krietzman: My 1st question for you is, did Haishan ever visit your office hours for assistance in preparing to take the exam.

478
01:08:27.490 --> 01:08:28.859
Ezra Golberstein: we certainly.

479
01:08:29.060 --> 01:08:36.930
Ezra Golberstein: I believe we spoke at least over Zoom. I I know we communicated over email about it as well. I can't remember the exact modalities.

480
01:08:38.020 --> 01:08:38.770
Roxanne S Krietzman: Okay.

481
01:08:39.420 --> 01:08:45.020
Roxanne S Krietzman: In your original Ocs report, you wrote all 4

482
01:08:45.060 --> 01:08:48.470
Roxanne S Krietzman: of the grading faculty members shared

483
01:08:48.510 --> 01:09:03.770
Roxanne S Krietzman: the initial reaction that the exam did not seem to be written in the student's voice, and noted instances where answers seemed to not be directly relevant to the question or involved concepts that were not covered in class, or the readings?

484
01:09:03.819 --> 01:09:14.789
Roxanne S Krietzman: Are students allowed to draw information from courses outside of their specialty track and topics that they discuss individually with professors to use on the prelim. Exam.

485
01:09:18.580 --> 01:09:32.653

Ezra Golberstein: I mean, students are allowed to put whatever they want. It's a good practice. If you're invoking something that was not, I mean, you should always be citing things that you are invoking.

486
01:09:33.160 --> 01:09:36.099
Ezra Golberstein: and if there's something that is

487
01:09:36.300 --> 01:09:43.869
Ezra Golberstein: relevant that was not, say in the directly, in course materials, or directly in the reading list.

488
01:09:43.930 --> 01:09:48.830
Ezra Golberstein: Yeah, in theory, it's acceptable. But it's.

489
01:09:48.960 --> 01:09:50.620
Ezra Golberstein: you know, we try to.

490
01:09:50.840 --> 01:10:01.450
Ezra Golberstein: We think that the between the material covered in the course and the reading list. We give very strong guidance on what the core material for the exam is, I mean, yes, a student can in theory do. That

491
01:10:02.600 --> 01:10:06.980
Ezra Golberstein: doesn't seem like a great strategy in a exam, though.

492
01:10:08.300 --> 01:10:09.510
Roxanne S Krietzman: Okay, thank you.

493
01:10:09.880 --> 01:10:13.700
Roxanne S Krietzman: I'm going to share my screen and show you just some articles.

494
01:10:14.333 --> 01:10:34.999
Roxanne S Krietzman: This is a list of articles provided to Haishan by Professor Carroll in a feedback email. July 21, st 2024. None of the ones listed in on the screen are on the faculty provided reading list. If Haishan cited these papers in the exam. Would that be okay?

495
01:10:39.205 --> 01:10:47.290
Ezra Golberstein: So 1st off, I mean, I have no context about the communication that you're
mentioning here between him and Professor Carol.

496
01:10:50.100 --> 01:10:51.889
Ezra Golberstein: I mean if

497
01:10:52.620 --> 01:11:00.449
Ezra Golberstein: there, if it were directly relevant and germane to the question that was being

498
01:11:00.530 --> 01:11:07.000
Ezra Golberstein: posed in the exam and directly relevant and germane to his answer, and it
was cited.

499
01:11:07.450 --> 01:11:11.509
Ezra Golberstein: I don't think that any of us would have had an issue with that necessarily.

500
01:11:12.640 --> 01:11:13.890
Roxanne S Krietzman: Okay, thank you.

501
01:11:15.170 --> 01:11:26.079
Roxanne S Krietzman: Earlier, you listed the faculty members who wrote the prelim exam. But
you noted that Professor Nick Pay did not participate in the grading.

502
01:11:26.200 --> 01:11:37.900
Roxanne S Krietzman: and I've just on the screen pulled up the faculty that are in Haishan's
area of emphasis. And this is a screenshot from Appendix B the guidebook

503
01:11:38.534 --> 01:11:47.360
Roxanne S Krietzman: and I want to know if you asked Professor Nick pay to participate in
another form of giving feedback.

504
01:11:47.470 --> 01:11:53.000

Roxanne S Krietzman: for when she did have time, like virtually or asynchronously, or something like that.

505
01:11:56.460 --> 01:11:57.180
Ezra Golberstein: No.

506
01:11:57.740 --> 01:12:02.499
Ezra Golberstein: she never really looked at the exam even, and it was clear that

507
01:12:02.720 --> 01:12:08.469
Ezra Golberstein: she was not going to have time to look at the exam in any sort of timeframe that would work. So we just said.

508
01:12:08.550 --> 01:12:09.600
Ezra Golberstein: Sit it out.

509
01:12:10.710 --> 01:12:11.420
Roxanne S Krietzman: Okay.

510
01:12:12.116 --> 01:12:23.220
Roxanne S Krietzman: the exam was made up of 5 questions, and you and you earlier, like I said, told us who wrote the the exam collectively. But can you tell us who wrote each individual question.

511
01:12:24.410 --> 01:12:27.400
Ezra Golberstein: Sure I wrote. Question one.

512
01:12:29.200 --> 01:12:34.314
Ezra Golberstein: question 2. I I can't even remember what the ordering of the questions. I have to go back and look

513
01:12:34.640 --> 01:12:41.309
Ezra Golberstein: but I can say question 3 was written by Caitlin Carroll. Question 4 was written by Peter Huckfelt.

514
01:12:43.443 --> 01:12:48.299
Ezra Golberstein: I can't remember whether I was which one was Hannah, and which one was, say.

515
01:12:48.900 --> 01:12:51.179
Roxanne S Krietzman: Okay, okay, I I,

516
01:12:52.045 --> 01:12:54.900
Roxanne S Krietzman: so the 1st question was required.

517
01:12:54.980 --> 01:13:12.490
Roxanne S Krietzman: and then Haishan was able to choose 2 out of the 4 remaining questions to answer. Haishan chose to answer questions 3 and 4 in addition to question one. So you told me that Haishan did not choose. Dr. Nick pays question. Question 5.

518
01:13:12.902 --> 01:13:20.779
Roxanne S Krietzman: To answer, and because of this it was you deemed it acceptable for her not to be included in the grading. Hi Sean also didn't answer

519
01:13:21.470 --> 01:13:31.950
Roxanne S Krietzman: question number 2. Whoever wrote that that faculty member's question? If Haishan didn't answer that question written by this faculty? Member question 2,

520
01:13:32.040 --> 01:13:36.240
Roxanne S Krietzman: why did this faculty member still participate in the grading.

521
01:13:36.240 --> 01:13:38.979
Ezra Golberstein: So I previously said that

522
01:13:39.440 --> 01:13:48.339
Ezra Golberstein: the main I want to be clear. The main reason why I excused Professor sayed Nick pay from the grading was because she was at just unavailable.

523
01:13:48.940 --> 01:13:53.399

Ezra Golberstein: I felt even more comfortable with that decision, knowing that

524
01:13:53.870 --> 01:14:08.550
Ezra Golberstein: she wasn't the one that had written the question, because that's the person that we think maybe has, like the most direct expertise, as we are reconciling grades across graders when we are doing the the the prelim grading process. But

525
01:14:08.610 --> 01:14:28.640
Ezra Golberstein: the key reason why Professor, say Nick pay was excluded from the grade was because she just did not have a chance to review the exam, and there was no way she was able to do so on a workable timeline. I just felt even more comfortable with that decision, because, knowing that we didn't. We didn't have to rely on on the expertise of the person who wrote the question.

526
01:14:29.490 --> 01:14:30.790
Roxanne S Krietzman: Okay, thank you.

527
01:14:31.200 --> 01:14:36.610
Roxanne S Krietzman: What is your perceived scope of the use of AI on Haishan's prelim? Exam.

528
01:14:38.850 --> 01:14:39.750
Ezra Golberstein: It's

529
01:14:39.990 --> 01:14:43.249
Ezra Golberstein: I mean, it's hard to say in a way.

530
01:14:43.490 --> 01:14:46.670
Ezra Golberstein: my per my perception is that there is.

531
01:14:47.050 --> 01:14:52.479
Ezra Golberstein: in my view, very clear evidence that it's used in at least parts of it. I think that that isn't

532
01:14:52.590 --> 01:15:00.600

Ezra Golberstein: most clear in particular for question number 4. Although there were instances in questions one and 3 as well, that.

533
01:15:00.790 --> 01:15:30.689
Ezra Golberstein: you know, struck me as being incredibly suspicious. But there were certain parts of the exam that I actually did not have concerns about AI use like, for instance, in question one, there are a couple graphs that were produced. I actually had no concerns about that. AI produced those graphs. In fact, there were certainly parts of his exam where I didn't have significant concerns. But there were other parts where, yeah, I definitely had concerns. And there.

534
01:15:30.980 --> 01:15:36.480
Ezra Golberstein: yeah, it's hard for me. I can't put like a percentage of how much of the exam that's not possible for me.

535
01:15:37.520 --> 01:15:38.260
Roxanne S Krietzman: Okay.

536
01:15:39.216 --> 01:15:41.599
Roxanne S Krietzman: I know you mentioned that.

537
01:15:43.650 --> 01:15:46.140
Roxanne S Krietzman: Professor Niprash

538
01:15:46.320 --> 01:16:00.510
Roxanne S Krietzman: brought the concerns to you, and and that kind of aligned with what you had been originally thinking. Did Professor Huckfeld or Professor Carroll organically bring up concerns about AI use on Haishan's exam to you?

539
01:16:01.741 --> 01:16:04.400
Ezra Golberstein: Sorry. Could you? Could you clarify what you mean by organically.

540
01:16:05.502 --> 01:16:14.309
Roxanne S Krietzman: Did did you bring up the concerns with Professor Carroll and Professor Huckfeld, or did they independently come to you with these concerns?

541
01:16:15.600 --> 01:16:16.490
Ezra Golberstein: I

542
01:16:17.470 --> 01:16:29.980
Ezra Golberstein: I mean. I can't remember exactly who initiated the conversation, but after Professor Neeprash circulated the output of the chat Gp. Of chat the the chat. Gpt answers to the prelim questions.

543
01:16:30.190 --> 01:16:39.909
Ezra Golberstein: At that point the 4 of us started talking with each other about our responses and and our feelings about what was going on. We had not previously discussed this with each other.

544
01:16:40.680 --> 01:16:41.887
Roxanne S Krietzman: Okay, thank you.

545
01:16:42.860 --> 01:16:53.080
Roxanne S Krietzman: I want to point everyone's attention to some of the documents that you, Professor Golderstein, submitted with your original Ocs report.

546
01:16:53.782 --> 01:17:03.719
Roxanne S Krietzman: And so this Pdf, you're seeing on the left hand side of my screen. This is Appendix d. In the student box folder.

547
01:17:04.203 --> 01:17:13.079
Roxanne S Krietzman: Dr. Golderstein. Can you tell us who generated the output from Chatgpt in the right hand column of this document.

548
01:17:16.100 --> 01:17:24.790
Ezra Golberstein: it would take honestly it would. It would take me a little while, I think the majority of the output on that right hand side of the document

549
01:17:24.920 --> 01:17:31.840
Ezra Golberstein: came from Hannah's original run of the exam through Chat Gpt. And I think

550
01:17:32.000 --> 01:17:46.209
Ezra Golberstein: one, or maybe 2 at most of them, came from. When then I subsequently ran it those 2 times, as I mentioned previously, I off the top of my head. It's I can't remember exactly which ones came from Hannah's versus mine.

551
01:17:46.990 --> 01:17:48.170
Roxanne S Krietzman: Okay, okay?

552
01:17:48.530 --> 01:17:53.370
Roxanne S Krietzman: And then I just want to bring up the other chat. Gpt output.

553
01:17:53.844 --> 01:18:05.849
Roxanne S Krietzman: That you submitted with your original report. And this is appendix T. In the student box folder. Can you confirm that this was the output by Professor Niprash

554
01:18:08.110 --> 01:18:09.579
Roxanne S Krietzman: on the right hand side.

555
01:18:12.350 --> 01:18:16.150
Ezra Golberstein: I? Honestly, I I can't. Off the top of my head I have.

556
01:18:16.530 --> 01:18:19.560
Ezra Golberstein: There are, since there are a couple versions of this, it would take me.

557
01:18:20.760 --> 01:18:23.739
Ezra Golberstein: Take me a little while. I'm trying to remember which one was which

558
01:18:24.410 --> 01:18:25.560
Ezra Golberstein: I think

559
01:18:25.690 --> 01:18:29.609
Ezra Golberstein: I mean. I don't want to say I think I'm you're asking me to confirm. And I actually need to be

560
01:18:30.010 --> 01:18:34.040
Ezra Golberstein: different groups. They want to be. Make sure that I'm getting it right.

561
01:18:34.580 --> 01:18:37.560
Sharon Dzik: Excuse me, Roxanne, could you please repeat that question?

562
01:18:38.670 --> 01:18:57.130
Roxanne S Krietzman: Yeah. So I just wanna, I'm trying to determine. You know what outputs were generated by who? So these were 2 attachments submitted alongside the original Ocs report. The left hand side is an output compared with Haishan's responses.

563
01:18:57.140 --> 01:19:01.069
Roxanne S Krietzman: and then, if we take a look at Appendix T on the right hand side.

564
01:19:01.080 --> 01:19:08.369
Roxanne S Krietzman: This is just just a copy and paste, presumably from a chat gpt output into a word document.

565
01:19:08.770 --> 01:19:09.809
Roxanne S Krietzman: So I'm just.

566
01:19:09.810 --> 01:19:10.400
Ezra Golberstein: And that's a.

567
01:19:10.400 --> 01:19:13.380
Roxanne S Krietzman: If I kind of like, whose output is, whose.

568
01:19:13.380 --> 01:19:19.650
Ezra Golberstein: Yeah, Roxanne, thanks. I I can confirm now. That is the output that Hannity press shared with all 4

569
01:19:19.960 --> 01:19:22.129
Ezra Golberstein: prelim grading committee members.

570
01:19:22.480 --> 01:19:23.760
Roxanne S Krietzman: Okay, okay.

571
01:19:25.140 --> 01:19:33.620
Roxanne S Krietzman: is it safe to assume that you and and Professor Nipraj generated your outputs on different computers at different times?

572
01:19:33.620 --> 01:19:34.250
Ezra Golberstein: Yes.

573
01:19:34.640 --> 01:19:35.380
Ezra Golberstein: Okay.

574
01:19:36.300 --> 01:19:38.980
Roxanne S Krietzman: When when you generated

575
01:19:39.300 --> 01:19:46.379
Roxanne S Krietzman: your outputs. Can you tell us which version of Chatgpt you used.

576
01:19:49.760 --> 01:19:50.910
Ezra Golberstein: I.

577
01:19:50.920 --> 01:19:52.669
Ezra Golberstein: Okay, let's see.

578
01:19:53.800 --> 01:19:54.520
Ezra Golberstein: Yeah.

579
01:19:54.750 --> 01:19:59.169
Ezra Golberstein: I'm not an expert in chat. Gpt, this takes me. This will just take me a moment to.

580
01:19:59.170 --> 01:20:00.469

Roxanne S Krietzman: No worries, no worries.

581
01:20:00.470 --> 01:20:01.130
Ezra Golberstein: This?

582
01:20:07.780 --> 01:20:12.009
Ezra Golberstein: okay, yeah. I think one of them used Gpt, dash 4 o.

583
01:20:12.620 --> 01:20:20.390
Ezra Golberstein: and then the other one was, whatever the button that you toggle is, and it's just the other one. Maybe I can't remember the name for it. But if you yeah.

584
01:20:21.180 --> 01:20:22.500
Roxanne S Krietzman: Okay, okay.

585
01:20:23.449 --> 01:20:28.040
Roxanne S Krietzman: you. You told us you ran it through chat gpt

586
01:20:28.070 --> 01:20:30.740
Roxanne S Krietzman: twice. Why did you decide to do it twice.

587
01:20:31.894 --> 01:20:40.420
Ezra Golberstein: Because, as I was doing it, I realized, Oh, you click a button and it runs it through again. I'm curious, just like, how does this even work.

588
01:20:41.150 --> 01:20:41.559
Roxanne S Krietzman: Okay.

589
01:20:42.460 --> 01:20:57.089
Roxanne S Krietzman: do you have a you know there's there's a free version of Chat Gpt that you can access, and it's a limited version without having a login or an account. Do you have a login or an account for Chat gpt.

590
01:20:57.368 --> 01:20:58.202

Ezra Golberstein: Yes, I do.

591
01:20:59.110 --> 01:21:03.630
Roxanne S Krietzman: Okay, okay, did you have one at the time when you 1st

592
01:21:03.810 --> 01:21:07.739
Roxanne S Krietzman: ran the prelim exam through Chatgpt.

593
01:21:09.900 --> 01:21:11.730
Ezra Golberstein: when I

594
01:21:12.170 --> 01:21:13.120
Ezra Golberstein: yes,

595
01:21:14.490 --> 01:21:20.590
Ezra Golberstein: One thing I will note is the the screenshot of the output from

596
01:21:22.130 --> 01:21:25.060
Ezra Golberstein: the the practice prelim.

597
01:21:25.150 --> 01:21:28.060
Ezra Golberstein: When I did that I had not been logged in.

598
01:21:28.240 --> 01:21:30.780
Ezra Golberstein: so I took a screenshot of that.

599
01:21:31.640 --> 01:21:32.486
Roxanne S Krietzman: Okay, okay.

600
01:21:33.737 --> 01:21:38.010
Roxanne S Krietzman: how much time elapsed between the 1st time you inputted

601
01:21:38.480 --> 01:21:42.070

Roxanne S Krietzman: the prelim into Chat Gpt, and the second time.

602
01:21:47.160 --> 01:21:48.119
Ezra Golberstein: a minute.

603
01:21:48.270 --> 01:21:49.299
Ezra Golberstein: I mean, like I.

604
01:21:49.300 --> 01:21:50.969
Roxanne S Krietzman: Okay, so back to back.

605
01:21:50.970 --> 01:21:51.320
Ezra Golberstein: Yeah.

606
01:21:51.320 --> 01:21:57.830
Roxanne S Krietzman: Okay, gotcha gotcha, thank you. And in what way did you enter the exam questions into chat? Gpt.

607
01:22:00.306 --> 01:22:04.410
Ezra Golberstein: I think one at a time. It's my recollection.

608
01:22:04.990 --> 01:22:16.019
Roxanne S Krietzman: Okay, okay, when you mean one at a time, did you do the question plus the letter subsections that are part of the question or the question, and then each one.

609
01:22:16.020 --> 01:22:21.210
Ezra Golberstein: I believe I put the entirety of the question, including subsections, to the question.

610
01:22:21.210 --> 01:22:21.800
Roxanne S Krietzman: Okay.

611
01:22:22.100 --> 01:22:25.850
Roxanne S Krietzman: Didn't you only submit the questions.

612
01:22:26.190 --> 01:22:32.500
Roxanne S Krietzman: or did you only run the questions through Chatgpt that Haishan
answered, or did you run all 5.

613
01:22:34.260 --> 01:22:38.339
Ezra Golberstein: I think I only I think I probably just did the ones, he answered. But I'm not
positive.

614
01:22:38.850 --> 01:22:39.530
Roxanne S Krietzman: Okay.

615
01:22:40.030 --> 01:22:50.109
Roxanne S Krietzman: when you have a chat, Gpt login it. It logs your your version history. Do
you have the original chat, gpt thread that you generated.

616
01:22:53.490 --> 01:22:54.720
Ezra Golberstein: Probably.

617
01:22:55.860 --> 01:23:05.419
Roxanne S Krietzman: Okay, okay, I would ask that at some point. If you're able to take some
time to to pull that to download it for us

618
01:23:05.570 --> 01:23:14.049
Roxanne S Krietzman: and provide it to the panel. I think that could be helpful if Sharon's okay
with you doing that, I would like to see the original thread.

619
01:23:15.210 --> 01:23:16.660
Roxanne S Krietzman: if that can be accessed by.

620
01:23:16.660 --> 01:23:20.281
Ezra Golberstein: Yeah, I mean, I'll I'll have to see if it can be accessed. Honestly.

621
01:23:20.540 --> 01:23:21.510

Roxanne S Krietzman: Okay, yeah.

622
01:23:21.970 --> 01:23:22.780
Roxanne S Krietzman: okay.

623
01:23:24.310 --> 01:23:30.369
Roxanne S Krietzman: I'm going to stop sharing that screen and just continue on with my questioning.

624
01:23:31.162 --> 01:23:35.170
Roxanne S Krietzman: Can you provide us with a definition

625
01:23:35.350 --> 01:23:38.089
Roxanne S Krietzman: for confirmation bias?

626
01:23:40.040 --> 01:23:41.089
Ezra Golberstein: I beg your pardon.

627
01:23:42.180 --> 01:23:47.710
Roxanne S Krietzman: Can you provide us with a a definition for the the term confirmation bias?

628
01:23:49.786 --> 01:23:53.379
JaneAnne Murray: I I don't see the relevance of that question. He's not here, isn't.

629
01:23:53.380 --> 01:23:58.329
Roxanne S Krietzman: Can I give the definition? And then you can tell me if it's relevant or not? Jane Ann.

630
01:23:58.330 --> 01:24:06.930
JaneAnne Murray: Why didn't you say if he accepts that? A definition that you give him? But I don't see that he's here as an expert on, you know, psychological terms.

631
01:24:07.680 --> 01:24:23.579

Roxanne S Krietzman: Okay. The definition I pulled was the tendency to seek out and prefer information that supports our preexisting beliefs. And the question I have associated with that is, how do you avoid confirmation bias when grading exams, as it pertains to AI.

632
01:24:25.514 --> 01:24:33.210
Ezra Golberstein: I had 0 previous belief going into this exam that a student would ever use AI on a prelim. Exam.

633
01:24:33.790 --> 01:24:34.850
Ezra Golberstein: My, my!

634
01:24:34.890 --> 01:24:44.649
Ezra Golberstein: My prior assumption going in was that a student that is in our doctoral program would never do something like that. There was no suspicion going into the grading of anything like that.

635
01:24:45.430 --> 01:24:46.070
Roxanne S Krietzman: Okay.

636
01:24:46.970 --> 01:24:55.159
Roxanne S Krietzman: if an instructor inputs an exam question into chat, Gpt a hundred times and selects certain parts from those responses

637
01:24:55.220 --> 01:24:57.820
Roxanne S Krietzman: to compare with the students, answers.

638
01:24:57.850 --> 01:25:05.430
Roxanne S Krietzman: finding similarities between the students, answers and parts of the AI generated responses. Do you think that is ethical?

639
01:25:12.430 --> 01:25:14.310
JaneAnne Murray: Sorry. I just don't see the relevance of that question.

640
01:25:14.310 --> 01:25:16.329
Ezra Golberstein: Yeah, this is an entirely hypothetical

641
01:25:16.850 --> 01:25:17.470
Ezra Golberstein: Jim.

642
01:25:18.440 --> 01:25:29.590
Roxanne S Krietzman: I'm I'm just trying to demonstrate with multiple chat, gpt outputs there can be there could be a potential to match certain parts of certain outputs

643
01:25:29.610 --> 01:25:35.829
Roxanne S Krietzman: to certain parts of a prelim exam. That's that's what I was trying to demonstrate with that question. But I'll move on.

644
01:25:35.830 --> 01:25:42.249
JaneAnne Murray: Right. He's not an expert. I don't think he's an expert in AI. If you have an expert in AI, you can ask those questions. And you can also.

645
01:25:42.250 --> 01:25:45.010
Roxanne S Krietzman: I'll continue on with my questioning.

646
01:25:45.480 --> 01:25:48.840
Roxanne S Krietzman: Let me reshare the Powerpoint.

647
01:25:56.760 --> 01:26:06.509
Roxanne S Krietzman: On August 28, th 2024, we see an email from you listed on the screen. And this is Appendix C in the universe or in the student box file.

648
01:26:06.710 --> 01:26:10.979
Roxanne S Krietzman: You emailed Haishan to inform him that you had finished greeting.

649
01:26:11.353 --> 01:26:15.470
Roxanne S Krietzman: Why didn't you include any mention of AI usage in this email?

650
01:26:15.790 --> 01:26:17.430
Ezra Golberstein: Because I felt like it would be

651
01:26:18.040 --> 01:26:20.579
Ezra Golberstein: more respectful to just tell them face to face.

652
01:26:21.760 --> 01:26:22.460
Roxanne S Krietzman: Okay.

653
01:26:23.800 --> 01:26:50.790
Roxanne S Krietzman: I have pulled a screenshot from the office for community standards
website. And this is guidelines for instructors for reporting scholastic dishonesty and number 2
encourages faculty members to meet with the students who you're accusing of scholastic
dishonesty. And I know you did this, and we have that on record that you met with Haishan and
Dr. Dowd on August 29.th Can you tell us how long that meeting lasted?

654
01:26:52.461 --> 01:27:08.249
Ezra Golberstein: It was not that long. I think that there was another issue with somebody
having an Internet issue. I think potentially, Professor Dow may have had an Internet issue that
that caused the or anyway, it it was. It was a. It was a relatively short meeting, I think, in terms of
actual conversation, probably

655
01:27:08.430 --> 01:27:11.054
Ezra Golberstein: 10 min or so.

656
01:27:13.940 --> 01:27:15.180
Ezra Golberstein: sorry it

657
01:27:15.630 --> 01:27:20.389
Ezra Golberstein: wait. I I just I just lost my train of thought. So you asked how long question
was, what else were you asking.

658
01:27:20.390 --> 01:27:23.120
Roxanne S Krietzman: Yeah. How long? How long did that initial meeting last.

659
01:27:23.120 --> 01:27:25.399
Ezra Golberstein: Yeah, it was. It was a pretty short meeting.

660
01:27:25.910 --> 01:27:30.829
Roxanne S Krietzman: Okay, would you say like, 10 min, 20 min, like, if you had to guess.

661
01:27:30.830 --> 01:27:31.320
Ezra Golberstein: I'm guessing.

662
01:27:31.320 --> 01:27:33.743
Roxanne S Krietzman: 10 min. Okay, okay.

663
01:27:34.490 --> 01:27:47.720
Roxanne S Krietzman: you know, in such a high stakes situation with potential consequences such as expulsion. Why don't you allow more time than 10 min, or invite more faculty from the examining committee to participate in this meeting.

664
01:27:48.070 --> 01:27:51.779
Ezra Golberstein: Yeah, so 1st off I I

665
01:27:52.150 --> 01:27:58.049
Ezra Golberstein: as I mentioned before, I made sure that every step along the way I was consulting with Sharon, and

666
01:27:58.250 --> 01:28:07.110
Ezra Golberstein: on behalf of the office of community standards, to make sure that we were following an appropriate procedure, and this was included in that

667
01:28:08.240 --> 01:28:19.220
Ezra Golberstein: we as a faculty. All 4 of us had unanimous consensus that we thought that we there was a very clear preponderance of evidence that there was some sort of AI use, and at this point

668
01:28:19.310 --> 01:28:29.021
Ezra Golberstein: there we had decided that we were going to go forward with submitting the report, and we're pursuing the formal case with OS through Ocs

669
01:28:29.760 --> 01:28:33.320
Ezra Golberstein: And I consulted Karen about how to.

670
01:28:33.490 --> 01:28:46.979
Ezra Golberstein: you know. Present this information to High Sean, and that his advisor should
be there, and I made sure that his advisor was there for the meeting. And she said that the
appropriate way to do this is, explain

671
01:28:47.150 --> 01:28:50.889
Ezra Golberstein: what we're what our concern is, what we are going to be doing.

672
01:28:50.950 --> 01:28:52.520
Ezra Golberstein: Ask him if

673
01:28:52.650 --> 01:28:58.109
Ezra Golberstein: he asked him if you give him a chance to respond and like, do you

674
01:28:58.260 --> 01:29:22.240
Ezra Golberstein: like? Did you do this? Did you not do this, or or like asking like, How did you
approach the exam? I think I may have asked something like that which was based off of
Sharon's guidance. But then also that to be clear, that this was not going to be the venue to be
going back and forth about specific issues on the Exam. And that those conversations would
work through Ocs, and that he would have full fair representation in that process.

675
01:29:22.610 --> 01:29:23.159
Ezra Golberstein: And that was it.

676
01:29:23.160 --> 01:29:23.730
Roxanne S Krietzman: Okay.

677
01:29:24.260 --> 01:29:25.040
Roxanne S Krietzman: okay.

678
01:29:25.670 --> 01:29:34.559

Roxanne S Krietzman: in. In this same meeting, from what you can recall, did you specify to Haishan which questions you suspected were answered using Chat Gpt.

679
01:29:34.560 --> 01:29:35.409
Ezra Golberstein: I did not.

680
01:29:35.760 --> 01:29:38.689
Ezra Golberstein: I think Hijan actually asked about.

681
01:29:38.690 --> 01:29:39.240
Roxanne S Krietzman: Okay.

682
01:29:39.240 --> 01:29:47.599
Ezra Golberstein: Which parts we were concerned about. And I said, That's something that we will be working. Those those discussions we're gonna are gonna have to happen through the offices of of Ocs.

683
01:29:48.580 --> 01:30:02.290
Roxanne S Krietzman: Okay, thank you. Hi, Sean, and I had a conversation about this meeting, and he can't recall you mentioning the potential for expulsion during the meeting. Did did you bring up any

684
01:30:02.560 --> 01:30:06.930
Roxanne S Krietzman: outcomes or expulsion to him during that meeting, or the potential for it.

685
01:30:08.359 --> 01:30:12.989
Ezra Golberstein: I don't think that we spoke about what the potential consequences were in that meeting. No.

686
01:30:12.990 --> 01:30:13.760
Roxanne S Krietzman: Okay.

687
01:30:13.900 --> 01:30:17.870
Roxanne S Krietzman: Okay. If I may ask, why not?

688
01:30:25.160 --> 01:30:27.550
Ezra Golberstein: I don't know. Honestly, I don't know.

689
01:30:27.550 --> 01:30:27.960
Roxanne S Krietzman: Okay.

690
01:30:27.960 --> 01:30:35.120
Ezra Golberstein: I think I was just. I think I was trying to follow the the guidance that I got from
Sharon as closely as possible, and I just can't remember if that was something that I was in.

691
01:30:35.160 --> 01:30:37.950
Ezra Golberstein: you know told that that's what I should do or not.

692
01:30:38.970 --> 01:30:39.630
Roxanne S Krietzman: Sure

693
01:30:40.556 --> 01:30:50.809
Roxanne S Krietzman: prior to this meeting you said that you notified Brian about your
concerns. Did you tell Haishan, prior to that you were going to alert Professor Dowd about

694
01:30:51.300 --> 01:30:52.670
Roxanne S Krietzman: this instance.

695
01:30:54.240 --> 01:30:55.320
Ezra Golberstein: No, I do not.

696
01:30:55.740 --> 01:30:57.020
Roxanne S Krietzman: Okay. Okay.

697
01:30:57.637 --> 01:31:01.520
Roxanne S Krietzman: If I may ask, was there a reason that you did not tell him

698
01:31:01.820 --> 01:31:02.979

Roxanne S Krietzman: ahead of time?

699
01:31:06.140 --> 01:31:08.510
Ezra Golberstein: we had. We had a

700
01:31:08.770 --> 01:31:13.550
Ezra Golberstein: a pretty much consensus view on what we thought was going on at that point.

701
01:31:13.620 --> 01:31:23.971
Ezra Golberstein: and we wanted to. We. We thought it was important to just loop his advisor in so that he wasn't going to be blindsided by anything.

702
01:31:24.860 --> 01:31:26.139
Ezra Golberstein: that was basically it.

703
01:31:26.860 --> 01:31:27.600
Roxanne S Krietzman: Okay?

704
01:31:29.060 --> 01:31:40.040
Roxanne S Krietzman: So I want to speak about the discrepancies between Haishan's exam responses and the rationale you submitted with your initial Ocs report.

705
01:31:40.678 --> 01:31:47.119
Roxanne S Krietzman: So this is. These are screenshots from that appendix T that I showed you earlier that Pdf.

706
01:31:48.000 --> 01:32:14.949
Roxanne S Krietzman: as well as I've listed the page where Haishan's answers are on the left hand side from his prelim. Exam. In your comment for question 4 part A, you wrote, and this is at the top. In part a. The student gave market pressure as part of their answer, while the other parts seem closely related to the chat gpt output. The answer regarding market pressure is distinctly incorrect.

707
01:32:15.280 --> 01:32:22.529

Roxanne S Krietzman: are topics like insufficient risk adjustment and incentives for cost minimization taught in any of your courses.

708
01:32:28.430 --> 01:32:29.740
Ezra Golberstein: the

709
01:32:30.930 --> 01:32:35.699
Ezra Golberstein: in general, these topics are covered. Yes.

710
01:32:38.380 --> 01:32:46.010
Roxanne S Krietzman: Would you say that one and 2 insufficient risk adjustment and incentives for cost minimization? Are those standard answers.

711
01:32:47.730 --> 01:32:56.163
Ezra Golberstein: So I have to review this one quickly here. And I will note that my colleague kind of knee presh! Is going to be going through these things in a lot more detail.

712
01:32:57.590 --> 01:33:00.538
Ezra Golberstein: so this is the global capitation one.

713
01:33:02.950 --> 01:33:04.116
Ezra Golberstein: oh, right?

714
01:33:05.530 --> 01:33:09.579
Ezra Golberstein: no. I don't think that these really are standard answers.

715
01:33:10.560 --> 01:33:12.080
Roxanne S Krietzman: Okay, okay.

716
01:33:12.730 --> 01:33:20.948
Roxanne S Krietzman: you pointed out that market pressures is not part of the chat gpt output, but that the term is distinctly incorrect.

717
01:33:21.770 --> 01:33:26.400

Roxanne S Krietzman: do you have an understanding of this term? Could you explain this term? Market pressures.

718
01:33:27.590 --> 01:33:28.450
Ezra Golberstein: Well.

719
01:33:28.610 --> 01:33:29.450
Ezra Golberstein: it's

720
01:33:29.750 --> 01:33:36.830
Ezra Golberstein: very, very vague. It's actually not sort of what I think of as being a doctoral level. Health economics. Answer.

721
01:33:39.030 --> 01:33:44.709
Ezra Golberstein: so no, it's actually hard for me to try to give a sense of what this is in this context. Here.

722
01:33:45.500 --> 01:33:46.947
Roxanne S Krietzman: Okay, thank you.

723
01:33:48.452 --> 01:33:53.759
Roxanne S Krietzman: What would be a standard answer for this question in your opinion.

724
01:33:56.824 --> 01:34:05.595
Ezra Golberstein: So here I I would actually note that the best person to speak to this would be Professor Huckfeld. Who's the one that actually wrote this question,

725
01:34:05.920 --> 01:34:06.560
Roxanne S Krietzman: Okay.

726
01:34:06.560 --> 01:34:12.719
Ezra Golberstein: And I would say that for one focusing on

727
01:34:13.510 --> 01:34:16.860

Ezra Golberstein: the models, the theoretical and conceptual models

728
01:34:16.980 --> 01:34:25.030
Ezra Golberstein: around healthcare provider behavior would be a very standard way to approach this question, and that was not done here.

729
01:34:25.770 --> 01:34:26.410
Roxanne S Krietzman: Okay.

730
01:34:27.240 --> 01:34:34.550
Roxanne S Krietzman: if market pressures is distinctly incorrect, how do you explain this under your assumption that Hi Sean

731
01:34:34.660 --> 01:34:41.169
Roxanne S Krietzman: allegedly use Chat Gbt in this question, since Chatgbt didn't produce this answer.

732
01:34:44.590 --> 01:34:53.110
Ezra Golberstein: where a we are not alleging that 100% of his written response. His his written prelim was by Chat gpt

733
01:34:54.680 --> 01:34:55.529
Ezra Golberstein: you know.

734
01:34:55.840 --> 01:34:58.460
Ezra Golberstein: B, as we know, like, you know.

735
01:34:58.500 --> 01:35:20.270
Ezra Golberstein: maybe it was. We all know that Chat Gpt gives different answers each time, and if, like, you know, you gave that hypothetical. If I ran it, what was it like? A 1,000 times or a hundred times like you said like, maybe it would have popped up. For all I know. I don't view that as really being evidence in one direction or the other about the the term market pressure is being

736
01:35:20.960 --> 01:35:24.650

Ezra Golberstein: evidence, one way or another, that he used Chat gpt on parts of his Exam.

737
01:35:25.440 --> 01:35:26.760
Roxanne S Krietzman: Okay, thank you.

738
01:35:28.780 --> 01:35:36.510
Roxanne S Krietzman: The Acronym Pco. Which stands for primary care organization was a concern you brought up in your initial report.

739
01:35:36.690 --> 01:35:40.519
Roxanne S Krietzman: and I know, Sharon mentioned that in the opening comments

740
01:35:40.720 --> 01:35:42.170
Roxanne S Krietzman: you wrote

741
01:35:42.670 --> 01:35:53.979
Roxanne S Krietzman: this acronym was produced by Chatgpt. However, it is not a standard acronym that is used in our field at all, and that's listed here on the bottom of the screen.

742
01:35:55.380 --> 01:36:10.710
Roxanne S Krietzman: However, in the informal resolution outcome letter sent to Haishan on October 3, rd 2024. It stated all 4 faculty members who reviewed your prelim exam. Said they do not use this acronym in their teaching, and it is not used commonly in the field.

743
01:36:10.860 --> 01:36:21.930
Roxanne S Krietzman: Can you explain the discrepancy between not used in our field at all, and not commonly used in the field, which which one would better describe how you feel about the acronym Pco.

744
01:36:24.740 --> 01:36:28.880
Ezra Golberstein: when I saw it on on his exam. That was the 1st time

745
01:36:29.040 --> 01:36:32.100
Ezra Golberstein: in all of my recollection in my professional life

746
01:36:32.260 --> 01:36:46.360
Ezra Golberstein: that I have ever seen that acronym used for primary care organization. And I want to note, I actually do some research in the area of primary care. So I had never seen that used before as an acronym.

747
01:36:47.440 --> 01:36:57.159
Ezra Golberstein: My my understanding from speaking to my other 3 colleagues, who are graders. They had the same response. None of them had ever seen that acronym before.

748
01:36:58.380 --> 01:36:59.790
Roxanne S Krietzman: Okay, thank you.

749
01:37:01.030 --> 01:37:04.449
Roxanne S Krietzman: So on the screen, I've pulled up

750
01:37:05.607 --> 01:37:08.991
Roxanne S Krietzman: screenshots from a

751
01:37:10.380 --> 01:37:17.229
Roxanne S Krietzman: paper wrote by Haishan in 88, 21 health economics. 2. That was taught by you in the spring

752
01:37:17.749 --> 01:37:25.389
Roxanne S Krietzman: and in this paper he uses acronyms like Pcc, which stands for primary care, clinics

753
01:37:25.550 --> 01:37:39.980
Roxanne S Krietzman: and Ppo, which stands for preferred provider organizations, acronyms very similar to Pco. How did you feel about these similar acronyms when grading this paper of Haishan's.

754
01:37:41.463 --> 01:37:44.179
Ezra Golberstein: Well, for one Ppo is

755

01:37:44.250 --> 01:37:46.820
Ezra Golberstein: incredibly widely used

756
01:37:46.970 --> 01:37:55.390
Ezra Golberstein: both within health economics and healthcare research writ large. There's nothing at all problematic about something like that.

757
01:37:55.630 --> 01:38:03.439
Ezra Golberstein: Primary care clinics is maybe a little bit less used, but I think it's something that I have seen before, and certainly, you know, was.

758
01:38:03.500 --> 01:38:06.359
Ezra Golberstein: I don't think would be anything that

759
01:38:06.370 --> 01:38:09.709
Ezra Golberstein: really would have raised my eyebrows. That much.

760
01:38:11.280 --> 01:38:13.920
Ezra Golberstein: you know. In contrast, I

761
01:38:14.250 --> 01:38:16.540
Ezra Golberstein: Pco. Was something that I had never heard.

762
01:38:16.690 --> 01:38:21.199
Ezra Golberstein: Yet it was something that Chat Gpt spit out as well

763
01:38:21.330 --> 01:38:26.319
Ezra Golberstein: that it was that that struck me as being, you know, more than coincidence.

764
01:38:27.500 --> 01:38:28.150
Roxanne S Krietzman: Okay.

765
01:38:29.610 --> 01:38:33.790
Roxanne S Krietzman: I want to direct your attention to the Powerpoint.

766
01:38:34.833 --> 01:38:48.680
Roxanne S Krietzman: There are many instances where you know parts of the chat gpt outputs that you and and Professor Niprash generated match closely with

767
01:38:48.750 --> 01:38:59.229
Roxanne S Krietzman: lecture slides from some of your courses. So I want to just point out an example of this. In this case both the lecture slides which are listed at the bottom

768
01:38:59.620 --> 01:39:01.713
Roxanne S Krietzman: and the

769
01:39:03.250 --> 01:39:06.299
Roxanne S Krietzman: screenshots from chat Gpt output

770
01:39:06.310 --> 01:39:14.500
Roxanne S Krietzman: indicate the same separating equilibrium, pooling equilibrium, no equilibrium. How do you account for this?

771
01:39:16.006 --> 01:39:23.150
Ezra Golberstein: This site. So this was from question one I didn't find this to be problematic.

772
01:39:23.160 --> 01:39:25.749
Ezra Golberstein: I you know. His answers were

773
01:39:25.960 --> 01:39:41.860
Ezra Golberstein: aligned, aligned with material from our course. I don't, didn't, and they were pretty standard answers that was mostly in line. What we would have been expecting from somebody who did that work. Like I said before, we are not alleging that 100 of this exam was used. Chat gpt.

774
01:39:42.990 --> 01:39:44.280
Roxanne S Krietzman: Okay, thank you.

775

01:39:45.210 --> 01:39:52.380
Roxanne S Krietzman: So I've I've pulled up some fall of the following terms from Haishan's responses on his prelim exam.

776
01:39:52.964 --> 01:40:05.350
Roxanne S Krietzman: And we've already talked about insufficient risk adjustment and incentives for cost minimization. So I won't ask about those. But can you confirm for us whether you deem the following terms from Haishan's responses

777
01:40:05.390 --> 01:40:14.649
Roxanne S Krietzman: to be relevant and common in the health economics field. So so let's start with the Rand health insurance experiment. Is this

778
01:40:14.670 --> 01:40:18.300
Roxanne S Krietzman: a relevant and common topic in the health economics, field.

779
01:40:18.570 --> 01:40:19.500
Ezra Golberstein: It is.

780
01:40:20.110 --> 01:40:23.529
Roxanne S Krietzman: Okay. How about cream skimming?

781
01:40:25.337 --> 01:40:28.099
Ezra Golberstein: Yes, it is. It comes up a lot. Yeah.

782
01:40:28.620 --> 01:40:29.870
Roxanne S Krietzman: Okay, thank you.

783
01:40:31.365 --> 01:40:36.269
Roxanne S Krietzman: I want to switch over to talking about Haishan's practice prelim.

784
01:40:36.310 --> 01:40:48.499
Roxanne S Krietzman: Hi. Sean submitted his practice. Prelim to you for feedback over the summer, and you told us that was ungraded, and you said it was over the summer. Can you, you know, specify a little bit more about when he submitted it to you.

785
01:40:50.290 --> 01:40:53.040
Ezra Golberstein: I can look in my email and see when it came.

786
01:40:53.140 --> 01:40:54.179
Ezra Golberstein: Is that okay?

787
01:40:54.180 --> 01:40:56.570
Roxanne S Krietzman: Was it like June or July?

788
01:40:56.720 --> 01:40:58.479
Roxanne S Krietzman: Just a month would be helpful.

789
01:40:58.480 --> 01:41:01.089
Ezra Golberstein: I I would have to go back and look.

790
01:41:01.090 --> 01:41:01.760
Roxanne S Krietzman: Okay.

791
01:41:02.340 --> 01:41:04.909
Ezra Golberstein: But it would have been either June or July.

792
01:41:05.070 --> 01:41:06.750
Roxanne S Krietzman: Okay, okay, thank you.

793
01:41:06.930 --> 01:41:23.670
Roxanne S Krietzman: And Haishan took his exam on his prelim. Exam. Not the practice, but the formal one. On August 5, th 2024. When would Haishan have become aware of the restrictions surrounding AI use on the prelim? Exam.

794
01:41:25.693 --> 01:41:26.680
Ezra Golberstein: When he

795

01:41:27.080 --> 01:41:30.140
Ezra Golberstein: saw it that morning, was right there on the top of the exam.

796
01:41:30.480 --> 01:41:39.250
Roxanne S Krietzman: Sure. So August 5, th okay. So at the time when Haishan submitted the practice prelim for feedback, there were no restrictions on AI use, correct.

797
01:41:39.540 --> 01:41:53.519
Ezra Golberstein: There had not been a restriction, and the AI use in the previous prelims that he had seen, because there had not been a prelim since 2022 in the summer, when Chat Gpt was basically, if it even existed, was extraordinarily new at that point.

798
01:41:54.140 --> 01:41:55.459
Roxanne S Krietzman: Sure. Thank you.

799
01:41:56.000 --> 01:42:02.220
Roxanne S Krietzman: Did you have any reservations about Haishan's practice? Prelim responses at the time you 1st saw it over the summer.

800
01:42:03.218 --> 01:42:18.550
Ezra Golberstein: I mean, I think I gave him some feedback, involving, you know, like constructive criticism, that I thought that my recollection is that some of the answers just weren't really engaging deeply with some of the theoretical models, and I think it was. But

801
01:42:18.620 --> 01:42:24.888
Ezra Golberstein: you know I I was assuming that he was operating in good faith, and I took it as a signal that he was engaged.

802
01:42:25.860 --> 01:42:30.479
Ezra Golberstein: but that I but that he you know some things that I was viewed as being.

803
01:42:31.170 --> 01:42:39.095
Ezra Golberstein: you know, generally on the right track, with the types of things that he was bringing up. I didn't, you know I didn't grade it with the level of

804

01:42:40.458 --> 01:42:46.360
Ezra Golberstein: of granularity is, if I were grading an actual prelim because this was I was ex

805
01:42:46.440 --> 01:42:56.660
Ezra Golberstein: pulled in a lot of directions, and it was a practice prelim. That was an
extraordinary ask from a student, so I gave it a high level. Read is what I would what I would
say, and then gave him some constructive feedback off of that.

806
01:42:57.450 --> 01:42:58.639
Roxanne S Krietzman: Sure. Thank you.

807
01:43:00.110 --> 01:43:07.250
Roxanne S Krietzman: This is a screenshot from the university's box. Folder, appendix e. And it
states

808
01:43:07.390 --> 01:43:18.970
Roxanne S Krietzman: we find many similarities between this practice answer, meaning
Haishan's answers from the practice prelim and Chatgpt's output in responses to the exam
questions.

809
01:43:20.340 --> 01:43:23.020
Roxanne S Krietzman: can can you define for us

810
01:43:23.310 --> 01:43:25.739
Roxanne S Krietzman: in many similarities.

811
01:43:26.280 --> 01:43:44.049
Ezra Golberstein: I mean, it's exactly what Sharon showed you before it was really and many is
really just, you know, around one particular answer we saw similarities, both in terms of like that
top paragraph which struck us as being incredibly similar, and then, in some of the subsequent
bulleted points underneath, I mean

812
01:43:44.110 --> 01:43:53.729
Ezra Golberstein: reading this again, like, you know, many maybe not have been the precise
word choice that I would use again. But it's what we're referring to. There is exactly what we
showed you already.

813
01:43:54.530 --> 01:44:03.830
Roxanne S Krietzman: Okay? And were there also? 5. I apologize for not, you know, reviewing how many questions in the practice prelim? Were there also 5 questions in the practice. Prelim.

814
01:44:04.390 --> 01:44:06.040
Ezra Golberstein: I believe so.

815
01:44:06.320 --> 01:44:10.799
Roxanne S Krietzman: Okay? And then the only concerns for you were in one of the questions, correct.

816
01:44:10.800 --> 01:44:20.159
Ezra Golberstein: Yeah. As I. As I read through the chat, Gpt output, I was like, I walked through my experience doing it. I read the 1st couple, and they were like, Okay, these these look like

817
01:44:20.350 --> 01:44:26.540
Ezra Golberstein: the tone is some similarities. But the content was different. And then I got to this one and I was stopped in my tracks by the similarity.

818
01:44:27.160 --> 01:44:28.610
Roxanne S Krietzman: Okay, thank you.

819
01:44:31.230 --> 01:44:50.379
Roxanne S Krietzman: So I want to talk a little bit about the outcome that you and the other involved faculty members decided on. How did you? What, what were the determining factors for you all when deciding the outcome of expulsion for Haishan's alleged actions.

820
01:44:51.780 --> 01:44:53.899
Ezra Golberstein: So 1st off we

821
01:44:54.210 --> 01:45:03.610
Ezra Golberstein: consulted with Sharon and Ocs. To make sure that we were thinking about this clearly, and we're in line with university processes.

822
01:45:04.736 --> 01:45:13.930
Ezra Golberstein: But second is, you know, I'll I'll go back to Sharon. Asked me about what's the role of the prelim exam in our training program. And it is a central

823
01:45:13.990 --> 01:45:29.519
Ezra Golberstein: critical role. This is the way that we basically know that we are producing students in our program who understand with the depth and breadth of knowledge, of a complicated field of health economics. And

824
01:45:29.540 --> 01:45:33.940
Ezra Golberstein: we think that if we have students that are

825
01:45:34.680 --> 01:45:40.490
Ezra Golberstein: doing academic misconduct on something as huge of a deal as this.

826
01:45:40.610 --> 01:45:44.169
Ezra Golberstein: It has to have a really significant consequence, and we

827
01:45:44.290 --> 01:45:46.859
Ezra Golberstein: really could not come up with anything else that

828
01:45:47.180 --> 01:45:50.580
Ezra Golberstein: would have been meaningful outside of dismissal from the program.

829
01:45:51.950 --> 01:45:52.630
Ezra Golberstein: Okay?

830
01:45:53.879 --> 01:46:05.170
Roxanne S Krietzman: Were you aware, prior, you know, to this hearing and working on this specific case with Ocs. Were you aware of any prior allegations of academic misconduct from Haishan.

831
01:46:07.140 --> 01:46:08.290
Ezra Golberstein: Prior to this.

832
01:46:08.630 --> 01:46:09.970
Ezra Golberstein: No, I was not.

833
01:46:10.140 --> 01:46:26.549
Ezra Golberstein: I became 1st aware of the allegation that Sharon mentioned. Sharon. It's you know, and and I want to be very clear. We learned about this, basically, after we had assembled all of the evidence that we have put together here today.

834
01:46:26.680 --> 01:46:35.403
Ezra Golberstein: And it was after that had all been assembled, Sharon noted that he had had an existing file with Ocs.

835
01:46:36.240 --> 01:46:50.279
Ezra Golberstein: I have never ever communicated with Professor Susan Mason about Haishan, or this, that incident ever in any shape or form. I had no knowledge whatsoever about any academic misconduct issues.

836
01:46:51.340 --> 01:47:01.000
Roxanne S Krietzman: Okay? So so you weren't aware of of this issue? Prior to providing expulsion as the outcome, correct.

837
01:47:03.463 --> 01:47:09.509
Ezra Golberstein: I I can't remember exactly the timing of when we found that out versus when

838
01:47:09.600 --> 01:47:15.109
Ezra Golberstein: we decided that we were absolutely going to pursue expulsion, but

839
01:47:15.380 --> 01:47:25.869
Ezra Golberstein: I think that we had all been already at a minimum. We had already all been leading very strongly in that direction. In fact, I I can say with like 98% confidence, that we had already come to that decision.

840
01:47:26.573 --> 01:47:30.679
JaneAnne Murray: Roxanne, I'm just gonna interrupt for a moment. It's you know. We're getting

841
01:47:31.120 --> 01:47:33.790
JaneAnne Murray: well. We're about quarter to 11 here.

842
01:47:34.031 --> 01:47:37.839
JaneAnne Murray: People may want to take a break. Do you know how much longer you have in your questioning.

843
01:47:37.840 --> 01:47:41.020
Roxanne S Krietzman: I just have 2 more questions for Professor Goldberstein.

844
01:47:41.020 --> 01:47:44.949
JaneAnne Murray: Oh, great! Then we might take a break after that, and then we'll have the

845
01:47:44.960 --> 01:47:54.810
JaneAnne Murray: panelists can have a round of questions, and then we'll go back and do a second round of questioning hopefully. Ezra will be done with you relatively soon, but I do want to give people a chance for a break. Thanks.

846
01:47:55.500 --> 01:48:21.099
Roxanne S Krietzman: Absolutely thanks, Jane Ann. Just 2 more. I took a screenshot. This is Appendix F in the student box folder, and it is from the Board of Regents, student conduct, code policy, and in highlights it states separation from the University through suspension or expulsion is a serious outcome that may be appropriate for repeated violations of the student code of conduct

847
01:48:21.100 --> 01:48:30.640
Roxanne S Krietzman: for serious scholastic dishonesty. You touched a little bit on this earlier. But how did you define the seriousness for this situation?

848
01:48:33.992 --> 01:48:37.849
Ezra Golberstein: The notion that a student would

849
01:48:38.000 --> 01:48:40.159
Ezra Golberstein: break the rules and use

850
01:48:40.200 --> 01:48:49.449
Ezra Golberstein: and engage in Scott's dishonesty, and is something as fundamentally critical to our training as the prelim exam is just.

851
01:48:51.290 --> 01:48:55.290
Ezra Golberstein: you know, assuming that is what happened in our view, it's beyond the pale.

852
01:48:55.400 --> 01:48:56.840
Ezra Golberstein: Okay.

853
01:48:57.390 --> 01:48:59.250
Ezra Golberstein: I don't know what else to say.

854
01:48:59.930 --> 01:49:09.190
Roxanne S Krietzman: Okay, thank you. You actually touched on my, the last question I was going to ask earlier. So with that, those are all my questions for you, Professor Goldberstein. Thanks so much for answering those.

855
01:49:09.190 --> 01:49:09.740
Ezra Golberstein: Thank you.

856
01:49:09.740 --> 01:49:11.940
JaneAnne Murray: Thanks so much, Roxanne.

857
01:49:12.640 --> 01:49:35.180
JaneAnne Murray: people. I think we should just take a break for 10 min. My clock says 1048. So if we get back here at 11, then we what we do is the panelists have a chance to ask questions. Then we go back and let Sharon ask. Follow up questions. Roxanne gets to ask more questions, the panelists again. And then usually we can close with that witness. Okay, thanks a lot. See you back in at 11. Then.

858
01:50:59.710 --> 01:51:07.149
JaneAnne Murray: Okay, everybody. I think we're all back. So this is the point where we throw it open to the panelists. Do you have any questions for Ezra.

859
01:51:11.460 --> 01:51:13.220
JaneAnne Murray: Oh, thank you, shanna.

860
01:51:16.419 --> 01:51:22.110
Shana Watters: Good morning. My question. May I ask you when when students take your prelim exams.

861
01:51:22.170 --> 01:51:23.410
Shana Watters: are they?

862
01:51:23.430 --> 01:51:33.549
Shana Watters: You said that they, you know, have a certain amount of time? Are they proctored in any way? Is there a is there a lockdown on browsers? Is there anything like that.

863
01:51:36.850 --> 01:51:38.809
Ezra Golberstein: in the past several

864
01:51:39.040 --> 01:51:57.680
Ezra Golberstein: versions of the prelim. No. At the start of the pan we used to used to the way for decades it worked in our program is that it was a blue book written exam, I believe, with a proctor after the the start of the pandemic we decided that we thought some flexibility was

865
01:51:58.054 --> 01:52:07.080
Ezra Golberstein: was appropriate. And since then no, it has not been proctored. It's not done like a standard university laptop that had monitors anything like that? Fortunately.

866
01:52:07.080 --> 01:52:12.989
Shana Watters: Okay, thank you. And may I ask, would he have passed the exam?

867
01:52:13.740 --> 01:52:18.470
Shana Watters: If you did not have these concerns? Would he have even passed the exam.

868
01:52:21.180 --> 01:52:24.360

Ezra Golberstein: no, he would not have. He would have

869
01:52:25.040 --> 01:52:29.890
Ezra Golberstein: had. You would have narrow the the standard for passing the exam is

870
01:52:30.477 --> 01:52:35.039
Ezra Golberstein: a consensus grade of of being above the bar

871
01:52:35.180 --> 01:52:37.900
Ezra Golberstein: for passing on 2 out of the 3 questions

872
01:52:38.150 --> 01:52:41.659
Ezra Golberstein: he would have been just above the bar for question one.

873
01:52:41.720 --> 01:52:43.350
Ezra Golberstein: and he would have been

874
01:52:43.690 --> 01:52:46.639
Ezra Golberstein: certainly blow the bar for questions. 3 and 4.

875
01:52:47.310 --> 01:52:48.050
Shana Watters: Thank you.

876
01:52:51.080 --> 01:52:53.819
JaneAnne Murray: Any other panelists, question.

877
01:52:54.310 --> 01:53:02.580
Weihua Guan: So for the acronym, I mean Pco, I mean, which seems to bring a lot of attention so can you think of something

878
01:53:03.150 --> 01:53:06.420
Weihua Guan: that can replace Pco, I mean, I mean.

879

01:53:06.770 --> 01:53:18.530
Weihua Guan: just say, I I think there there were examples like a Pcc. I mean, 1st of all, I'm not expert in the field, I mean, can you think of anything that can be replaced easily?

880
01:53:18.640 --> 01:53:20.410
Weihua Guan: I mean to replace Pco.

881
01:53:20.420 --> 01:53:29.509
Weihua Guan: So I mean, so he doesn't have to use that. But he's using a more standard like acronyms in, I mean, in that particular response.

882
01:53:29.810 --> 01:53:32.960
Ezra Golberstein: Nobody has to use an acronym. To begin with.

883
01:53:32.960 --> 01:53:33.640
Weihua Guan: For, okay.

884
01:53:33.640 --> 01:53:36.609
Ezra Golberstein: Organizations. He could have said any number of things like

885
01:53:37.080 --> 01:53:42.340
Ezra Golberstein: I mean, yes, I'm sure, like one could come up with other things that could have been used, but.

886
01:53:44.210 --> 01:53:50.233
Weihua Guan: So basically, you think Pco can be easily replaced by something more. Standard. Right? That's your.

887
01:53:51.860 --> 01:53:52.690
Ezra Golberstein: I I

888
01:53:53.090 --> 01:53:54.785
Ezra Golberstein: I'm not sorry.

889

01:53:55.580 --> 01:53:59.985
Ezra Golberstein: I'm not trying to be difficult here. I'm just not even sure how to answer the question honestly.

890
01:54:00.300 --> 01:54:05.389
Ezra Golberstein: you know. It's just it is. It's not an acronym I had ever seen.

891
01:54:06.090 --> 01:54:06.720
Weihua Guan: Okay.

892
01:54:06.720 --> 01:54:09.620
Ezra Golberstein: Except seeing it. Then also in Chat Gpt.

893
01:54:10.110 --> 01:54:11.600
Weihua Guan: Okay. Okay. Thank you.

894
01:54:14.460 --> 01:54:15.010
JaneAnne Murray: Natalie.

895
01:54:15.460 --> 01:54:34.710
Natalie V Covington: Yeah, I'm not sure. And, Jane, and you can tell me if this is an appropriate question or not. Well, I'm just curious, you know you'd mentioned that there was a difference in tone between, or voice between the exam that you graded and your experience in your classes. Is it the case that the other faculty that were grading had also had

896
01:54:34.720 --> 01:54:39.850
Natalie V Covington: the student in their classes, so they could make that same kind of voice or tone.

897
01:54:40.760 --> 01:54:59.330
Ezra Golberstein: Yes, all 4 of us. Well, all 4 of us were co-instructors in the doctoral health Economics seminar that he took. And aside from that other faculty also had him in at least. And you know Professor Nipresh had him in at least one other class. It's possible that Peter and Caitlin did, too. But I'm not positive about that.

898

01:55:02.860 --> 01:55:05.230
Mattie Hawley: That was the 1st part of my question.

899
01:55:05.310 --> 01:55:06.340
Mattie Hawley: Oh.

900
01:55:06.340 --> 01:55:07.990
JaneAnne Murray: You another question, Maddie? Yeah.

901
01:55:07.990 --> 01:55:21.640
Mattie Hawley: No, I just have one now. I had 2, but now I have one. You had talked about the structure, or there had been mention of this the structure of the responses. And I just wonder. Generally in your department, are students writing an Apa, or are they writing an Mla

902
01:55:24.720 --> 01:55:30.127
Ezra Golberstein: We don't have any standard for like that in our department at all. Yeah,

903
01:55:31.590 --> 01:55:32.290
Mattie Hawley: Thank you.

904
01:55:34.620 --> 01:55:35.930
JaneAnne Murray: Yeah, I'm

905
01:55:36.070 --> 01:55:42.630
JaneAnne Murray: Natalie. Sorry did. Yeah, I'll go with Natalie. And then, Shauna, do you have another question after that? Okay.

906
01:55:42.630 --> 01:55:53.790
Natalie V Covington: Question, I guess, raised for me. Do. Is it common for students to respond to the preliminary question? Preliminary exam questions in like a bullet point format like that? Or is was that unusual.

907
01:55:53.790 --> 01:56:00.010
Ezra Golberstein: Oh, gosh! I I honestly I would have to go back and look I think that

908
01:56:02.130 --> 01:56:16.833
Ezra Golberstein: I mean. What struck was like the incredibly structured responses throughout, and how it, like everything, really was that pattern as opposed to more sort of open-ended writing which I think we we generally do see more of

909
01:56:17.660 --> 01:56:29.919
Ezra Golberstein: yeah, I think that you know my my colleague, Hannity Presh, could probably speak to this as well. But I yeah. My sense was very much. It was a lot more structured in that way than we would typically see in a prelim exam.

910
01:56:32.430 --> 01:56:49.830
Shana Watters: So I have a follow up question. When you read through these problems, do you expect to see significant numbers of citations supporting claims? Or are you looking for their insights without necessarily support?

911
01:56:49.830 --> 01:57:03.330
Shana Watters: Because, as I was reading, I noticed that there wasn't a lot of citations in terms of references, so they would sometimes give something. Is that a common thing? Or do you typically see more of those.

912
01:57:03.810 --> 01:57:09.739
Ezra Golberstein: We typically see? Well, okay, so it depends. Again, it depends on the question. And as I noted earlier

913
01:57:09.770 --> 01:57:37.700
Ezra Golberstein: the citations that were used for the answer to question one and question 2 struck me as being reasonable. Question one, I think, maybe had 2 citations, and that actually was reasonable, because that question really was about a particular theoretical model, and the seminal paper that said that was cited. So that's an example where there were not many citations, but in an appropriate way. Question 2 had a moderate number of citations, and in a way that struck me as they

914
01:57:38.050 --> 01:58:04.360
Ezra Golberstein: generally relevant citations and an appropriate number, but for Question 3 was very, very striking. It really covered lots of ground and made lots of different points that really should have been supported by citations, and there was only one citation. That citation

was not linked to any point specific point in the paper, and that citation was irrelevant to the entire question. For answer.

915
01:58:06.860 --> 01:58:07.650
Shana Watters: Thank you.

916
01:58:10.271 --> 01:58:17.030
JaneAnne Murray: Seeing no more questions from our panelists. I'll go back to you, Sharon. If you have any additional follow up questions.

917
01:58:17.030 --> 01:58:19.860
Sharon Dzik: No, I sure don't thank you, Ezra.

918
01:58:20.220 --> 01:58:24.539
JaneAnne Murray: Okay. Roxanne, do you have any? Follow up questions.

919
01:58:25.010 --> 01:58:27.709
Roxanne S Krietzman: No, I do not thanks, Janon. Oh.

920
01:58:28.490 --> 01:58:42.699
JaneAnne Murray: And panelists any final questions before I close Ezra's testimony. Okay, great. Thank you. Thanks, Ezra, and you're going to stay, I gather, for the rest of the hearing. Okay, Sharon, do you want to call your next.

921
01:58:42.700 --> 01:58:54.689
Sharon Dzik: Yes, please, I do. Thank you. Hannah Neeprosh will be the next witness. And oh, of course my box timed me out again. Give me one second to get back in here.

922
01:58:55.360 --> 01:58:57.970
Sharon Dzik: Yeah, I don't know if this only happens to me.

923
01:59:01.480 --> 01:59:03.489
Sharon Dzik: Be with you in a second. Hannah.

924

01:59:04.220 --> 01:59:06.010
Hannah T Neprash: Erin, should I introduce myself.

925
01:59:06.240 --> 01:59:09.450
Sharon Dzik: Yes, please go ahead and introduce yourself while I'm getting this.

926
01:59:09.850 --> 01:59:29.770
Hannah T Neprash: Okay. My name is Hannah Neeprash. I'm an associate professor and one of the 4 health economists that graded this prelim exam. We all sit in the Department of Health Policy and Management in the School of Public Health. I joined the University in 2017. I have been teaching since 2018. I teach

927
01:59:30.000 --> 01:59:38.329
Hannah T Neprash: 3 classes. One of them is our intro health economics class, which is a master's and doctoral class.

928
01:59:38.350 --> 01:59:55.570
Hannah T Neprash: I taught that in fall 2022, when Haishan took my class in his 1st semester as a doctoral student. I also typically co-teach our advanced doctoral seminar, though I did not this spring because I was on parental leave.

929
01:59:55.620 --> 02:00:05.080
Hannah T Neprash: and I also teach a master's class in our masters of healthcare administration program on the structure of the Us. Healthcare system.

930
02:00:06.760 --> 02:00:11.520
Sharon Dzik: Great. Thank you, Hannah. And what was your role in reviewing the prelim? Exam.

931
02:00:11.990 --> 02:00:22.229
Hannah T Neprash: Yeah. I contributed a question to the exam. As did as did we all and I. I was one of the 4 who graded, who who read and graded the exam.

932
02:00:22.570 --> 02:00:27.499
Sharon Dzik: And a question came up that Roxanne asked earlier, is which was one of your questions, answered.

933
02:00:27.870 --> 02:00:42.340
Hannah T Neprash: It was not and I still graded it. Usually in other years we have multiple students take the prelim exam, and they all choose different questions. So we all grade all the questions.

934
02:00:42.400 --> 02:00:49.310
Hannah T Neprash: That is our con, our our typical practice this year is unusual only in that we only had one student.

935
02:00:49.670 --> 02:00:53.929
Sharon Dzik: Yeah. And in your career, how many prelim exams have you? Graded.

936
02:00:54.230 --> 02:01:02.840
Hannah T Neprash: Yeah, I just counted yesterday. 15 students. I've graded their exams over the course of 6 prelim cycles.

937
02:01:03.050 --> 02:01:12.920
Sharon Dzik: Okay? Great. So lots of experience. Okay, so you have a slide deck which you are going to go through which I'm gonna share. And you're just gonna tell me when you want me to go to the next slide.

938
02:01:12.920 --> 02:01:13.330
Hannah T Neprash: Yeah.

939
02:01:13.330 --> 02:01:14.880
Sharon Dzik: We are just gonna let.

940
02:01:14.880 --> 02:01:15.980
Hannah T Neprash: So much.

941
02:01:16.200 --> 02:01:17.070
Sharon Dzik: What's that?

942

02:01:17.070 --> 02:01:20.340
Hannah T Neprash: We've teased this so much. Now we get to see it. Yeah.

943
02:01:20.340 --> 02:01:25.740
Sharon Dzik: Yes, exactly. Okay. Can everybody see it? Yes, okay, good.

944
02:01:25.760 --> 02:01:32.360
Sharon Dzik: There you go, Hannah. It's all yours. Let's go to the top. Sorry. Thought it was at the top. Here we go

945
02:01:33.300 --> 02:01:36.000
Sharon Dzik: alright. So you want me just to go to the next slide.

946
02:01:36.000 --> 02:01:36.939
Hannah T Neprash: Yes, please.

947
02:01:37.520 --> 02:01:59.420
Hannah T Neprash: So this is actually content. That comes straight from the office of community standards. Ocs. Their suggestions for signs that indicate the usage of generative AI or Llms. Large language models. Signs include lack of personal experience included in the assignment, especially written assignments.

948
02:01:59.930 --> 02:02:06.029
Hannah T Neprash: inconsistent writing styles to previously turned in work. We'll talk about that more

949
02:02:06.290 --> 02:02:10.470
Hannah T Neprash: unverifiable data, quotes citations or characters.

950
02:02:11.170 --> 02:02:15.389
Hannah T Neprash: unusually complex sentences or word choices

951
02:02:17.396 --> 02:02:23.780
Hannah T Neprash: very structured answers, because AI prefers to write in numbered or bullet pointed lists.

952
02:02:24.650 --> 02:02:31.690
Hannah T Neprash: and AI also has favorite words and phrases that raise red flags when they appear.

953
02:02:32.980 --> 02:02:35.069
Hannah T Neprash: Think we can go to the next slide, please.

954
02:02:35.380 --> 02:02:39.370
Hannah T Neprash: So for the 4 of us there are 6 main

955
02:02:39.570 --> 02:02:43.160
Hannah T Neprash: indicators that lead us to conclude

956
02:02:44.030 --> 02:02:57.850
Hannah T Neprash: that the preponderance of evidence suggests that Haishan used a large language model in his prelim exam. The 1st is that we see an unusually long answer compared to recent prelims on the next slide. I'll actually show you some numbers.

957
02:02:58.930 --> 02:03:24.300
Hannah T Neprash: We also see a very structured writing style, so it uses headings and subheadings and bullet points throughout. In the process of doing a word. Count on all of our previous exams. I also looked at the structure, and there's not a single other submission that uses a structure similar to this. Everybody writes in paragraph form.

958
02:03:25.010 --> 02:03:35.600
Hannah T Neprash: we also see common phrasing for Llms. For example, we see 2 instances, instances of the phrase in summary and one of the phrase. In conclusion.

959
02:03:37.280 --> 02:03:47.789
Hannah T Neprash: we see, examples of noticeably identical or very similar text. When we compare the submitted prelim to output from Chat Gpt.

960
02:03:48.640 --> 02:03:52.310
Hannah T Neprash: we see content that is not standard for health economics

961
02:03:52.540 --> 02:03:57.039
Hannah T Neprash: in that. It's not on in any of the papers on our reading list.

962
02:03:57.240 --> 02:04:00.680
Hannah T Neprash: but but does appear in the chat, Gpt output.

963
02:04:00.970 --> 02:04:11.480
Hannah T Neprash: And then, finally, the the writing that was submitted has a voiceless feel, and does not read similarly to the known example of writing that we have from this student

964
02:04:11.950 --> 02:04:13.589
Hannah T Neprash: next slide, please, Sharon.

965
02:04:14.670 --> 02:04:23.869
Hannah T Neprash: So I told you. It was an unusually long answer. I went back through our electronically submitted exams that go back to 2020, because the pandemic.

966
02:04:24.020 --> 02:04:42.179
Hannah T Neprash: So in 2020, we had 2 students answer our prelim, exam. Keep in mind. It's the same structure, the same number of questions they have to answer, but those questions are different, so there will be some variation. One student submitted an exam just under 2,500 words, another close to 4,500.

967
02:04:42.620 --> 02:04:51.460
Hannah T Neprash: In 2022, 5 students took the prelim, ranging from a word count of 1,691 through above 3,000

968
02:04:51.770 --> 02:04:57.020
Hannah T Neprash: in 24 it was only Haishan Yang. The submitted exam

969
02:04:57.220 --> 02:05:03.950
Hannah T Neprash: has 5,570 words, which makes it twice as long as the average exam.

970

02:05:04.270 --> 02:05:26.690
Hannah T Neprash: And even comparing it to the next longest exam, it is still 26% longer. The reason this is noticeable is because we we do impose a strict time limit. Students have 8 h, and they use those 8 h. We do not see people turn in prelim exams early in part because these are designed to be

971
02:05:26.720 --> 02:05:27.890
Hannah T Neprash: long

972
02:05:28.210 --> 02:05:33.159
Hannah T Neprash: exhaustive, you know, not exhaustive but comprehensive exercises.

973
02:05:34.120 --> 02:05:35.760
Hannah T Neprash: Next slide, please.

974
02:05:38.560 --> 02:05:43.884
Hannah T Neprash: So now I want to talk through some of the specific similarities that we see.

975
02:05:45.210 --> 02:06:07.429
Hannah T Neprash: the way I've structured these slides. And this is a collaborative effort between myself, Ezra Goldberstein, Caitlin Carroll, and Peter Hochfeld, even though I am the one presenting it today, we have all reviewed and contributed to this the way I structure these, as you see an excerpt of from Haishan Yang's, submitted prelim exam at the top.

976
02:06:07.430 --> 02:06:19.859
Hannah T Neprash: and then, you see, output from Chat Gpt, and as we've already mentioned, and I'm sure we'll talk about more. These do come from 2 different iterations of Chat Gpt.

977
02:06:20.520 --> 02:06:34.260
Hannah T Neprash: So, comparing Haishan's answer to Chat Gpt, we've highlighted a a long and identical headline heading, here circumstances leading to suboptimal service levels.

978
02:06:34.440 --> 02:06:57.529
Hannah T Neprash: We also see an identical answer structure. So the numbering here is the same and and nearly identical answer, content. It's not the content. It's not any one of these that

triggers an alarm, but the combination of of all of them together that is noticeably similar, and in some cases identical.

979
02:07:00.320 --> 02:07:02.549
Hannah T Neprash: I think we can go to the next slide, please.

980
02:07:07.030 --> 02:07:14.600
Hannah T Neprash: So we're still in question. 4. But we've moved on to another part of it, or it's very common for our questions to have multiple parts.

981
02:07:15.525 --> 02:07:27.230
Hannah T Neprash: Comparing Haishan's answer to chat, gpt output, we we observe multiple instances of either identical or nearly identical phrasing. Here.

982
02:07:35.080 --> 02:07:36.490
Hannah T Neprash: next slide, please.

983
02:07:41.250 --> 02:07:44.449
Hannah T Neprash: We're still in question. 4 part B. Here.

984
02:07:45.012 --> 02:08:05.660
Hannah T Neprash: Again, we see an example of identical subheadings. And then identical content. And we will come back to the the nature of this content in in a little bit. But right now it's the phrasing that we're focusing on the phrasing here, being regular audits and patient satisfaction surveys.

985
02:08:08.360 --> 02:08:10.610
Hannah T Neprash: Thank you. I think we can do the next slide.

986
02:08:14.870 --> 02:08:17.060
Hannah T Neprash: Another example of

987
02:08:17.500 --> 02:08:23.840
Hannah T Neprash: identical phrasing showing up when we compare Haishan's answer and output from Chat Gpt

988
02:08:28.760 --> 02:08:30.170
Hannah T Neprash: next slide, please.

989
02:08:35.747 --> 02:08:45.852
Hannah T Neprash: So so now we've jumped, jumped back a little bit. Most of the evidence I've shown you has been from question number 4. Now we're back at question one where we again see

990
02:08:46.290 --> 02:08:55.460
Hannah T Neprash: instances of identical structure to the answers provided by Haishan, Yang and Chat Gpt and identical phrasings as well.

991
02:09:00.770 --> 02:09:02.110
Hannah T Neprash: Next slide, please.

992
02:09:07.007 --> 02:09:16.949
Hannah T Neprash: Another another example of nearly identical phrasing. Coming this time from the 3rd question that that Haishan answered. Here.

993
02:09:21.810 --> 02:09:28.439
Hannah T Neprash: I think that's it for examples of phrasing, those are the ones that we've we've picked out.

994
02:09:31.230 --> 02:09:32.060
Hannah T Neprash: So now I want.

1
00:00:00.060 --> 00:00:08.060
Hannah T Neprash: The content. That is not standard for doctoral health economics, but but does appear in chat. Gpt output.

2
00:00:10.900 --> 00:00:28.710
Hannah T Neprash: Okay, so this, this has already come up we see an acronym. The acronym is Pco, and here it is defined as primary care organizations appear in both Haishan Yang's answer and Chat Gpt's answer. It.

3

00:00:28.940 --> 00:00:50.319

Hannah T Neprash: It's worth noting that it's not unusual to see doctoral students introduce acronyms. This is a very technical field that has a lot of acronyms and part of the process of studying for this prelim is really getting up on the institutional knowledge needed to then contribute original research to the field.

4

00:00:50.761 --> 00:01:00.470

Hannah T Neprash: In in this case the acronym Pco. Is one that none of the 4 faculty members, myself included, had ever encountered before.

5

00:01:02.550 --> 00:01:23.000

Hannah T Neprash: There was a question earlier about what might replace this, you might see something like primary care. Physician. Pcp. That that is a common acronym. Pco. Is is not one that that we had ever encountered before. But it is one that shows up verbatim in both Haishan's answer and the chat gpt output

6

00:01:26.520 --> 00:01:28.250

Hannah T Neprash: next slide, please.

7

00:01:32.217 --> 00:01:49.630

Hannah T Neprash: We also a question, asks the respondent to submit 2 regulatory solutions to a market failure that we're talking about in the exam. And in this case we see that Haishan Yang submitted.

8

00:01:49.670 --> 00:02:10.770

Hannah T Neprash: 2 out of the 3 solutions were identical to phrasing that came from Chat Gpt. But even beyond that, in the context of the market failure that this question is talking about regular audits and patient satisfaction. Surveys are not content that appeared in

9

00:02:10.780 --> 00:02:19.929

Hannah T Neprash: our teaching. It's not content. That's standard for the literature. It raised immediate red flags when reading

10

00:02:22.640 --> 00:02:24.080

Hannah T Neprash: because it just isn't.

11
00:02:24.580 --> 00:02:25.839
Hannah T Neprash: It just isn't

12
00:02:25.990 --> 00:02:28.809
Hannah T Neprash: standard for the field of health economics

13
00:02:30.640 --> 00:02:31.990
Hannah T Neprash: next slide, please.

14
00:02:34.860 --> 00:02:35.930
Hannah T Neprash: Okay.

15
00:02:40.750 --> 00:02:42.890
Hannah T Neprash: so before I even

16
00:02:43.170 --> 00:02:45.589
Hannah T Neprash: dive into this, I want to say that we

17
00:02:45.810 --> 00:02:55.900
Hannah T Neprash: we agonized over whether to include any information from AI detectors, because it is absolutely impossible

18
00:02:55.900 --> 00:03:18.519
Hannah T Neprash: to definitively detect. Llm. Generated text with perfect accuracy. And even worse than that, we know that AI detectors make both type one and type 2 errors right. They are false negatives and false positives. So it's a tricky spot to be in. The reason that we include this information is because we had an example of

19
00:03:18.530 --> 00:03:31.510
Hannah T Neprash: writing by the student, and that example came from my master's class, my master's level introduction to the to the economics of of healthcare class.

20
00:03:31.510 --> 00:03:56.730

Hannah T Neprash: wherein students had to write a final exam in a blue book, and so I actually transcribed that exam from Haishan and gave it to Gpt. 0, which is an example of a commonly used AI detector to see how Gpt. Zero's assessment of the known and verified writing sample

21
00:03:56.970 --> 00:04:01.799
Hannah T Neprash: compared to the answers that we we saw from Haishan on the prelim.

22
00:04:02.390 --> 00:04:15.619
Hannah T Neprash: What we see is that Gpt 0 assesses the probability of AI generation at 0% for the final exam that Haishan hand, wrote in my, in my course.

23
00:04:16.600 --> 00:04:27.479
Hannah T Neprash: Gpt. 0 assesses the probability of AI generation for the 3 questions submitted as part of our health. Econ prelim

24
00:04:27.520 --> 00:04:41.690
Hannah T Neprash: at ranging between 19% and 89%. I include all of the outputs, so that I'm being as transparent as possible here. I do not want to cherry. Pick any of this next slide, please.

25
00:04:42.050 --> 00:04:49.840
Hannah T Neprash: So this is the result from the the final exam that Haishan Hand wrote in my course in fall 2022

26
00:04:50.970 --> 00:04:52.340
Hannah T Neprash: next slide, please.

27
00:04:53.790 --> 00:05:03.480
Hannah T Neprash: These are the results for question one and question 3 of our of our prelim from this from from this August

28
00:05:04.760 --> 00:05:06.309
Hannah T Neprash: next slide, please.

29
00:05:07.380 --> 00:05:29.429

Hannah T Neprash: And this is the result from question 4 of our prelim, where it assesses a probability at 89% for AI generated text. And this is this question. 4 is also the one where we find the most similarities. When we, when we compare the the text that High Sean submitted with the, with the output from Chatgpt.

30
00:05:30.870 --> 00:05:32.960
Hannah T Neprash: and I think that's it, for the slideshow.

31
00:05:33.920 --> 00:05:37.180
Sharon Dzik: It is. Thank you, Hannah, so

32
00:05:37.430 --> 00:05:39.439
Sharon Dzik: now some questions for you.

33
00:05:39.810 --> 00:05:40.950
Sharon Dzik: Oh.

34
00:05:44.180 --> 00:05:45.220
Sharon Dzik: see!

35
00:05:47.090 --> 00:05:52.580
Sharon Dzik: Do you regularly run your assignments or papers through Chat gpt.

36
00:05:54.300 --> 00:05:56.160
Hannah T Neprash: I do at this point.

37
00:05:56.626 --> 00:06:12.899
Hannah T Neprash: It is. It is my standard practice to run any written assignment that I do. Not that I'm not proctoring in a classroom. I run it through chat Gpt to see what the output will be. Part of that is.

38
00:06:13.810 --> 00:06:23.243
Hannah T Neprash: I'm just trying to adjust to this crazy world that we live in now and understand the tool and and part of that is to understand what

39
00:06:23.600 --> 00:06:26.729
Hannah T Neprash: what would appear if a student were to use

40
00:06:26.780 --> 00:06:29.629
Hannah T Neprash: an Llm. As part of their writing assignment.

41
00:06:29.860 --> 00:06:31.104
Sharon Dzik: Yup, and then

42
00:06:32.030 --> 00:06:34.939
Sharon Dzik: When did you start that practice of doing that.

43
00:06:35.810 --> 00:06:45.240
Hannah T Neprash: Yeah, I started it. Let's see, chat Gpt showed up in probably November of 2022 I I

44
00:06:45.820 --> 00:06:54.339
Hannah T Neprash: for better or worse and married to a law professor who studies AI and and tech law. So this is a.

45
00:06:54.640 --> 00:07:01.079
Hannah T Neprash: it's in my consciousness. So I think I started this, probably in the spring of 2023.

46
00:07:02.610 --> 00:07:04.776
Sharon Dzik: Okay, thank you. And then,

47
00:07:05.800 --> 00:07:08.559
Sharon Dzik: earlier, a question was asked about

48
00:07:09.869 --> 00:07:17.560
Sharon Dzik: did the other faculty independently suspect AI? Do you know the answer to that you might not know. But do you know.

49
00:07:19.350 --> 00:07:23.769
Hannah T Neprash: I don't feel like I can speak for them. I. The thing I can say is that

50
00:07:24.470 --> 00:07:28.839
Hannah T Neprash: if you would like, I can read the E. So I was the 1st one to run

51
00:07:29.050 --> 00:07:38.710
Hannah T Neprash: the prelim exam through Chat Gpt before we started grading it. When I sent the output to my colleagues.

52
00:07:38.770 --> 00:07:59.839
Hannah T Neprash: I sent it without any editorializing. I sent it on August 20, th at 3 41 Pm. The email says, Hi, all these days I make a habit of running my exams through Chat Gpt. To get a sense for how an Llm. Would answer test questions. I've done this with our prelim and attached the results for the questions that were answered.

53
00:08:01.280 --> 00:08:02.350
Hannah T Neprash: And that was it.

54
00:08:02.540 --> 00:08:03.500
Hannah T Neprash: Yeah, I

55
00:08:03.640 --> 00:08:13.879
Hannah T Neprash: I hadn't actually gone through it in detail yet. Grading a prelim. It's not a thing you can do casually. So this is a thing where you really do have to set aside hours at a time.

56
00:08:14.030 --> 00:08:20.749
Sharon Dzik: And I do want to remind the panel that there's 2 other statements in the box from the other witnesses, and I think one of them actually

57
00:08:20.960 --> 00:08:27.610
Sharon Dzik: kind of alludes to the fact that she also suspected AI. But the other one doesn't. So you guys can recall them if you want.

58
00:08:27.700 --> 00:08:34.920
Sharon Dzik: And then, Hannah, there was also a mention of why is expulsion a reasonable outcome in this case?

59
00:08:37.190 --> 00:08:46.690
Sharon Dzik: And I just want to say that expulsion and dismissal for a Phd student are pretty much the same. There isn't really an option for dismissal, so we use the word expulsion.

60
00:08:49.750 --> 00:08:51.240
Hannah T Neprash: Yeah, I.

61
00:08:51.830 --> 00:08:59.559
Hannah T Neprash: Part of it is the the role that the prelim exam plays in the doctoral training process. It. It really is

62
00:09:00.180 --> 00:09:08.100
Hannah T Neprash: the the last step. It is the the place where you show your mastery of the field as it currently exists

63
00:09:08.310 --> 00:09:11.570
Hannah T Neprash: before you then go on to the task of

64
00:09:12.230 --> 00:09:17.479
Hannah T Neprash: creating new knowledge to contribute to that field. So

65
00:09:18.320 --> 00:09:20.809
Hannah T Neprash: I think it's important to distinguish

66
00:09:22.050 --> 00:09:37.259
Hannah T Neprash: an accusation of scholastic dishonesty on a prelim exam. From, say, an accusation that might, you know, of dishonesty on a midterm or a final for a course. To me these are incredibly different.

67
00:09:39.570 --> 00:09:43.680

Hannah T Neprash: The stakes are very different. The the other thing I would say is that

68
00:09:43.930 --> 00:09:45.090
Hannah T Neprash: we are.

69
00:09:46.420 --> 00:09:48.969
Hannah T Neprash: We are training students to contribute

70
00:09:50.210 --> 00:09:55.799
Hannah T Neprash: scientifically and to participate in in the Academy. And

71
00:09:56.060 --> 00:10:04.120
Hannah T Neprash: I don't know what you have, if not your integrity. So for me, and I think for anybody else to.

72
00:10:05.170 --> 00:10:06.729
Hannah T Neprash: If there were

73
00:10:07.770 --> 00:10:12.800
Hannah T Neprash: when there, when there is a preponderance of evidence that somebody has

74
00:10:13.540 --> 00:10:20.990
Hannah T Neprash: exhibited scholastic dishonesty on a an assignment during training. I think that would throw into question

75
00:10:21.390 --> 00:10:23.360
Hannah T Neprash: every subsequent

76
00:10:23.850 --> 00:10:29.420
Hannah T Neprash: analysis or paper, published, or or anything like that. I it is a question of

77
00:10:29.530 --> 00:10:36.620
Hannah T Neprash: intellectual integrity. And I that's the backstop of the field. Sorry to get philosophical.

78
00:10:37.116 --> 00:10:43.709
Sharon Dzik: No, that's good. So I'm gonna share my screen again. And I want to show you something and ask you a question

79
00:10:43.720 --> 00:10:46.662
Sharon Dzik: which is their box. It's the box that

80
00:10:47.470 --> 00:10:50.409
Sharon Dzik: Roxanne, I think, uploaded for Hi sean

81
00:10:50.949 --> 00:10:56.270
Sharon Dzik: in this box you'll see all these articles appendix k. Through appendix. O,

82
00:10:56.910 --> 00:11:00.329
Sharon Dzik: there's all these articles! Why do you think these are in here?

83
00:11:07.140 --> 00:11:09.360
Hannah T Neprash: again. I'm not. I'm not sure I can.

84
00:11:10.380 --> 00:11:13.840
Hannah T Neprash: There's an amount of kind of I I don't want to read minds.

85
00:11:13.840 --> 00:11:17.560
Sharon Dzik: We can. We can ask Kaishan that, or ask Roxanne that, too. So.

86
00:11:18.070 --> 00:11:21.029
Hannah T Neprash: They? They are articles that are on

87
00:11:21.170 --> 00:11:25.370
Hannah T Neprash: our health. Econ. Prelim, exam reading list.

88
00:11:25.874 --> 00:11:34.159

Hannah T Neprash: which is a subset, a a curated subset of the field, choosing the most important articles. I think it's noticeable that

89
00:11:34.580 --> 00:11:39.430
Hannah T Neprash: none of these articles, except, I think, one. I think the Aarondyne paper is in. There

90
00:11:40.060 --> 00:11:47.280
Hannah T Neprash: have been cited in answer 4, which is where it looks like they are being proposed as

91
00:11:48.210 --> 00:11:51.190
Hannah T Neprash: as as relevant and as

92
00:11:51.240 --> 00:11:52.500
Hannah T Neprash: source material.

93
00:11:53.605 --> 00:11:58.330
Hannah T Neprash: I'm happy to get into content. I don't wanna accidentally give anybody a you know

94
00:11:59.310 --> 00:12:22.749
Hannah T Neprash: health, Econ lesson. I. What I will say is that question for asks about how clinicians respond to financial incentives, and that is not the topic of any of these papers. These papers are almost entirely talking about payment incentives for insurance plans. They are.

95
00:12:23.481 --> 00:12:28.249
Hannah T Neprash: On a very cursory glance. There are

96
00:12:28.570 --> 00:12:41.320
Hannah T Neprash: some similarities. So if you did a control find for some phrases, you, you would find them. If you actually read the papers? They would not. They would not be appropriate sources for question 4.

97
00:12:42.930 --> 00:12:47.690

Sharon Dzik: Okay, I'm just gonna show this slideshow again. Here, the

98
00:12:47.800 --> 00:13:03.369
Sharon Dzik: box again. This is our. This is university box. So high. Sean sent a response to the original allegations which at the time Ezra and I talked about that they were illustrative, not exhaustive on his report, his original report.

99
00:13:03.390 --> 00:13:12.959
Sharon Dzik: until there was like a little more in depth review done. But he re, you know Haishan sent this. I think you've seen this this response, and on page 3,

100
00:13:13.220 --> 00:13:25.450
Sharon Dzik: it says, attached as a screenshot of the contents from the textbook, Health Economics, by Jay Bhattacharya, Tim High Peter 2. Which is recommended for public health. 6,832.

101
00:13:25.670 --> 00:13:33.550
Sharon Dzik: Adverse selection and moral hazard are discussed. Do you see other possibilities as standalone sections in this book? My answer is simply the standard one.

102
00:13:33.580 --> 00:13:42.220
Sharon Dzik: Most grad students who use this book or any graduate level health economics textbook in their courses will likely answer the same way.

103
00:13:42.540 --> 00:13:44.930
Sharon Dzik: Do you think you can provide a response to that.

104
00:13:48.683 --> 00:13:57.090
Hannah T Neprash: Sharon, I'm I'm sorry. I I don't think that that is one of the examples of similarities that that we just talked through in the slideshow.

105
00:13:57.090 --> 00:13:58.359
Sharon Dzik: No, it isn't.

106
00:13:58.360 --> 00:14:02.430

Hannah T Neprash: Okay, that that is so. That's a textbook that I assigned

107
00:14:03.750 --> 00:14:04.720
Hannah T Neprash: 2

108
00:14:05.150 --> 00:14:18.019
Hannah T Neprash: excerpts from chapters for for my class on on principles of insurance and something called moral hazard, which is a market failure that's relevant to insurance and and those are

109
00:14:18.180 --> 00:14:21.340
Hannah T Neprash: those are absolutely relevant concepts.

110
00:14:21.460 --> 00:14:24.500
Hannah T Neprash: I I don't think we're debating that that content.

111
00:14:24.690 --> 00:14:25.430
Sharon Dzik: Okay.

112
00:14:25.660 --> 00:14:30.741
Sharon Dzik: alright. So, for now that's all the questions I have. You may be recalled later.

113
00:14:32.240 --> 00:14:35.200
JaneAnne Murray: Roxanne. Do you have questions for Hannah.

114
00:14:35.730 --> 00:14:36.760
Roxanne S Krietzman: I do.

115
00:14:37.020 --> 00:14:42.759
Roxanne S Krietzman: Thanks, Professor Niprash, for being here today, and I just have some some questions for you.

116
00:14:43.150 --> 00:14:45.430
Roxanne S Krietzman: How well do you know, Haishan.

117
00:14:46.620 --> 00:14:54.790
Hannah T Neprash: I have interacted with Haishan only in the context of the master's level course that I taught in the semester of Fall 2022.

118
00:14:55.170 --> 00:14:58.099
Roxanne S Krietzman: Okay. So you had him in. Only one course. Is that correct?

119
00:14:58.100 --> 00:15:00.030
Hannah T Neprash: Yeah, I would say that we've

120
00:15:00.590 --> 00:15:05.540
Hannah T Neprash: exchange pleasantries when we overlap at Departmental seminars or other

121
00:15:06.020 --> 00:15:08.280
Hannah T Neprash: events around the School of Public Health.

122
00:15:08.740 --> 00:15:15.769
Roxanne S Krietzman: Okay, thank you. Did Haishan ever visit your office hours for assistance in preparing to take the prelim? Exam.

123
00:15:16.900 --> 00:15:31.880
Hannah T Neprash: He did not again. I was not part of teaching the advanced seminar this spring, because I had a brand new baby and I also did not participate in evaluating practice questions, because I was

124
00:15:32.260 --> 00:15:33.820
Hannah T Neprash: for for the same reason.

125
00:15:33.960 --> 00:15:41.870
Roxanne S Krietzman: Sure. Sure. When did Haishan turn in the exam, if you know. Do you know, if he took the full 8 h or close to it.

126
00:15:42.929 --> 00:15:52.149

Hannah T Neprash: I don't know. I think, that the instructions instructed the student to submit directly to Ezra or to Cherie, our doctoral coordinator.

127
00:15:52.400 --> 00:15:58.020
Roxanne S Krietzman: Okay, okay, thank you. I'm gonna share my screen

128
00:15:58.760 --> 00:16:01.869
Roxanne S Krietzman: to pull up a slide on my Powerpoint

129
00:16:02.838 --> 00:16:12.601
Roxanne S Krietzman: and I went through these same terms with Professor Goldberstein, but I just like your confirmation on them as well.

130
00:16:13.260 --> 00:16:19.480
Roxanne S Krietzman: Can you confirm for us whether or not you deem the following terms from Haishan's exam responses

131
00:16:19.500 --> 00:16:25.179
Roxanne S Krietzman: to be common in the health and economics field. Let's start with insufficient risk adjustment.

132
00:16:26.150 --> 00:16:27.989
Hannah T Neprash: We talk about risk adjustment a lot.

133
00:16:28.860 --> 00:16:32.709
Roxanne S Krietzman: Okay, how about incentives for cost minimization?

134
00:16:33.820 --> 00:16:38.440
Hannah T Neprash: That's not a particularly standard way of that. I that I've heard before.

135
00:16:39.330 --> 00:16:44.769
Roxanne S Krietzman: Okay, thank you. And the Rand Health Insurance Experiment.

136
00:16:45.750 --> 00:16:48.829

Hannah T Neprash: Is a seminal study in the field of health economics.

137
00:16:49.200 --> 00:16:52.049
Roxanne S Krietzman: Okay? And then cream skimming.

138
00:16:52.910 --> 00:16:58.370
Hannah T Neprash: Yeah, that's a colloquial term referring to patient selection incentives.

139
00:16:58.880 --> 00:17:02.119
Hannah T Neprash: However, that's in the context of insurance. For the most part.

140
00:17:02.370 --> 00:17:04.120
Roxanne S Krietzman: Thank you for confirming those

141
00:17:06.650 --> 00:17:20.190
Roxanne S Krietzman: I am going to reshare some of the Pdfs that were submitted with the original Ocs report. So this is Appendix d. In the student box folder

142
00:17:20.965 --> 00:17:36.340
Roxanne S Krietzman: and Ezra, you know, was trying to recall the screenshots that were pulled from where to compile appendix d. Do you recall, how these specific screenshots were compiled for this document?

143
00:17:38.440 --> 00:17:44.109
Hannah T Neprash: I I think your question is, if this came from the output that I got when I ran it through Chat Gpt.

144
00:17:45.490 --> 00:17:52.349
Roxanne S Krietzman: I'm just asking for confirmation on. If they were from Professor Goldberstein's output, or either of your outputs.

145
00:17:53.480 --> 00:17:55.629
Hannah T Neprash: They're they're definitely from one or the other.

146

00:17:56.280 --> 00:17:59.369
Roxanne S Krietzman: Okay, okay, would you say both or one or the other.

147
00:18:00.300 --> 00:18:19.195
Hannah T Neprash: I'm I'm sorry at this point. It's been such a collaborative effort that that I can't go one by one. But I did check when you asked Ezra in this particular one. I I can't read it, but I'm pretty sure it says weaknesses, compliant compliance and enforcement and equity concerns, and those are. It's the identical structure and identical

148
00:18:19.860 --> 00:18:26.580
Hannah T Neprash: list items. That is from the instance that I got from Chat Gpt

149
00:18:26.660 --> 00:18:42.159
Hannah T Neprash: and I. I also went through, and I tried to get the log for you. Unfortunately, I I share my chat, gpt login with my spouse who uses it as a Google search. So it's effectively, you know, like trying to go through your Google history to find a log.

150
00:18:42.620 --> 00:18:45.950
Roxanne S Krietzman: Sure. Sure I understand. Thanks for thanks for sharing that.

151
00:18:45.950 --> 00:18:55.979
Hannah T Neprash: But with that said, I do have the email from August 20, th where I I ran only the questions that were answered through Chat chat. Gpt immediately pasted the output

152
00:18:56.230 --> 00:19:03.859
Hannah T Neprash: all at once, not question by question into a word document and send it to my colleagues without

153
00:19:03.950 --> 00:19:06.529
Hannah T Neprash: editorializing, because I hadn't read it yet.

154
00:19:07.130 --> 00:19:12.040
Roxanne S Krietzman: Okay, and that document you're referring to is it

155
00:19:12.200 --> 00:19:17.349

Roxanne S Krietzman: listed on the on the right hand side that Pdf.

156
00:19:18.840 --> 00:19:21.340
Hannah T Neprash: Let me pull up the attachment from the email.

157
00:19:21.590 --> 00:19:25.469
Roxanne S Krietzman: And this is Appendix T. In the student box folder.

158
00:19:26.240 --> 00:19:26.860
Hannah T Neprash: Yep.

159
00:19:28.640 --> 00:19:31.529
Roxanne S Krietzman: Okay, so so this is one.

160
00:19:31.560 --> 00:19:32.840
Roxanne S Krietzman: This is what

161
00:19:32.940 --> 00:19:38.370
Roxanne S Krietzman: you you generate one time. And so this is the generation of the output.
Correct.

162
00:19:38.550 --> 00:19:39.960
Roxanne S Krietzman: Okay, okay.

163
00:19:40.485 --> 00:19:44.309
Roxanne S Krietzman: and which version of chat gpt, do you use.

164
00:19:44.890 --> 00:19:49.209
Hannah T Neprash: Yeah, it's 4. 0, it is the paid version of Chat Gpt.

165
00:19:49.380 --> 00:19:50.010
Roxanne S Krietzman: Okay.

166

00:19:50.010 --> 00:19:52.550
Hannah T Neprash: Again. I'm just reloading off my spouse, but.

167
00:19:53.000 --> 00:19:58.740
Roxanne S Krietzman: Fair fair, and you alluded to this a little bit earlier. But I can you clarify for us?

168
00:19:59.100 --> 00:20:03.799
Roxanne S Krietzman: In what way did you enter the exam questions into Chat Gpt.

169
00:20:04.390 --> 00:20:05.350
Hannah T Neprash: All at once.

170
00:20:05.730 --> 00:20:10.079
Roxanne S Krietzman: All at once, and and it was just questions one.

171
00:20:10.890 --> 00:20:14.319
Roxanne S Krietzman: 3, and 4. Correct, just the ones, Haishan answered.

172
00:20:14.320 --> 00:20:15.330
Hannah T Neprash: Answered. Yep.

173
00:20:15.330 --> 00:20:16.780
Roxanne S Krietzman: Oh, cool. Okay.

174
00:20:18.481 --> 00:20:25.819
Roxanne S Krietzman: so I want to talk a little bit about your Powerpoint. That that you brought up.

175
00:20:26.350 --> 00:20:27.360
Roxanne S Krietzman: So

176
00:20:28.720 --> 00:20:30.140
Roxanne S Krietzman: the

177
00:20:32.460 --> 00:20:44.010
Roxanne S Krietzman: the 2 percentages for question one and question 3. The AI percentages provided did not meet the preponderance of the evidence. Standard

178
00:20:44.080 --> 00:20:49.379
Roxanne S Krietzman: did, seeing those percentages influence your assessment of the exam at that point.

179
00:20:50.210 --> 00:20:54.390
Hannah T Neprash: Again, we'd really focused on Question 4 as the question where there were

180
00:20:54.560 --> 00:21:02.600
Hannah T Neprash: striking similarities. So I would say, if anything, the the Gpt 0 output aligned with our

181
00:21:03.020 --> 00:21:05.669
Hannah T Neprash: human generated reading of it.

182
00:21:07.080 --> 00:21:24.349
Roxanne S Krietzman: Okay, okay, I want. I wanna ensure that I'm you know, we're able to show the panel your process for inputting chat into chat, Gpt and are you aware of the differences between

183
00:21:24.690 --> 00:21:33.159
Roxanne S Krietzman: the paid version of Chat Gpt and the regular version of Chat Gpt. And how those differ. Can you tell the panel a little bit about that?

184
00:21:34.872 --> 00:21:44.099
Hannah T Neprash: My understanding is that they're different generations of the actual model behind it. They're

185
00:21:44.370 --> 00:21:51.309
Hannah T Neprash: essentially different generations. As Sam Altman's company updates their technology. I I would say that

186
00:21:51.480 --> 00:22:00.029
Hannah T Neprash: none of us, not even the people at Openai, have a a better understanding of exactly how they work than that, but they are, but they are different models.

187
00:22:00.730 --> 00:22:06.529
Roxanne S Krietzman: Okay, okay, I. I do want to just pull up a version of chat. Gpt.

188
00:22:07.092 --> 00:22:11.709
Roxanne S Krietzman: and I want to enter the questions in to

189
00:22:13.650 --> 00:22:15.300
Roxanne S Krietzman: into

190
00:22:16.690 --> 00:22:20.359
Roxanne S Krietzman: the field. Just as you said you did. So we have

191
00:22:21.300 --> 00:22:22.820
Roxanne S Krietzman: question one.

192
00:22:26.220 --> 00:22:28.900
Roxanne S Krietzman: and then we have

193
00:22:29.960 --> 00:22:33.230
Roxanne S Krietzman: questions 3 and 4.

194
00:22:36.640 --> 00:22:40.599
Roxanne S Krietzman: So correct me if I'm wrong. But this is this is how you inputted them.

195
00:22:40.870 --> 00:22:42.409
Roxanne S Krietzman: Question one

196
00:22:42.430 --> 00:22:44.070

Roxanne S Krietzman: question 3,

197
00:22:44.970 --> 00:22:46.570
Roxanne S Krietzman: followed by

198
00:22:47.500 --> 00:22:49.640
Roxanne S Krietzman: Question 4. Is that correct?

199
00:22:51.520 --> 00:22:52.180
Hannah T Neprash: Yeah.

200
00:22:52.340 --> 00:23:01.129
Roxanne S Krietzman: Okay. So I'm just gonna I'm gonna run this. And and I want the panel to keep in mind that. This is this is the free version. This is just a guest.

201
00:23:01.993 --> 00:23:10.819
Roxanne S Krietzman: Web browser. High. Sean does have a paid version that we could potentially use later. If there are more questions about this.

202
00:23:11.200 --> 00:23:13.110
Roxanne S Krietzman: So I'm going to generate this.

203
00:23:24.110 --> 00:23:33.240
Roxanne S Krietzman: So I'm I'm seeing something@firstst I'm I'm seeing the difference between fonts. Did you alter the fonts

204
00:23:33.250 --> 00:23:38.730
Roxanne S Krietzman: between the original generation and the document that you submitted to Ocs.

205
00:23:39.270 --> 00:23:39.880
Hannah T Neprash: No.

206
00:23:40.130 --> 00:23:46.540

Roxanne S Krietzman: Okay, okay, are you aware of any differences in fonts? In the paid version of Chat Gpt.

207
00:23:48.418 --> 00:23:57.009
Hannah T Neprash: I I'm not. I'm not sure if Chatgpt uses a proprietary font, in which case a copy and paste would generate a different result.

208
00:23:57.730 --> 00:23:58.920
Roxanne S Krietzman: Okay, okay.

209
00:23:59.761 --> 00:24:09.419
Roxanne S Krietzman: and then just just I wanna maybe have you help me point out some differences or comparisons and what I've pulled up on the screen. So

210
00:24:10.033 --> 00:24:12.600
Roxanne S Krietzman: I'm seeing quite a long

211
00:24:12.980 --> 00:24:14.889
Roxanne S Krietzman: introduction here

212
00:24:15.520 --> 00:24:20.690
Roxanne S Krietzman: in the live chat gpt output compared to your document over here.

213
00:24:21.010 --> 00:24:24.229
Roxanne S Krietzman: And then under that I'm seeing

214
00:24:24.310 --> 00:24:29.950
Roxanne S Krietzman: more of of paragraph form for each of these types of equilibria

215
00:24:30.390 --> 00:24:39.350
Roxanne S Krietzman: versus in your document. It's broken down by assumptions, contract characteristics, and intuition. Are you seeing those differences as well.

216
00:24:40.580 --> 00:24:41.310

Roxanne S Krietzman: Okay.

217
00:24:41.470 --> 00:25:00.400
Roxanne S Krietzman: And I, just, you know, want to note that there's differences between the paid version and the regular version which we talked about as well as variability in terms of what the outputs are, whereas they give a different output every time. But I encourage the panel members to do the same as I'm doing

218
00:25:00.400 --> 00:25:14.030
Roxanne S Krietzman: to determine. You know, the differences between a live chat gpt output and the document that Professor Niprash submitted with the Ocs report. If we look at B, we can see a similar structure to

219
00:25:15.150 --> 00:25:16.230
Roxanne S Krietzman: question

220
00:25:16.410 --> 00:25:23.010
Roxanne S Krietzman: or subsection. A, we have a long paragraph form introduction compared to just the sentence.

221
00:25:23.070 --> 00:25:31.559
Roxanne S Krietzman: and then followed by a different structure under that. So then it becomes hard, you know, with multiple outputs to determine

222
00:25:32.694 --> 00:25:35.446
Roxanne S Krietzman: which we can take a look at so

223
00:25:35.830 --> 00:25:37.239
Roxanne S Krietzman: would you.

224
00:25:37.540 --> 00:25:40.330
Hannah T Neprash: Roxanne, can I? Can I jump in for just a minute.

225
00:25:40.330 --> 00:25:41.260
Roxanne S Krietzman: It's working.

226
00:25:41.260 --> 00:25:53.670
Hannah T Neprash: Pointing out that the free version is the version that cannot pass the Lsat, whereas the paid version is the one that I think at this point has passes, has passed the Lsat, the Mcat, and a number.

227
00:25:53.670 --> 00:25:54.420
Roxanne S Krietzman: Yeah.

228
00:25:54.630 --> 00:25:55.870
Hannah T Neprash: Tests as well. So they.

229
00:25:55.870 --> 00:25:56.720
Roxanne S Krietzman: No.

230
00:25:56.720 --> 00:25:59.260
Hannah T Neprash: Considerable differences between free

231
00:25:59.370 --> 00:26:00.440
Hannah T Neprash: and paid.

232
00:26:00.440 --> 00:26:08.329
Roxanne S Krietzman: Absolutely, absolutely. And that's a great point to bring up. And I'm wondering would you feel comfortable generating it on your end for us.

233
00:26:15.490 --> 00:26:16.690
Roxanne S Krietzman: Sharon. I see a hand.

234
00:26:16.690 --> 00:26:20.599
Hannah T Neprash: Imagine that the implication here is that I altered the output.

235
00:26:22.200 --> 00:26:23.010
Sharon Dzik: Do you think I just.

236
00:26:23.010 --> 00:26:30.900
Roxanne S Krietzman: You know, genuinely want to see the original versions that were originally generated. That's that's really Sharon. Go ahead.

237
00:26:31.830 --> 00:26:36.019
Sharon Dzik: Can we have a a breakout session for a sec? Jane Ann and I and you.

238
00:26:36.330 --> 00:26:37.080
Roxanne S Krietzman: Sure.

239
00:26:37.080 --> 00:26:38.069
Sharon Dzik: Okay. Thanks.

240
00:26:48.100 --> 00:26:49.340
JaneAnne Murray: Did you hear me, John?

241
00:29:17.880 --> 00:29:35.229
JaneAnne Murray: Okay, everybody. We just had a brief discussion there. And we're just going to cease this particular line of questioning and disregard any requests that you guys do your own generation of responses through Chat Gpt, I just want the panelists to

242
00:29:35.230 --> 00:29:53.889
JaneAnne Murray: base their deliberations on the evidence that's presented today. We don't create new evidence. Okay? Thanks a lot. I think we have maybe 4 or 5 questions left for Hannah, and then we'll go to the panelists, and hopefully. We'll be able to finish up with Hannah fairly soon. Thanks a lot.

243
00:29:54.130 --> 00:29:54.900
Hannah T Neprash: I do? Wanna.

244
00:29:55.390 --> 00:29:55.880
Roxanne S Krietzman: Nope.

245
00:29:56.090 --> 00:30:03.160

Hannah T Neprash: I I don't know how to export this, but I have found the the original chat. Gpt query. So if someone can

246
00:30:03.210 --> 00:30:06.569
Hannah T Neprash: tell me how to export it, or if you would like to.

247
00:30:07.330 --> 00:30:09.699
Hannah T Neprash: and it is exactly the same output.

248
00:30:10.850 --> 00:30:17.700
Roxanne S Krietzman: Okay, if you figure out how to export it. At this point, IW. I'm fine moving on as well like Jane Ann instructed. So.

249
00:30:18.102 --> 00:30:23.680
Roxanne S Krietzman: if you're able to share it as a document, that would be great. But I just have a few final questions for you.

250
00:30:23.680 --> 00:30:25.110
Hannah T Neprash: Only. But

251
00:30:25.780 --> 00:30:26.920
Hannah T Neprash: again, the I.

252
00:30:27.150 --> 00:30:27.810
Hannah T Neprash: Yeah.

253
00:30:28.880 --> 00:30:32.359
Roxanne S Krietzman: Hi, Sean, I'm seeing your screen. Can you? Can you stop sharing for a second?

254
00:30:34.422 --> 00:30:39.980
Roxanne S Krietzman: We need to finish with Hannah's line of questioning before we can get to your case presentation. Thank you.

255

00:30:40.936 --> 00:30:44.529
Roxanne S Krietzman: Hannah, I'd like to continue with your questions. If that's okay.

256
00:30:45.578 --> 00:30:48.350
Roxanne S Krietzman: I'm gonna share my screen back to my Powerpoint

257
00:30:49.930 --> 00:30:54.540
Roxanne S Krietzman: and just ask a bring up once again this you know.

258
00:30:54.570 --> 00:31:02.259
Roxanne S Krietzman: acronym of Pco. So we have screenshots from the 2 documents, one created by you. And then

259
00:31:02.450 --> 00:31:05.599
Roxanne S Krietzman: that's listed on the bottom.

260
00:31:05.680 --> 00:31:12.910
Roxanne S Krietzman: and then one created by presumably Dr. Goldberstein. That's a screenshot from the document

261
00:31:13.190 --> 00:31:16.817
Roxanne S Krietzman: that he submitted to Ocs. With the original report.

262
00:31:18.490 --> 00:31:23.169
Roxanne S Krietzman: Dr. Goldberstein's screenshot has the acronym Pco. But but

263
00:31:23.200 --> 00:31:29.790
Roxanne S Krietzman: yours does not from your chat. Gpt output. Can you tell us why you chose

264
00:31:30.160 --> 00:31:38.090
Roxanne S Krietzman: to use this version that's more closely related to High Sean's to compare with it. That includes the Pco. Acronym.

265

00:31:40.878 --> 00:31:50.680
Hannah T Neprash: We had no idea what what model the student was working with, and it's standard practice to be thorough and to try every iteration

266
00:31:51.720 --> 00:31:52.560
Hannah T Neprash: and

267
00:31:52.780 --> 00:31:57.899
Hannah T Neprash: we highlighted a similarity. I'm not. I'm not sure. Maybe you can clarify the question. Please.

268
00:31:58.630 --> 00:32:09.449
Roxanne S Krietzman: I'm just, you know, wondering your kind of process, for you know, choosing which screenshots over others that you showed in in the slides. For this case. Presentation.

269
00:32:09.450 --> 00:32:18.550
Hannah T Neprash: We? We showed similarities. And again, we're not. We're not saying that the whole prelim was perfectly generated by a large language model.

270
00:32:19.570 --> 00:32:28.519
Roxanne S Krietzman: Okay, thank you. Did you enter any of the prelim? Exam questions into Llm. Platforms other than Chat Gpt.

271
00:32:30.590 --> 00:32:33.350
Hannah T Neprash: I think that at some point

272
00:32:34.050 --> 00:32:35.580
Hannah T Neprash: we tried

273
00:32:35.770 --> 00:32:36.950
Hannah T Neprash: Claude.

274
00:32:37.170 --> 00:32:39.400
Hannah T Neprash: or we talked about trying Claude.

275
00:32:41.040 --> 00:32:41.740
Roxanne S Krietzman: Okay.

276
00:32:43.137 --> 00:32:48.879
Roxanne S Krietzman: Have there been any concerns regarding the legitimacy of Haishan's work prior to this? To your knowledge.

277
00:32:50.088 --> 00:32:53.759
Hannah T Neprash: I have never had concerns in his handwritten work.

278
00:32:55.600 --> 00:32:56.290
Roxanne S Krietzman: Okay.

279
00:32:57.455 --> 00:32:59.940
Roxanne S Krietzman: and I apologize. If this is what.

280
00:32:59.940 --> 00:33:08.220
Hannah T Neprash: The the one thing I'm sorry to to finish, that. The thing that's already come up, as as you know, is the statement from Susan Mason.

281
00:33:08.797 --> 00:33:12.640
Hannah T Neprash: About a a previous allegation of of AI use.

282
00:33:13.040 --> 00:33:13.700
Roxanne S Krietzman: Sure.

283
00:33:14.230 --> 00:33:15.849
Hannah T Neprash: Make sense for us to read that.

284
00:33:16.850 --> 00:33:27.629
Roxanne S Krietzman: No, not at this moment, thank you, though, and I apologize. If this has already been asked of you. Have you confronted cases of 1st times classic dishonesty before with any students.

285
00:33:27.630 --> 00:33:29.090
Hannah T Neprash: Nothing anything like this.

286
00:33:29.370 --> 00:33:29.900
Roxanne S Krietzman: Okay.

287
00:33:29.900 --> 00:33:31.599
Hannah T Neprash: It's the new world that we're in.

288
00:33:32.140 --> 00:33:37.599
Roxanne S Krietzman: Sure. Sure. That is all the questions I have for you, Professor Niprash. Thank you so much.

289
00:33:39.618 --> 00:33:42.970
JaneAnne Murray: Do our panelists have any questions for Hannah.

290
00:33:51.270 --> 00:33:56.260
██████████: Hi, I I would just like some clarification. I apologize. This is a weird question. But

291
00:33:56.420 --> 00:34:02.980
██████████i: the contention isn't that things were verbatim copy and paste it onto his thing. I mean, it's

292
00:34:03.030 --> 00:34:07.260
██████████: still in a way dishonest to you. If things are just.

293
00:34:07.280 --> 00:34:08.120
██████████: you know.

294
00:34:08.560 --> 00:34:15.209
██████████: I guess, used in different ways. Correct like you're not expecting structure to look, copy and paste the same correct.

295
00:34:16.199 --> 00:34:25.349
Hannah T Neprash: That's right. Yeah, yeah. And that's a good clarification to make the the
exam instructions. Say you, you may not use AI in any way.

296
00:34:25.720 --> 00:34:26.090
: Okay.

297
00:34:26.090 --> 00:34:30.419
Hannah T Neprash: So an edited AI response would be just as out of bounds as a

298
00:34:30.610 --> 00:34:32.280
Hannah T Neprash: a a verbatim one.

299
00:34:32.280 --> 00:34:33.239
: Okay. Thank you.

300
00:34:34.100 --> 00:34:34.830
JaneAnne Murray: Shauna.

301
00:34:36.719 --> 00:34:39.429
Shana Watters: So, Roxanne, you had mentioned that?

302
00:34:39.899 --> 00:34:44.389
Shana Watters: Hi! Sean has a paid version of the chat. Gpt.

303
00:34:44.799 --> 00:35:01.249
Shana Watters: do you? Do you know, if given that it came out that when you have a paid
version there's a history of what happened. Do you know if the Chat Gpt paid version was
obtained prior to the prelim or after.

304
00:35:03.270 --> 00:35:11.630
Roxanne S Krietzman: That's a good question. Jane, and I believe we're just asking questions
of Professor Niprash at this point I can speak to that later. In our case, presentation.

305
00:35:11.630 --> 00:35:27.330
Shana Watters: Good, so cause it kind of plays into Hannah's response of you know, when you were comparing both of you between the free and the the pro. I'm just. I'm just curious as to you know

306
00:35:27.510 --> 00:35:28.420
Shana Watters: which you

307
00:35:28.590 --> 00:35:34.719
Shana Watters: given that Hannah had used the pro, and we were trying to make determinations? Does that make sense.

308
00:35:34.720 --> 00:35:37.109
Roxanne S Krietzman: We can address that in our case, presentation.

309
00:35:37.410 --> 00:35:37.920
Shana Watters: Thank you.

310
00:35:37.920 --> 00:35:38.250
JaneAnne Murray: Okay.

311
00:35:40.190 --> 00:35:41.410
JaneAnne Murray: anybody else

312
00:35:41.610 --> 00:35:43.069
JaneAnne Murray: have a question for Hannah.

313
00:35:47.513 --> 00:35:50.029
JaneAnne Murray: Any follow up questions, Sharon.

314
00:35:53.920 --> 00:35:54.850
JaneAnne Murray: You've got one.

315

00:35:54.850 --> 00:35:58.369
Sharon Dzik: Sorry I was muted. One second.

316
00:35:59.855 --> 00:36:02.060
Sharon Dzik: No, I think I'm good, thank you.

317
00:36:02.780 --> 00:36:06.749
JaneAnne Murray: Okay, any final question from you, Roxanne.

318
00:36:07.856 --> 00:36:10.139
Roxanne S Krietzman: No follow ups. Thank you.

319
00:36:10.420 --> 00:36:15.160
JaneAnne Murray: Okay and panelists. One last chance to ask Hannah any questions.

320
00:36:15.780 --> 00:36:21.780
JaneAnne Murray: Okay? Great. Well, that concludes Hannah's testimony. Thank you so much for being here today.

321
00:36:22.390 --> 00:36:25.242
JaneAnne Murray: is your husband in the law school.

322
00:36:26.720 --> 00:36:29.509
Hannah T Neprash: And we have different last names. So it's not obvious.

323
00:36:29.840 --> 00:36:31.182
JaneAnne Murray: Okay. No worries.

324
00:36:31.630 --> 00:36:33.050
Hannah T Neprash: The Ellen Rosenstein.

325
00:36:33.380 --> 00:36:58.750
JaneAnne Murray: Alan Rosen. Okay, I was wondering. All right. Yes, he is our AI expert. Anyways, that concludes the witnesses from Sharon. I mean, she may recall these witnesses

again after the Roxanne's case. Sharon, before we address Hi Shan's case, do you want to add anything final that you would like to

326
00:36:58.880 --> 00:37:00.499
JaneAnne Murray: draw people's attention to.

327
00:37:00.500 --> 00:37:05.859
Sharon Dzik: And you'll have to tell me if this is appropriate. I just wanted to ask the panel. If they have any questions about the box.

328
00:37:05.940 --> 00:37:09.300
Sharon Dzik: Anything I should go through that they don't like, or what is that

329
00:37:09.410 --> 00:37:10.080
Sharon Dzik: cause? I don't.

330
00:37:10.080 --> 00:37:10.789
JaneAnne Murray: That's a fair question.

331
00:37:10.790 --> 00:37:14.770
Sharon Dzik: I don't wanna waste people's time if there's like, if they got this.

332
00:37:15.180 --> 00:37:18.279
Sharon Dzik: Yes, anything that you're like, what is this.

333
00:37:19.320 --> 00:37:38.910
JaneAnne Murray: That's a fair question. So the testimony in our hearings come from live witnesses. They're also written statements, and then the university presenter is able to essentially guide you through the box or give you answer any questions you have about those documents. So do the panelists have any questions at this point for Sharon about the box.

334
00:37:39.500 --> 00:37:49.792
Sharon Dzik: Just to make. The point is that a lot of what Hannah mentioned, and as we mentioned, are in my box, so if you have a question about anything, they said. You can go back and look, and then also

335
00:37:50.620 --> 00:37:55.949
Sharon Dzik: remember that like, there's the witness statements, especially from the 2 other faculty

336
00:37:56.060 --> 00:38:11.519
Sharon Dzik: that if you want to recall them you can. But you probably need to read their statement 1st to see if that your questions I know some questions came up like for Hannah and Ezra. They're like, I don't know. You need to ask them. Well, that's your chance to ask them. So yeah. Do you guys have questions? If not, I'm good.

337
00:38:13.380 --> 00:38:18.037
JaneAnne Murray: Okay? Well, we are now at noon.

338
00:38:19.170 --> 00:38:23.149
JaneAnne Murray: Roxanne, how is your 1st witness? Hi Shan.

339
00:38:23.890 --> 00:38:24.590
Roxanne S Krietzman: Yes.

340
00:38:25.370 --> 00:38:28.240
JaneAnne Murray: And how long do you anticipate his testimony being.

341
00:38:29.549 --> 00:38:30.909
Roxanne S Krietzman: Probably about

342
00:38:31.240 --> 00:38:32.839
Roxanne S Krietzman: 45 min.

343
00:38:33.780 --> 00:38:41.969
JaneAnne Murray: Okay. What is our feeling of our panelists? Do you want to take a lunch break? Do you want to power through and get through Haishan's

344
00:38:42.070 --> 00:38:44.320

JaneAnne Murray: direct testimony. At least.

345
00:38:44.330 --> 00:38:45.879
JaneAnne Murray: What are your preferences?

346
00:38:46.010 --> 00:38:46.550
JaneAnne Murray: If I.

347
00:38:46.550 --> 00:38:53.960
Roxanne S Krietzman: I can interject. I would prefer a lunch break right now. If the general consensus is we power through. I'm also okay with that.

348
00:38:54.710 --> 00:38:59.199
JaneAnne Murray: Okay, how do people feel about taking a half an hour? Lunch break now

349
00:39:00.410 --> 00:39:01.350
JaneAnne Murray: I'm.

350
00:39:01.350 --> 00:39:02.380
Shana Watters: It would be good.

351
00:39:02.790 --> 00:39:20.590
JaneAnne Murray: It will be good. Okay, great. All right. So it is noon. So let's get back at 1230, and then we'll get through Roxanne's presentation, and probably power through to closing remarks, and that will get us to deliberations

352
00:39:20.690 --> 00:39:27.440
JaneAnne Murray: unless there's going to be a recall of witnesses which is also totally appropriate. Okay, thank you all. See you in 30 min, then.

353
00:40:27.420 --> 00:40:31.089
JaneAnne Murray: Well, we're just waiting on Roxanne and Haishan.

354
00:40:34.040 --> 00:40:34.820

JaneAnne Murray: Oh.

355
00:40:35.170 --> 00:40:38.539
JaneAnne Murray: I'll be signing in now. Oh, you have a question, John.

356
00:40:40.490 --> 00:40:51.519
███████: Yeah. I apologize. If I missed this in either the box or the discussion we had this morning. Have we established what faculty member wrote question number 4 on the prelim.

357
00:40:54.460 --> 00:40:55.220
JaneAnne Murray: Sharon?

358
00:40:57.160 --> 00:40:57.900
JaneAnne Murray: Yeah.

359
00:40:58.560 --> 00:40:59.820
JaneAnne Murray: The answer is.

360
00:40:59.820 --> 00:41:00.970
Hannah T Neprash: Your Huck belt.

361
00:41:03.600 --> 00:41:04.490
Hannah T Neprash: who submitted.

362
00:41:05.015 --> 00:41:05.540
███████: You.

363
00:41:05.540 --> 00:41:06.599
Hannah T Neprash: Box, sure.

364
00:41:13.390 --> 00:41:14.900
JaneAnne Murray: Okay, we're waiting on

365

00:41:15.170 --> 00:41:18.740
JaneAnne Murray: Roxanne, too, and I guess Hi Shan's gonna is just getting in.

366
00:41:36.380 --> 00:41:45.119
JaneAnne Murray: Roxanne, just before you came on one of the panelists asked which Professor had written. Question 4 on the prelim.

367
00:41:45.340 --> 00:41:46.190
JaneAnne Murray: and

368
00:41:46.770 --> 00:41:52.019
JaneAnne Murray: Hannah clarified who it was. Apparently there's a statement in the box from that professor

369
00:41:52.360 --> 00:41:53.580
JaneAnne Murray: just wanted you to know.

370
00:41:53.580 --> 00:41:55.479
Roxanne S Krietzman: Okay, thank you. I appreciate that.

371
00:42:03.560 --> 00:42:07.049
JaneAnne Murray: Okay, we're just waiting for Haishen to turn on his camera.

372
00:42:08.380 --> 00:42:11.910
Haishan Yang: Oh, sorry. Yeah, it's okay. Okay. Good.

373
00:42:12.365 --> 00:42:18.279
JaneAnne Murray: Okay, so you can proceed with presenting your witness. Roxanne. Thank you.

374
00:42:18.280 --> 00:42:21.599
Roxanne S Krietzman: Thanks, Jane, and thank you everyone for being here.

375
00:42:21.660 --> 00:42:28.310

Roxanne S Krietzman: I want to 1st just go briefly over our box documents.

376
00:42:28.708 --> 00:42:32.980
Roxanne S Krietzman: That might be helpful as we jump into our case presentation.

377
00:42:34.810 --> 00:42:57.095
Roxanne S Krietzman: So this table of contents is one of the documents in the student box folder. You'll notice that we have a number of appendices that we want you to consider, both as we go through our case presentation today. And then in deliberation. So

378
00:42:57.570 --> 00:43:22.900
Roxanne S Krietzman: we've included some comparison papers that we're going to talk about. We've included some email paper trails to show Haishan's communication with faculty members as well as with Ocs. We've also included syllabi from a couple of courses as well as lecture slides that correspond to those courses

379
00:43:23.170 --> 00:43:36.650
Roxanne S Krietzman: to provide a platform for the relevance of the terms that Haishan used on his prelim exam. And we've also included the reading list that was provided by the faculty members

380
00:43:36.680 --> 00:43:51.960
Roxanne S Krietzman: to help students prepare for the prelim exam, and we've taken a number of articles and pulled them directly, because we'll present screenshots from them throughout our case presentation. So we wanted you to be able to go back and refer to those

381
00:43:52.020 --> 00:43:54.190
Roxanne S Krietzman: in their entirety.

382
00:43:54.890 --> 00:44:04.270
Roxanne S Krietzman: And then we also have some relevant letters from a case from last year that we are going to discuss.

383
00:44:04.370 --> 00:44:13.600
Roxanne S Krietzman: as well as a letter from Dr. Brian Dowd that he will talk about more extensively when we call him as a witness.

384
00:44:13.700 --> 00:44:35.399
Roxanne S Krietzman: If at the end of the case presentation, you've looked over everything, and you have questions, you know, for me about the box files just like Sharon offered. Please please ask away. So at this point I'd like to call my 1st witness, who is Hi Sean, and I'm going to get us started with some questions. Hi, Sean, are you ready?

385
00:44:36.180 --> 00:44:37.000
Haishan Yang: Yes.

386
00:44:38.150 --> 00:44:55.490
Roxanne S Krietzman: So I want to start with a question that was posed by the panelists just before break. And this is about your pro account, and I want to make sure we don't miss this in our case presentation. So I'm just gonna start off with it. When did you get a chat? Gpt pro account.

387
00:44:57.810 --> 00:45:09.140
Haishan Yang: Probably 7 months ago. Actually, I also tried the Gemini. I also tried Gemini advance, but generally, I think, charges better, but I think Gemini is improving a little bit.

388
00:45:09.745 --> 00:45:15.100
Roxanne S Krietzman: Everyone may not be familiar with Gemini. Can you talk a little bit more about that platform?

389
00:45:15.690 --> 00:45:18.329
Haishan Yang: Oh, it's a product from Google. Yeah.

390
00:45:18.330 --> 00:45:20.449
Roxanne S Krietzman: Okay, Google's AI software.

391
00:45:20.450 --> 00:45:21.660
Haishan Yang: Okay.

392
00:45:22.810 --> 00:45:27.770
Roxanne S Krietzman: Did you use your pro account, or any AI on your prelim? Exam.

393
00:45:28.440 --> 00:45:29.350
Haishan Yang: No.

394
00:45:29.630 --> 00:45:36.320
Roxanne S Krietzman: What else would you like the panel to know about your chat? Gpt account, if anything.

395
00:45:38.740 --> 00:45:43.029
Haishan Yang: Yeah, I use quite frequently every day to cry, my grandma.

396
00:45:43.180 --> 00:45:44.493
Haishan Yang: Oh, to

397
00:45:45.160 --> 00:45:51.569
Haishan Yang: generate code, to analyze data, because I use python. I'm a data center. So I use a lot of these.

398
00:45:51.670 --> 00:45:55.899
Haishan Yang: So actually, I'm traveling Africa, I would say, I basically just like Google, yeah.

399
00:45:56.320 --> 00:46:06.209
Roxanne S Krietzman: Okay? So it sounds like it's useful for you in the field as well as you. Being an international student, it can be useful for correcting grammar and things like that? Am I understanding correctly.

400
00:46:06.210 --> 00:46:06.890
Haishan Yang: Correct.

401
00:46:06.890 --> 00:46:08.480
Roxanne S Krietzman: Okay, awesome.

402
00:46:08.520 --> 00:46:16.070

Roxanne S Krietzman: Thank you. Let's jump into the rest of your questioning. Please start by telling the panel about yourself.

403
00:46:16.840 --> 00:46:27.439
Haishan Yang: Yeah. My name is Haishan Yang. I'm a 30 year. Phd, student in this program health services research.

404
00:46:27.500 --> 00:46:28.930
Haishan Yang: And

405
00:46:28.980 --> 00:46:34.720
Haishan Yang: I currently employed in school social work and the school public health

406
00:46:35.536 --> 00:46:42.680
Haishan Yang: and you know, from last year, April 2,023, April to to this year May.

407
00:46:42.830 --> 00:46:49.750
Haishan Yang: I was employed employed by Medical School Department pediatrics 50%.

408
00:46:49.910 --> 00:46:55.019
Haishan Yang: And I was also a ta into microeconomics of

409
00:46:55.040 --> 00:46:59.609
Haishan Yang: something like this in conference, scope, public policy during the summer.

410
00:47:00.420 --> 00:47:00.910
Haishan Yang: Oh.

411
00:47:00.910 --> 00:47:03.340
Roxanne S Krietzman: You said. Oh, you said that.

412
00:47:03.340 --> 00:47:12.829
Haishan Yang: I hold a Phd. I got my Phd. In economics in last year I wrote my thesis about labor economics and environmental economics.

413
00:47:12.920 --> 00:47:15.780
Haishan Yang: and I also got a Master's degree in economics

414
00:47:15.930 --> 00:47:20.529
Haishan Yang: at Central European University in now Indiana.

415
00:47:21.650 --> 00:47:28.130
Roxanne S Krietzman: Thanks. Hi, Sean, you mentioned that this is your 3rd year in the U. Of M
program. Is that correct?

416
00:47:28.130 --> 00:47:28.520
Haishan Yang: Yes.

417
00:47:28.520 --> 00:47:34.220
Roxanne S Krietzman: And what stage are you in right now of your program of your Phd.

418
00:47:35.980 --> 00:47:42.099
Haishan Yang: If so, after I schedule the Csis proposal

419
00:47:42.260 --> 00:47:52.679
Haishan Yang: 2 weeks ago a schedule of defense 2 years ago, but now delayed because this,
if I didn't be. If I will not be expelled, probably I will finish

420
00:47:52.810 --> 00:47:54.699
Haishan Yang: in coming 3 months.

421
00:47:55.470 --> 00:47:56.423
Roxanne S Krietzman: Okay, okay.

422
00:47:57.710 --> 00:48:00.990
Roxanne S Krietzman: Can you tell us how you prepared for the prelim? Exam.

423

00:48:02.120 --> 00:48:04.528
Haishan Yang: I prepare intensively. I spent

424
00:48:05.100 --> 00:48:08.547
Haishan Yang: entire summer to prepare, and I meet

425
00:48:13.904 --> 00:48:15.027
Haishan Yang: every

426
00:48:16.260 --> 00:48:37.099
Haishan Yang: like every 3 weeks or every one month, 2 or 3 times we meet in the summer. I meet with Caitlin Carol every 2 weeks. I meet Peter every 2 weeks. So basically, I meet at least one professor to discuss training, and I read all, read all the papers.

427
00:48:39.120 --> 00:48:43.820
Roxanne S Krietzman: What resources were you instructed to use for your prelim? Exam.

428
00:48:45.220 --> 00:48:49.229
Haishan Yang: Anything. So of course, they send me a reading list.

429
00:48:49.300 --> 00:48:52.940
Haishan Yang: And before that, because I have a good relationship with

430
00:48:53.090 --> 00:49:05.290
Haishan Yang: upper years. Phd. Student in health economics. They all give me their previous year. So I before summer. Actually, I always started reading reading, but some of them are different. And but I asked.

431
00:49:05.410 --> 00:49:10.294
Haishan Yang: I asked. Israel and Israel can come from? Asked Israel. I asked Peter. I asked

432
00:49:10.820 --> 00:49:19.459
Haishan Yang: Carol Catherine if I can use outside resources and all say yes, and actually, Kevin.

433
00:49:19.740 --> 00:49:21.410
Haishan Yang: in July

434
00:49:21.620 --> 00:49:40.149
Haishan Yang: 16, th or something. She also she sent me back an email calling my answer. And she actually, as we already presented. She sent me 3 paper. Hey? You should start this paper. She also asked me, Hey, you should Google, when you need more, need more literature, or something like this.

435
00:49:40.570 --> 00:49:41.240
Roxanne S Krietzman: Yeah.

436
00:49:42.120 --> 00:49:43.250
Roxanne S Krietzman: thank you.

437
00:49:44.072 --> 00:49:50.519
Roxanne S Krietzman: Did you use any software to edit your responses, such as spell check, or something similar?

438
00:49:51.180 --> 00:50:01.979
Haishan Yang: Yes, I use I use Microsoft word. And this sometimes they they show that I just click space, something like this, yeah.

439
00:50:01.980 --> 00:50:07.029
Roxanne S Krietzman: So you use the spell check feature in Microsoft word, correct.

440
00:50:07.463 --> 00:50:08.330
Haishan Yang: That's correct.

441
00:50:08.330 --> 00:50:08.675
Roxanne S Krietzman: Okay.

442
00:50:09.940 --> 00:50:15.700
Roxanne S Krietzman: I want to reshare my Powerpoint to have you comment on some things.

443
00:50:15.980 --> 00:50:16.780
Haishan Yang: Yes.

444
00:50:16.970 --> 00:50:19.016
Roxanne S Krietzman: So there.

445
00:50:20.270 --> 00:50:34.640
Roxanne S Krietzman: It was called into question the format of your exam responses, and it was
said that the formatting, like the bolded titles with the colons resembles the format of the
responses that Chatgpt provides.

446
00:50:34.760 --> 00:50:37.849
Roxanne S Krietzman: How do you explain the similarity in the formats.

447
00:50:38.790 --> 00:50:43.359
Haishan Yang: So this is a format from Picker hockeyfeld.

448
00:50:43.580 --> 00:50:49.409
Haishan Yang: He taught us like, he told me, because there's only 2 students he taught me, like
4 lectures.

449
00:50:49.560 --> 00:51:06.609
Haishan Yang: All the lecture notes is like this, and if you I don't know you don't. If I open this
lecture lecture slides, you will see even more similar, because this is a triangle. Sometimes you
start so quite similar to mine, identical to my.

450
00:51:07.170 --> 00:51:11.299
Roxanne S Krietzman: Yeah. And I just want to note to our panel that the full set of slides

451
00:51:11.310 --> 00:51:16.029
Roxanne S Krietzman: is included as appendix P. In our box. Folder

452
00:51:17.426 --> 00:51:23.329

Roxanne S Krietzman: an argument was made that your tone seemed voiceless

453
00:51:23.480 --> 00:51:30.079
Roxanne S Krietzman: in your prelim exam, and the length of your exam seemed odd. How do you respond to these claims?

454
00:51:31.655 --> 00:51:34.329
Haishan Yang: So 1st of response, the lens.

455
00:51:34.370 --> 00:51:42.010
Haishan Yang: So there's a biostaticians in our audience. And the economist layer this.

456
00:51:42.210 --> 00:51:48.840
Haishan Yang: and you all know very well about causal inference. A different year exam is different, and this is no

457
00:51:49.060 --> 00:51:58.750
Haishan Yang: similar condition is not comparable, and and even as they can see that if you see Sharon's slides

458
00:51:58.780 --> 00:51:59.890
Haishan Yang: in

459
00:52:00.110 --> 00:52:09.750
Haishan Yang: 2 years ago. There's like one is 1,400 word, and that is 4,000. Does this true suspicion? I don't think this kind of

460
00:52:09.990 --> 00:52:13.630
Haishan Yang: that wording can even be served as evidence. It's this.

461
00:52:13.760 --> 00:52:18.980
Haishan Yang: because, of course, the sample size is not enough. This 1st thing is that this is not

462

00:52:19.170 --> 00:52:22.700
Haishan Yang: different. Con. Different condition. You cannot compare.

463
00:52:23.560 --> 00:52:24.460
Roxanne S Krietzman: Thank you.

464
00:52:25.221 --> 00:52:43.620
Roxanne S Krietzman: In the Ocs report that was originally submitted by Dr. Goldberstein, it was noted that your responses quote seemed not to be directly relevant to the question or involved concepts that were not covered in class or readings unquote.

465
00:52:43.740 --> 00:52:53.189
Roxanne S Krietzman: At this point I'd like to go through your exam responses with you, the ones in question, and I will ask you about the resources that used to produce.

466
00:52:54.670 --> 00:53:00.260
Roxanne S Krietzman: your responses, and that they stemmed from appropriate exam use materials.

467
00:53:00.280 --> 00:53:15.910
Roxanne S Krietzman: So I want to start with compliance and enforcement issues. And I believe for this slide for compliance and enforcement issues. You are going to share your screen to show where you got those terms from, and why it is relevant to the exam.

468
00:53:16.450 --> 00:53:18.460
Roxanne S Krietzman: You can go ahead and share when you're ready.

469
00:53:18.460 --> 00:53:18.910
Haishan Yang: Okay.

470
00:53:22.020 --> 00:53:24.239
Haishan Yang: a moment. Let me open my camera.

471
00:53:33.940 --> 00:53:34.780
Haishan Yang: Okay.

472
00:53:35.210 --> 00:53:39.830
Haishan Yang: so I do share my full screen. So I can, they can compare the entire sense.

473
00:53:41.092 --> 00:53:48.737
Haishan Yang: So this is my answer. The answer is about my answer is what they can. This is in question.

474
00:53:50.610 --> 00:53:53.579
Haishan Yang: complaints. So what are you? Say

475
00:53:53.910 --> 00:53:59.490
Haishan Yang: strengths and weakness of mandates so I used mandate

476
00:53:59.580 --> 00:54:01.010
Haishan Yang: as an example.

477
00:54:01.860 --> 00:54:07.919
Haishan Yang: Then in this question, I say that the strength.

478
00:54:07.970 --> 00:54:20.810
Haishan Yang: and this is friends, and this professor does not suspect this. Actually, Professor doesn't even suspect the entire question. One. But let me explain my rationale, and then you can understand how I approach my question or my answers and approach these questions.

479
00:54:20.830 --> 00:54:24.219
Haishan Yang: So you can see here, I said a lot. So that's why

480
00:54:24.340 --> 00:54:28.680
Haishan Yang: it's not possible to generate something similar unless someone.

481
00:54:29.050 --> 00:54:30.919
Haishan Yang: I don't know how. So use

482
00:54:30.930 --> 00:54:34.970
Haishan Yang: put some resources inside. Now, in weakness.

483
00:54:35.650 --> 00:54:39.095
Haishan Yang: I don't have citation. That's why

484
00:54:40.660 --> 00:54:44.590
Haishan Yang: probably to some scrutiny. But 1st of all.

485
00:54:45.420 --> 00:55:01.860
Haishan Yang: I I used to. I did my master's degree in Europe. I have many. I also study in Germany. I like mandates in United States. Most economies like mandates. Actually, I asked Israel in this question one day in the class, Israel, said he, he likes mandate, too, and so

486
00:55:02.050 --> 00:55:06.659
Haishan Yang: most economy. Write a paper. They only like to say it's like a theoretical witness.

487
00:55:06.690 --> 00:55:14.319
Haishan Yang: and they don't. They don't have too much empirical empirical evidence. But so and also many of these things are

488
00:55:14.370 --> 00:55:17.509
Haishan Yang: just common sense to imagine you want to.

489
00:55:18.305 --> 00:55:28.390
Haishan Yang: Just don't say, imagine a company you want a company. Everyone have insurance something. No, I don't want. Oh, you're only a community, a neighborhood. Someone has insurance, probably people with a boss.

490
00:55:28.540 --> 00:55:33.289
Haishan Yang: So that is that's why I say comp complaints. And

491
00:55:34.250 --> 00:55:52.337

Haishan Yang: this equity issue because some people have no money, and you want to ask them to to pay $200. They don't even have $10. So how can you do? But how can they pay? But actually, I drew the resources from this paper exactly. From from this paper handman

492
00:55:56.560 --> 00:55:57.680
Haishan Yang: So

493
00:55:58.280 --> 00:56:24.869
Haishan Yang: so when this I say, Okay, first, st let me expand here. The Massachusett's mandates face legal challenges, and the same opposition was observed in aca individual mandates. And exactly here it says legal challenge. That's why I cite so actually, entire question. I use this paper so legal challenge. And you don't need to lend health. You look at those politicians. Republican, they say, hey, we want to dismantle Obamacare. Of course you know this.

494
00:56:24.890 --> 00:56:30.190
Haishan Yang: And so now look at these papers I don't have no time to discuss. So here

495
00:56:30.370 --> 00:56:34.480
Haishan Yang: in in Massachuset's policies they have a penalty

496
00:56:34.500 --> 00:56:38.040
Haishan Yang: based on different income.

497
00:56:39.020 --> 00:56:53.869
Haishan Yang: So that led me to say to roll these. Oh, okay, equity concern. Of course you cannot ask homeless people to to pay 200. That's why I said, equity concern no complaints it's also mentioned complaint.

498
00:56:55.640 --> 00:56:56.780
Haishan Yang: Oh, sorry.

499
00:57:01.910 --> 00:57:03.350
Haishan Yang: So when

500

00:57:03.630 --> 00:57:05.420
Haishan Yang: this policy

501
00:57:06.144 --> 00:57:14.045
Haishan Yang: was studied by these economist, they also mentioned compliance. If the cost is too low. Of course,

502
00:57:15.670 --> 00:57:32.920
Haishan Yang: people can decide not to follow. Actually, this, this point is exactly discussed in Hannah's class, and later on, when you question me and I can show the lecture lecture notes of Hannah's, and but we don't have time. If you can go ahead next question.

503
00:57:34.323 --> 00:57:36.710
Roxanne S Krietzman: Do you mind if I share my screen again? Hi, Sean, thank you.

504
00:57:36.710 --> 00:57:37.570
Haishan Yang: Yeah, please.

505
00:57:42.550 --> 00:57:48.719
Roxanne S Krietzman: So I just want to underscore Haishan's rationale for one of the questions that

506
00:57:49.160 --> 00:58:13.020
Roxanne S Krietzman: is part of the accusation from the involved faculty member, and that's the weaknesses listed here in question. One part C, so as high Sean just showed us compliance and enforcement issues can be tied directly to the hackman at all. Article that's Appendix V. In our box file. It talks about individual mandates.

507
00:58:13.020 --> 00:58:19.529
Roxanne S Krietzman: Haishan also showed us an instance of that paper where they're talking about compliance in that paper

508
00:58:19.540 --> 00:58:33.619
Roxanne S Krietzman: we move on to equity concerns, and I believe this is what Haishan wanted to talk about right now that is mentioned in a slide deck. So, Haishan, how did you come up with equity concerns as a bullet point.

509
00:58:33.800 --> 00:58:40.890
Haishan Yang: Yeah. So maybe again. So again. So in this Massachusetts policy.

510
00:58:41.870 --> 00:58:45.029
Haishan Yang: they have a policy to differentiate

511
00:58:45.250 --> 00:58:54.999
Haishan Yang: the penalty based on family income. And of course. And let me say that if homeless people, they have no money to pay, and you force them to have insurance.

512
00:58:55.210 --> 00:59:02.949
Haishan Yang: It's it's it's not okay. So that's why it's I can read the paper in. There's a table there. Yeah, let me show you.

513
00:59:02.950 --> 00:59:13.271
Roxanne S Krietzman: So I'll just once again underscore. This is a slide from 68, 32, a course taught by Professor Niprash.

514
00:59:13.790 --> 00:59:19.439
Roxanne S Krietzman: 2 fall semesters ago, and one of the slides talks about inequities

515
00:59:19.670 --> 00:59:26.499
Roxanne S Krietzman: as well as the hackman et Al. Paper talks about the inequities that a tax penalty would have

516
00:59:26.650 --> 00:59:47.409
Roxanne S Krietzman: when you are applying it to multiple different socioeconomic classes. And as Haishan showed us, that is where he those are the 2 sources he pulled to come up with that bullet point, for equity concerns. Now political and public resistance was not a bullet point that was mentioned in

517
00:59:47.410 --> 01:00:12.129
Roxanne S Krietzman: the accusation, nor was it in either of the chat Gpt outputs that we've been able to see. But I want to make a note that the political and public resistance can that

answer can also be found in the hackman at all. Article talking about the enforcement of the Affordable Care Act, and the resistance that came from that

518
01:00:14.330 --> 01:00:23.409
Haishan Yang: One thing to add is this one thing to add people my question, what? What doubts? That's why don't start here? Because these are

519
01:00:23.530 --> 01:00:41.070
Haishan Yang: common sense. This is not only in this paper, this debated you just Google. So what is the if? If what is the weakness of mandates? Just Google is, please, man Panel, you will find something similar. You don't have to study health. Promise to know this. Okay, that's why I don't cite it.

520
01:00:41.860 --> 01:00:50.679
Roxanne S Krietzman: I do want to point out that part of your question. 3 was in the original accusation that was submitted to Ocs.

521
01:00:50.680 --> 01:01:12.800
Roxanne S Krietzman: But was not talked about in the University's case presentation. And so I did want to see where you got that from. So in the original report, they pointed out that the 3 market failures that you brought up adverse selection, moral hazard, and monopoly were the exact same. 3 that

522
01:01:12.800 --> 01:01:24.710
Roxanne S Krietzman: a chat gpt output created as well. However, that accusation was not part of the University's case presentation today, but I want to show that you

523
01:01:24.720 --> 01:01:35.439
Roxanne S Krietzman: you got these terms directly from your courses. So if you could talk us through where you got these 3 market failures from starting with the 1st 2.

524
01:01:35.920 --> 01:01:38.440
Haishan Yang: Yeah, okay, I can share my screen.

525
01:01:39.400 --> 01:01:47.589

Haishan Yang: Oh, yeah, it's from here. But I want to expand a little bit migration, though. So you can see the differences. So

526
01:01:48.050 --> 01:01:49.330
Haishan Yang: okay, let's.

527
01:01:49.570 --> 01:01:53.504
Haishan Yang: this is question 3. Now, about

528
01:01:54.540 --> 01:01:55.290
Haishan Yang: okay.

529
01:01:56.380 --> 01:01:57.600
Haishan Yang: so

530
01:01:58.050 --> 01:01:59.970
Haishan Yang: this is a question 3.

531
01:02:00.070 --> 01:02:12.509
Haishan Yang: When I answer these questions. I also thought those other other options that Professor mentioned. But I

532
01:02:12.900 --> 01:02:14.080
Haishan Yang: I asked.

533
01:02:14.280 --> 01:02:44.189
Haishan Yang: I wrote the most. Look here, most discussed, I'm sure most discussed is these 3, and evidently in the lecture in a syllabus. And then, if you can see my response to Israel as fire, you will see it, and this is indeed the most discussed. But one thing is this, I want to draw, because one of the criteria about charging Bt detection is lake

534
01:02:44.260 --> 01:02:55.850
Haishan Yang: of personalization. And it's indeed not my case. So if you okay, so I, I okay, let me open the chatgpt on.

535
01:02:55.990 --> 01:02:59.759
Haishan Yang: So, yeah, okay, I can. So this one, since they don't

536
01:02:59.800 --> 01:03:24.816
Haishan Yang: accuse me in this question. So basically my answer, if you read here suboptimal insurance coverage market exclusion, and then the paper I cite here, and then you can see chat, just book. Chatgpt didn't sign any paper, and and also we can read the number here every number I have from the paper. So actually Chatgpt cannot do this.

537
01:03:25.520 --> 01:03:28.049
Haishan Yang: even they know some famous paper.

538
01:03:28.150 --> 01:03:31.711
Haishan Yang: So, and this is the most standard

539
01:03:33.200 --> 01:03:45.879
Haishan Yang: health economics question. I learned health economics, my master program economics in Europe. They told me this already, and when I teach economics to ta. I also mentioned this.

540
01:03:47.440 --> 01:03:50.320
Roxanne S Krietzman: I'm going to reshare the Powerpoint

541
01:03:50.940 --> 01:04:12.200
Roxanne S Krietzman: Haishan is connecting adverse selection and moral hazard directly to units that were taught in 68, 32, and these are screenshots from that syllabus. So when the accusation was that the terms might have been unusual, they're pulling directly from the syllabus.

542
01:04:12.200 --> 01:04:27.960
Roxanne S Krietzman: and then, if we take a look at the 3rd one monopoly, this is a screenshot from a slide in the 6,832 slide deck where they're directly talking about monopoly theory. So Haishan was able to connect all 3 to

543
01:04:28.330 --> 01:04:31.769

Roxanne S Krietzman: class notes as well as the syllabus.

544
01:04:33.210 --> 01:04:42.770
Roxanne S Krietzman: Next, I want to talk about your answer for question. 4. Part A, and I want to start with the accusation that the title

545
01:04:42.770 --> 01:05:04.520
Roxanne S Krietzman: titles, your title, and the title for Chatgpt were verbatim, which was circumstances leading to suboptimal service levels. As we can see, this is the question posed in the prelim exam. Under what circumstances would the level of services in global capitation fall below what is socially optimal

546
01:05:04.520 --> 01:05:06.279
Roxanne S Krietzman: for patient health.

547
01:05:06.280 --> 01:05:20.529
Roxanne S Krietzman: So this title directly correlates to the wording in the original exam. And so, even though the titles in Chat Gpt. Match this one, it is being pulled directly from

548
01:05:20.530 --> 01:05:40.050
Roxanne S Krietzman: the wording in the prelim question. At this point I'd like to go through insufficient risk adjustment, because this was a term that was called into question by the accusing faculty members as not relevant. So, Hi, Sean, can you tell us where you got that term, and why it's relevant.

549
01:05:40.680 --> 01:05:50.500
Haishan Yang: Yeah, so least rest. Just so in weeks. So we have. So this reading list, if you direct to week 6,

550
01:05:50.990 --> 01:05:52.640
Haishan Yang: almost all paper.

551
01:05:53.328 --> 01:06:06.490
Haishan Yang: I think there are 10 people, probably 7 paper. You can find the risk adjustments. And okay, Hannah already made risk adjustments is discussed in her class, and it's highly discussed. It's

552
01:06:08.150 --> 01:06:13.580
Haishan Yang: frequently discussed in the health economics tool class.

553
01:06:13.690 --> 01:06:23.769
Haishan Yang: And so let me, because I don't want this is not so difficult. I want to give you a example, the idea of this question. So the question is this.

554
01:06:23.780 --> 01:06:27.910
Haishan Yang: each time you go to a hospital, if you pay just every time you go.

555
01:06:28.690 --> 01:06:32.230
Haishan Yang: and that all the insurance company

556
01:06:32.350 --> 01:06:35.640
Haishan Yang: pay a a fixed amount money to you.

557
01:06:36.080 --> 01:06:37.610
Haishan Yang: And then

558
01:06:38.170 --> 01:06:51.199
Haishan Yang: this question basically entire, this question question for basically asking, what is the behavior if you go each time and pay, of course, the hospital, they want to come more often because they get more pay, and if you have

559
01:06:51.380 --> 01:06:52.960
Haishan Yang: paid already.

560
01:06:53.040 --> 01:06:56.660
Haishan Yang: then you know, each time you come is a burden.

561
01:06:56.740 --> 01:07:09.189
Haishan Yang: and this risk adjustments meaning it's not so difficult. If you have more insured more senior people or more sick people, the insurance company will pay you a higher amount

562
01:07:11.423 --> 01:07:32.750
Haishan Yang: fixed money that's called risk adjustments. So what's insufficient risk adjustment means that, oh, this in hospital received a bunch of people. Then suddenly, the the money they received too low. That's called insufficient risk risk adjustments. And then the second point is good

563
01:07:33.000 --> 01:07:52.879
Haishan Yang: incentives for cost minimization. Yeah, cost minimization. It's the same thing. Because when they already. Give me money. Now, sorry don't come to me something like this. So this is very intuitive and okay. I will refer you to the my lecture notes and to paper. But this is just the

564
01:07:53.345 --> 01:08:03.739
Haishan Yang: you can understand it. Just think of yourself as a patient, and I once I want I oppose is this cost minimization is not something

565
01:08:04.878 --> 01:08:19.590
Haishan Yang: never been told. Cost minimization is internal economics. You have to learn this concave function. And then you, I'm not sure you have 2 Phd. 2 graduate student here. If you take an internal micro, you will know. Cost minimization is

566
01:08:19.689 --> 01:08:25.320
Haishan Yang: probably in the 1st 3 lectures. It will then cosmetic. So it's very common. Use. Okay.

567
01:08:26.069 --> 01:08:44.009
Roxanne S Krietzman: And then market pressures was not mentioned in the chat Gpt output, and we addressed it in Professor Goldberstein's testimony. I want to bring your attention now to question for part A, which brings into question the Rand health insurance experiment.

568
01:08:44.464 --> 01:08:48.469
Roxanne S Krietzman: Can you? Can you tell us where you found

569
01:08:49.069 --> 01:08:49.619
Roxanne S Krietzman: your answer?

570
01:08:49.620 --> 01:08:56.350
Haishan Yang: Yeah. So if you go to the lecture notes of Professor Peter Hockford

571
01:08:56.720 --> 01:09:02.774
Haishan Yang: in his lecture notes, there are 22 pages talking about this one

572
01:09:03.870 --> 01:09:14.450
Haishan Yang: health experiments. And then Hannah also. Actually Hannah in a quiz, I think, is, I don't know. Quiz, 3 or 3, 4 have this discussion, and this is like a

573
01:09:14.729 --> 01:09:16.770
Haishan Yang: Adam Smith in economics

574
01:09:17.050 --> 01:09:22.169
Haishan Yang: this experiment is the most, not one, but most, the most

575
01:09:22.430 --> 01:09:23.720
Haishan Yang: famous

576
01:09:24.100 --> 01:09:32.549
Haishan Yang: experiments in in a field that has economics. So I wouldn't surprise touchy video, something like this

577
01:09:34.109 --> 01:09:50.889
Roxanne S Krietzman: Yeah. And Professor Niprash said it was a seminal experiment in the health and economics field earlier. And I also want to mention that you pulled a citation in this question, whereas Chatgpt's output has no citations in it.

578
01:09:51.059 --> 01:10:06.929
Roxanne S Krietzman: Next, I want to move on to the term cream skimming, which was called into question as a similar term, the same term that Chatgvt used in their output. Can you describe to us where you got the term cream skimming from.

579

01:10:07.090 --> 01:10:09.870
Haishan Yang: Yeah, it's well, since 2 professors both.

580
01:10:10.020 --> 01:10:14.499
Haishan Yang: that means this is a talk. So it's in lecture notes. It's in paper.

581
01:10:14.540 --> 01:10:18.640
Haishan Yang: It's so you just Google, it's it's it's common knowledge. Yeah.

582
01:10:18.850 --> 01:10:39.329
Roxanne S Krietzman: Correct. And yes, we did have. Professor Goldberstein and Professor Niprash confirm that cream skimming was a common term used in the field, so it's likely that a student and Chatgpt would pull that term. We've also connected it back to a paper that was provided by the faculty in that reading list which is in our box.

583
01:10:40.210 --> 01:10:55.779
Roxanne S Krietzman: The next term is under provision of care, and that term was in both Haishan's response and the Chat Gpt. Response, Hi, Sean, can you tell us where you got the term under provision of care from.

584
01:10:56.300 --> 01:11:09.383
Haishan Yang: Yes, it's in this paper. It is in the Macro, 2,007. And actually, I can open this paper, this paper. Okay, you can see a lot under provision. So this paper

585
01:11:10.000 --> 01:11:15.339
Haishan Yang: is. This is A is a theoretical paper, is discussed under what scenario

586
01:11:15.560 --> 01:11:19.219
Haishan Yang: and the they will be under provision

587
01:11:19.300 --> 01:11:23.730
Haishan Yang: services. And actually they also discussed under provision of

588
01:11:23.770 --> 01:11:34.919

Haishan Yang: of what drugs. So then, many discuss different models and compare it. Let me see, I can find this paper a moment. So in this paper there's a

589
01:11:36.945 --> 01:11:39.285
Haishan Yang: direct link to this

590
01:11:40.080 --> 01:11:51.460
Haishan Yang: this under prevention, and they you search under prevention. It's probably, I think you can find them. If you can search under provision of this paper you found something like 30 or 34 of this.

591
01:11:51.460 --> 01:11:57.880
Roxanne S Krietzman: Yeah, and we have a screenshot of that on the Powerpoint. And and once again, this is a paper that was provided.

592
01:11:58.270 --> 01:12:02.180
Haishan Yang: I can open that paper, we can discuss more. Yeah.

593
01:12:02.180 --> 01:12:08.940
Roxanne S Krietzman: That's okay. It's provided for them in the, in the box so they can view it in its entirety during deliberation.

594
01:12:09.461 --> 01:12:25.099
Roxanne S Krietzman: Let's move on to some other terms, that the accusing faculty members deem to be unusual for you to include in your in your prelim responses. And this is in question. For Part B, let's start with regular audits.

595
01:12:26.190 --> 01:12:28.420
Roxanne S Krietzman: Where did you get regular audits from?

596
01:12:28.930 --> 01:12:30.310
Haishan Yang: 1st of all.

597
01:12:30.320 --> 01:12:32.119
Haishan Yang: I want to emphasize.

598
01:12:32.350 --> 01:12:44.050
Haishan Yang: I will. I already have a Phd. In economics, and I'm I'm not receiving another Phd.
In economics here. The the name of Phd. Of my program is called Health Services Research

599
01:12:44.947 --> 01:12:48.710
Haishan Yang: Policy and administration. I will receive list.

600
01:12:48.770 --> 01:12:50.070
Haishan Yang: And

601
01:12:51.000 --> 01:13:00.039
Haishan Yang: in our program we have 6, 5, or 6 track sociology, health economics, clinical
outcome decisions.

602
01:13:00.520 --> 01:13:10.732
Haishan Yang: And in the syllab as Israel, Professor Gupstein already told that the prerequisite
of this exam is

603
01:13:11.990 --> 01:13:16.189
Haishan Yang: 8 courses. No, no, it's 9 courses, 9 to 10 courses.

604
01:13:16.290 --> 01:13:17.390
Haishan Yang: and

605
01:13:17.720 --> 01:13:23.330
Haishan Yang: I think their accusation is irresponsible. Why? Because

606
01:13:23.900 --> 01:13:26.800
Haishan Yang: they only taught me one courses one course.

607
01:13:27.179 --> 01:13:36.170
Haishan Yang: Professor also told me one, but that one actually is not in the required. Of
course, if you look at the silver, but if you look at the student guidebook.

608
01:13:36.200 --> 01:13:37.400
Haishan Yang: And

609
01:13:37.760 --> 01:13:38.625
Haishan Yang: but

610
01:13:39.780 --> 01:13:41.660
Haishan Yang: if they would claim that

611
01:13:43.780 --> 01:13:45.779
Haishan Yang: okay, they didn't taught this.

612
01:13:46.020 --> 01:13:50.410
Haishan Yang: and then they should confirm to with other 8 professors.

613
01:13:50.780 --> 01:13:56.130
Haishan Yang: Say, Hey, look! I shall answer this. Did you teach to teach him?

614
01:13:56.450 --> 01:13:57.350
Haishan Yang: Let's

615
01:13:58.100 --> 01:14:20.579
Haishan Yang: responsible way. Not put students in a harm way. And actually, I was expecting to pass this, and I was very happy when I finished it, because I feel so easy. And when I received this and the Professor didn't give me any explanation, chance to explain. I feel quite depressed. For 2 or 3 days after I saw the the

616
01:14:20.580 --> 01:14:37.619
Haishan Yang: yet similar material I I feel confident to explain. To defend this, then I feel a bit released. Okay, now let me answer this specific question. This is from a paper Grusso as paper. Grusso is the leading economist in the

617
01:14:37.670 --> 01:14:46.600

Haishan Yang: in the field of this competition he wrote many pop journal in this field, and in the end please open this paper. In the end he just search

618
01:14:46.930 --> 01:14:54.710
Haishan Yang: audit. And he discussed a lot of problem about rest adjustments, our predictability. So how?

619
01:14:55.050 --> 01:15:08.139
Haishan Yang: How ensure whole whole governments know this in the future. Tomorrow, maybe this guy become more sick or become become less sick. How do they know it's hard? So they discuss a lot of problem about arrest adjustments.

620
01:15:08.270 --> 01:15:12.299
Haishan Yang: And now in the almost in the end, in the conclusion

621
01:15:12.400 --> 01:15:15.709
Haishan Yang: and say, Oh, yeah, okay, we. We have one of the

622
01:15:17.560 --> 01:15:24.330
Haishan Yang: solution is recommended. Solution is audit, and that's why I wrote audit and

623
01:15:24.450 --> 01:15:25.700
Haishan Yang: just the

624
01:15:25.760 --> 01:15:28.430
Haishan Yang: open the edge

625
01:15:28.540 --> 01:15:29.660
Haishan Yang: slides.

626
01:15:30.630 --> 01:15:35.829
Haishan Yang: She wrote this word. This tense never taught in

627
01:15:36.446 --> 01:15:43.939

Haishan Yang: in the class or in the required reading. It's embarrassment to make such a accusation. If they don't

628
01:15:44.660 --> 01:15:46.770
Haishan Yang: do a sore examination.

629
01:15:48.110 --> 01:15:57.529
Roxanne S Krietzman: So here we see on the slide that audits is directly connected back to that article you're referencing. That's listed in the faculty provided reading list, so

630
01:15:57.570 --> 01:16:02.980
Roxanne S Krietzman: must be a term that's common in the field for it to appear in a paper like this.

631
01:16:03.130 --> 01:16:08.380
Roxanne S Krietzman: The next term that was called into question was patient satisfaction surveys.

632
01:16:08.450 --> 01:16:12.010
Roxanne S Krietzman: Once again we can connect

633
01:16:12.060 --> 01:16:20.959
Roxanne S Krietzman: this term to an article on the faculty provided reading list. You can see a screenshot of it here that's

634
01:16:21.030 --> 01:16:28.319
Roxanne S Krietzman: has highlights of patient satisfaction and survey. Is there anything else you would like to add about that, Hi Sean?

635
01:16:28.320 --> 01:16:33.092
Haishan Yang: Yes, so I'm not sure how many social scientists in the panel. But

636
01:16:33.990 --> 01:16:35.810
Haishan Yang: of course it was. Survey

637
01:16:36.070 --> 01:16:38.930
Haishan Yang: is the fundamental way to do social science

638
01:16:39.150 --> 01:16:40.410
Haishan Yang: and

639
01:16:40.660 --> 01:16:46.179
Haishan Yang: patient relative health, economic and public health. Of course you want to do

640
01:16:46.380 --> 01:17:15.440
Haishan Yang: patient survey related to patient, just like political science. They have this survey about politics, about polling. So I think they're very irresponsible to make such accusation, and it appear they even do not do a thorough examination. You can find many paper in health. Just Google, patient Survey and health economics in Google Scholar. See how much paper you can found. And that's my recommendation to the

641
01:17:15.580 --> 01:17:16.100
Haishan Yang: No.

642
01:17:16.100 --> 01:17:18.945
Roxanne S Krietzman: 3rd bullet point is outcome measures

643
01:17:19.420 --> 01:17:19.930
Haishan Yang: And.

644
01:17:19.930 --> 01:17:45.470
Roxanne S Krietzman: And I want to just go over this term because it wasn't necessarily pointed out by the faculty. But it is part of your bulleted response from this. And so we can see 3 ways to measure quality of care, and one of them is outcomes measure of outcomes, and this is pulled directly from the slide deck from 6,832, and that is where Haishan pulled that response from in question for part B,

645
01:17:48.060 --> 01:18:15.419
Roxanne S Krietzman: so that is all that those are all the accusations that Sharon and the faculty members brought up in their presentation, related to Haishan's Prelim Exam. We are

going to talk about their slides related to the practice prelim very shortly, but I have a few more clarifications that I want Haishan to comment on before we get to the practice prelim.

646
01:18:15.420 --> 01:18:25.900
Roxanne S Krietzman: So, Haishan, let's continue. One of the arguments that Professor Goldberstein made was that your responses are unusual for this exam. Like we've mentioned before.

647
01:18:25.950 --> 01:18:50.100
Roxanne S Krietzman: I want to show an example where an accusation was made, but that instance was not, in fact, unusual, and this is Pco. Which has been brought up before. Professor Goldberstein said that Pco. Was produced by chat. However, it is not a standard acronym that is used in our field at all. Hi, Sean, can you tell us why you chose to use this acronym? Pco.

648
01:18:50.700 --> 01:18:52.581
Haishan Yang: Yes. Let me share my screen.

649
01:18:56.910 --> 01:18:57.850
Haishan Yang: Okay.

650
01:18:59.457 --> 01:19:14.100
Haishan Yang: you might notice my answer. Have 35 pages, and someone generated Chatgpt. Only have 5 pages. Now I search. Pco, okay, the question that so, Professor, say, oh, you can use

651
01:19:14.140 --> 01:19:16.750
Haishan Yang: something like a patient

652
01:19:17.160 --> 01:19:36.810
Haishan Yang: primary care physician is more common. But no, the question here is primary care, organization, and my like. Look at my answer. One, page 2, page 3, page 4, page 5, page 6. Page. I have 6 pages, and that's my answer. And if each time I wrote Pco. Pco, Pco, that's not.

653
01:19:36.890 --> 01:19:41.409
Haishan Yang: and the English I learned when I was in China, they told me like, if it's too long.

654
01:19:41.790 --> 01:19:54.155
Haishan Yang: just make acronym right. And I use this Pcc in my 10 papers I submitted to Harris economic class. So it's just natural that

655
01:19:55.520 --> 01:19:56.740
Haishan Yang: I use.

656
01:19:58.000 --> 01:20:04.925
Haishan Yang: Pco, let let me show you this. And I think that is another behavior that I want to remind.

657
01:20:06.020 --> 01:20:09.469
Haishan Yang: that's a human number. Okay.

658
01:20:09.690 --> 01:20:12.473
Haishan Yang: let me open my

659
01:20:14.490 --> 01:20:17.350
Haishan Yang: Google scroll up. Okay, I'm gonna open my Google scroll up

660
01:20:19.120 --> 01:20:23.560
Haishan Yang: primary Uk organization economics.

661
01:20:25.160 --> 01:20:26.060
Haishan Yang: Look.

662
01:20:26.400 --> 01:20:33.169
Haishan Yang: it's in many, many papers. Pco, Pco, pco, pco, you can go to a hundred paper unless you have Pco.

663
01:20:34.440 --> 01:20:36.609
Haishan Yang: What I want to say is that

664
01:20:37.220 --> 01:20:41.380
Haishan Yang: professors make such strong accusation to expel me.

665
01:20:41.780 --> 01:20:51.039
Haishan Yang: and they say, Oh, we have solid evidence, and so we don't think it's a time to with. Given a minute to talk to me.

666
01:20:51.810 --> 01:21:04.680
Haishan Yang: They they can make such a decision. But before they make such a decision, the better to make a Google search, Google's gonna search. It's very make me feel bad. When I heard that you fail. Exam, you use chatgpt. Okay.

667
01:21:04.680 --> 01:21:09.460
Roxanne S Krietzman: We're going to talk more about that in later in our presentation. So so hold that thought.

668
01:21:10.510 --> 01:21:27.250
Roxanne S Krietzman: So. So your reasoning for using Pco is 1st of all, primary care organizations was organization was used in the question on the prelim exam, and because your response was 6 pages long, it would have been a lot to write it out all of those times.

669
01:21:27.250 --> 01:21:45.489
Roxanne S Krietzman: and we also can see that you did something similar in a term paper. I showed earlier, where you shortened primary care clinics to Pcc. And preferred provider organizations to Ppos, which, as we know, is a very common acronym. But I want to point your attention up to the Pccs.

670
01:21:45.876 --> 01:22:01.320
Roxanne S Krietzman: Let's go to our next question. Question. 4 in your exam. Was brought up as a concern, because it's lack of citations. Can you provide the panel? An explanation for why? There is a lack of citations in question. 4.

671
01:22:01.920 --> 01:22:05.980
Haishan Yang: Yes. Let me share. Okay, my screen. Okay.

672

01:22:07.140 --> 01:22:11.010
Haishan Yang: So, as I told you in the beginning, I

673
01:22:11.690 --> 01:22:20.059
Haishan Yang: spend a lot of time talk, talk with Professor Caitlin Cairo. I also with Peter Hockfield. So one of the

674
01:22:20.850 --> 01:22:22.576
Haishan Yang: problem that's

675
01:22:26.170 --> 01:22:37.480
Haishan Yang: Catherine told me that that should look. Let me show you what she comment. This is not an improved efficiency. So I cites many papers. And then, okay.

676
01:22:38.638 --> 01:22:42.489
Haishan Yang: again, this paper is not about price, at least.

677
01:22:42.490 --> 01:22:46.720
Roxanne S Krietzman: Can you? It's kind of the writing is kind of small. Can you zoom in.

678
01:22:47.320 --> 01:22:51.119
Haishan Yang: Zooming. Oh, I don't know who's zooming I could zoom in. Oh, okay, okay, I can zoom in. Yeah.

679
01:22:51.350 --> 01:22:59.239
Haishan Yang: So okay, so in, okay, maybe I I didn't upload it, but if you need, I can show you. So when I talk with Caitlin

680
01:23:01.360 --> 01:23:03.310
Haishan Yang: she always want me

681
01:23:03.590 --> 01:23:09.919
Haishan Yang: to cite more paper, and I would when I would talk to Professor Goldstein and Peter Hockfield.

682
01:23:10.060 --> 01:23:12.970
Haishan Yang: They they didn't ask me so much paper.

683
01:23:13.060 --> 01:23:17.450
Haishan Yang: and there's if something is just that one good is okay. No.

684
01:23:18.070 --> 01:23:21.530
Haishan Yang: So when I wrote the part, 4

685
01:23:21.700 --> 01:23:25.310
Haishan Yang: have a question, for many of them are a common sense.

686
01:23:25.700 --> 01:23:30.560
Haishan Yang: as I already explained, and if you look at the question, the question does not ask me

687
01:23:30.590 --> 01:23:34.219
Haishan Yang: 2 sites, and if you look at the okay, let me show you.

688
01:23:34.652 --> 01:24:04.289
Haishan Yang: This is question for, please, okay, please read the question yourself. It does not ask me to size, and many of them are common sense. So I, this is very, very common sense, and later, Brian, we explain you. He's a editor of the top journal. He can say this but for and how come? No, no. How come this question? I started so much because I know this question is created because I spent probably multiple hours to discuss this production efficiency.

689
01:24:04.290 --> 01:24:12.160
Haishan Yang: And I and I happened. She asked this question about efficiency here theoretical arguments.

690
01:24:12.870 --> 01:24:16.529
Haishan Yang: Oh, gosh! Oh, let me check.

691
01:24:16.530 --> 01:24:16.880

Roxanne S Krietzman: John. Look.

692
01:24:17.320 --> 01:24:22.010
Roxanne S Krietzman: I wanna make sure we have time to get to the rest of your testimony. So so let's keep moving.

693
01:24:22.010 --> 01:24:23.919
Haishan Yang: Yeah. So so the thing is that.

694
01:24:24.640 --> 01:24:37.489
Haishan Yang: okay? Another question. I did my final question. I don't already have no time. I spent whole 8 h sitting there, and many of the common sense are the insights, and I just make sure that knowledge is right. So I don't have time to science. Yes, go ahead.

695
01:24:38.870 --> 01:24:56.949
Roxanne S Krietzman: Thanks, Haishan. Let's let's keep up with our line of questioning. So I just want to point the panel to a few examples in Haishan's paper, where we know it's human generated. So first, st there's handwritten figures.

696
01:24:57.060 --> 01:25:10.089
Roxanne S Krietzman: and there's also references in his Prelim exam to these written figures. And that's something that chat Gpt does not create. We also can see that there are.

697
01:25:10.540 --> 01:25:13.479
Roxanne S Krietzman: Oh, sorry, thank you.

698
01:25:14.842 --> 01:25:17.799
Roxanne S Krietzman: So if I go back a slide

699
01:25:19.340 --> 01:25:20.190
Roxanne S Krietzman: oops.

700
01:25:20.330 --> 01:25:23.290
Roxanne S Krietzman: we can see that there are handwritten

701
01:25:23.380 --> 01:25:31.889
Roxanne S Krietzman: figures, and also places in Haishan's Prelim, where he is referring to those figures, and that is something that Chatgpt does not do.

702
01:25:32.370 --> 01:25:36.620
Roxanne S Krietzman: We also can see places where he's referenced

703
01:25:36.680 --> 01:25:39.080
Roxanne S Krietzman: and included citations.

704
01:25:39.370 --> 01:25:46.479
Roxanne S Krietzman: And also he's spelled out percent, whereas Chat Gpt just uses a percent sign.

705
01:25:47.620 --> 01:26:01.960
Roxanne S Krietzman: And also we can take a look at the different references section that he's included on his prelim exam for each question respectively, and all of these papers are directly pulled from the

706
01:26:02.150 --> 01:26:06.059
Roxanne S Krietzman: health Econ reading lists provided by the faculty members.

707
01:26:07.200 --> 01:26:36.920
Roxanne S Krietzman: At this point I want to talk about the Gpt. 0 results that were provided by the university during their case presentation. At the top, we have question one, that is a 27% probability. AI generated question 3 is 19% probability generated. And I just want to note that neither of these questions meet the preponderance of the evidence. Standard

708
01:26:37.670 --> 01:26:41.870
Roxanne S Krietzman: and then for question 4. Hi Sean and I ran

709
01:26:42.040 --> 01:26:43.120
Roxanne S Krietzman: his

710

01:26:43.750 --> 01:26:47.430
Roxanne S Krietzman: response for it through 2 other AI detectors.

711
01:26:49.020 --> 01:26:59.449
Roxanne S Krietzman: probability for AI on this one is 9% probability for AI on this one is 12% also under the preponderance of the evidence standard.

712
01:26:59.520 --> 01:27:09.829
Roxanne S Krietzman: However, like we mentioned multiple times throughout the hearing. And I just want to reiterate these Llm. Generated.

713
01:27:09.920 --> 01:27:11.850
Roxanne S Krietzman: AI detectors are not

714
01:27:12.080 --> 01:27:29.830
Roxanne S Krietzman: reliable, and I've pulled a peer reviewed paper that came up during our research for this hearing, and that's also included in the box file as appendix. O, if you are thinking about reading about the reliability of these AI detectors as well.

715
01:27:31.220 --> 01:27:39.430
Roxanne S Krietzman: So now, Hi, Sean, I want to move to talking about your practice prelim, because that was discussed pretty extensively in.

716
01:27:39.430 --> 01:27:45.738
Haishan Yang: I think this is a chargeability. This detector scene is very interesting. I want to show you something, and

717
01:27:46.413 --> 01:27:52.080
Haishan Yang: it's very important. Let me show you. Let me open this. So called Gpt 0. Let me show you.

718
01:27:53.111 --> 01:27:55.699
Haishan Yang: Okay, let me show you this.

719
01:28:02.430 --> 01:28:05.860

Haishan Yang: So this the accuse me. Okay, let me share my screen.

720
01:28:06.950 --> 01:28:19.610
Haishan Yang: because you cannot only use the index. So I try myself. So let me show you an example. Explain to you why this is so ridiculous. Okay, so this is Gpd, 0, okay, now, I copy my answer. Okay.

721
01:28:31.360 --> 01:28:37.410
Haishan Yang: look, sometimes, I generated. It's like, okay, let me do again, I just copy paste again.

722
01:28:38.370 --> 01:28:41.119
Haishan Yang: Okay, now it's become AI. And

723
01:28:41.150 --> 01:28:53.159
Haishan Yang: did you see my screen? Okay, let me look at a bigger. So each time, sometimes they just copy each time they have different answer. But you also have to look at what they, what they accuse you.

724
01:28:53.180 --> 01:28:57.270
Haishan Yang: I do not agree with this conclusion. For a foreign reason.

725
01:28:57.610 --> 01:29:14.680
Haishan Yang: I think middle school American can roll this and look. My reference is considered as A AI. So this is really a big scam. You cannot use this to accuse the students and just try yourself when you make such a decision. Thank you.

726
01:29:15.580 --> 01:29:21.230
Roxanne S Krietzman: Okay, let's continue with our line of questioning. And like, I said, I want to talk about your practice prelim.

727
01:29:21.350 --> 01:29:29.734
Roxanne S Krietzman: So this is the screenshot from the one question. That gave pause to the involved faculty members.

728

01:29:30.200 --> 01:29:30.880
Haishan Yang: Yeah.

729
01:29:30.880 --> 01:29:33.969
Roxanne S Krietzman: Were you aware of the restrictions surrounding AI

730
01:29:34.040 --> 01:29:38.880
Roxanne S Krietzman: prior to submitting your practice, prelim exam to the faculty members for feedback.

731
01:29:39.900 --> 01:29:45.109
Haishan Yang: No, I didn't. I did not use AI when I did this practice.

732
01:29:45.470 --> 01:29:51.619
Roxanne S Krietzman: Were you aware of the restriction for the prelim exam, when you were working on your practice? Prelim.

733
01:29:51.960 --> 01:30:01.960
Haishan Yang: Oh, I didn't know. So as is, Professor, it's in August 5th that they he wrote that. So we we I know it's yeah.

734
01:30:02.170 --> 01:30:03.050
Roxanne S Krietzman: Okay.

735
01:30:04.450 --> 01:30:20.730
Roxanne S Krietzman: So I want to show just a couple of instances where we found the language on Wikipedia and other places on the Internet that that match almost exactly to just demonstrate

736
01:30:21.340 --> 01:30:22.610
Roxanne S Krietzman: how

737
01:30:23.940 --> 01:30:41.829
Roxanne S Krietzman: how we can generate multiple similarities in a chat gpt output that can compare to a student's answer because of the mainstream sources of these terms. So, Hi,

Sean, can you explain these similarities between your response, which is up here on the practice.

738
01:30:41.830 --> 01:30:42.450
Haishan Yang: Overnight.

739
01:30:42.450 --> 01:30:43.619
Roxanne S Krietzman: In the chat. Gbt.

740
01:30:43.620 --> 01:30:50.009
Haishan Yang: Question, yeah, when I know this question, I use Google. So okay, so I also recommend

741
01:30:50.690 --> 01:30:52.730
Haishan Yang: panel to list

742
01:30:53.530 --> 01:30:59.040
Haishan Yang: Google competition healthcare. And you. You just search the 1st 10

743
01:30:59.660 --> 01:31:07.309
Haishan Yang: Google search. They will give you similar definition like like Chat Bd, or like a Wikipedia. So

744
01:31:07.370 --> 01:31:12.010
Haishan Yang: Chatgpt is modern day, Google or Wikipedia. And the

745
01:31:12.040 --> 01:31:13.959
Haishan Yang: so imagine you ask.

746
01:31:14.450 --> 01:31:19.590
Haishan Yang: What's where is the capital United States, or one plus one equal to 2?

747
01:31:19.890 --> 01:31:29.080

Haishan Yang: This definition that there's no too much way to nicely to to answer it. Of course. They they will have some resemblance.

748
01:31:29.130 --> 01:31:33.239
Haishan Yang: I urge the panel to open the

749
01:31:33.290 --> 01:31:54.676
Haishan Yang: university update practice question now, 5 questions and they accused me. Question 4. And the what they accuse me is exactly as definition, because those definition is more likely to be similar. Imagine you ask those kind of some what is the symptom of a cold? Of course the doctor will. Oh, cough.

750
01:31:55.080 --> 01:31:58.359
Roxanne S Krietzman: John, for for time's sake I wanna I wanna keep moving.

751
01:31:58.360 --> 01:32:11.158
JaneAnne Murray: I'm sorry. Yeah, exactly. I mean, these questions are answers are just getting extremely argumentative, Roxanne, and we've now been going for almost an hour on his testimony.

752
01:32:11.840 --> 01:32:14.470
JaneAnne Murray: Do you know how much longer you have? And is there a way.

753
01:32:14.470 --> 01:32:16.069
Roxanne S Krietzman: We have quite a bit.

754
01:32:16.170 --> 01:32:23.130
Roxanne S Krietzman: We have quite a bit to go, but we'll we'll keep the answers more brief. I do want to make sure we can get through the testimony.

755
01:32:23.840 --> 01:32:27.310
JaneAnne Murray: You said it was gonna be 45 min. So we're beyond that.

756
01:32:27.310 --> 01:32:36.839

Roxanne S Krietzman: Yes, I I understand. I understand. And I want to make sure Haishan is able to give his full testimony. And so.

757
01:32:36.890 --> 01:32:45.340
Roxanne S Krietzman: Hi, Sean, if you would keep it brief for our questions moving forward so we can make sure we're streamlining this a little bit. That would be great. Thank you

758
01:32:46.555 --> 01:33:08.660
Roxanne S Krietzman: at this point I want to talk about an exam from a previous course that was submitted for comparison to your prelim exam. And this exam. Is from 6,832, and this is the handwritten one that has been mentioned many times throughout the hearing. Today. In that exam there are spelling and grammar errors, but in your prelim exam there are hardly any.

759
01:33:08.740 --> 01:33:16.749
Roxanne S Krietzman: Why do you think that the grammar and responses differ so much between your exam. From 68, 32, and your prelim. Exam.

760
01:33:17.530 --> 01:33:22.469
Haishan Yang: Yeah. So it's written 2,022. December

761
01:33:22.540 --> 01:33:35.820
Haishan Yang: today is 2,024. I wrote it in August, and it's 1 and a half less than one and a half hour. This exam is 8 h spell checker. So it's difference. That's a difference. But just imagine, okay, yeah, just like this, there.

762
01:33:35.820 --> 01:33:40.089
Roxanne S Krietzman: Okay, I want to underscore that the prelim exam.

763
01:33:40.350 --> 01:33:49.460
Roxanne S Krietzman: you could type it on a computer. And it was 8 h versus this handwritten exam was done in a class with about 90 min. So very different exam formats.

764
01:33:50.326 --> 01:33:56.190
Roxanne S Krietzman: It's been mentioned that you've been accused of using AI on an assignment in the past.

765
01:33:56.744 --> 01:34:02.820
Roxanne S Krietzman: I have. Can you explain to the panel the outcome of that case.

766
01:34:04.440 --> 01:34:09.730
Haishan Yang: No good. The Mason professors with an amazing job. The case.

767
01:34:10.990 --> 01:34:12.420
Roxanne S Krietzman: Correct. Yeah, yeah. So

768
01:34:12.880 --> 01:34:22.169
Roxanne S Krietzman: we've uploaded this letter into our box file, which states that the charges were dismissed.

769
01:34:23.494 --> 01:34:28.619
Roxanne S Krietzman: How did you learn that faculty members suspected. AI use on your exam.

770
01:34:29.970 --> 01:34:31.810
Haishan Yang: Oh, did they?

771
01:34:31.880 --> 01:34:36.530
Haishan Yang: At the end of August, Professor Cookstan

772
01:34:37.070 --> 01:34:40.169
Haishan Yang: had a meeting with me and with

773
01:34:40.340 --> 01:34:42.781
Haishan Yang: with Brian, my my advisor

774
01:34:44.209 --> 01:34:47.000
Roxanne S Krietzman: How did that meeting go between the 3 of you.

775
01:34:49.282 --> 01:34:54.070

Haishan Yang: Told everything, and for me I don't think it's

776
01:34:54.120 --> 01:34:57.390
Haishan Yang: it's fair, because at least I should have given it

777
01:34:57.920 --> 01:35:09.009
Haishan Yang: give a chance to define myself. I think it's all good for them. If they give me a chance to define, they will not put Pco. As evidence to accuse me. Embarrassment for such a

778
01:35:09.440 --> 01:35:11.430
Haishan Yang: highly cited economists.

779
01:35:12.530 --> 01:35:22.339
Roxanne S Krietzman: Once Ezra submitted a report to Ocs. You met with Sharon and Dr. Dowd. How did that meeting go for you?

780
01:35:22.840 --> 01:35:29.921
Haishan Yang: Yeah. As as already mentioned this. So it's very short

781
01:35:30.750 --> 01:35:41.769
Haishan Yang: I I just open my chat. Gpt, I said, look, I generate the total difference which version you want to compare, and I don't even find my version is generating. Founder is similar to what's a

782
01:35:41.900 --> 01:35:45.099
Haishan Yang: professor left should show up. This is totally

783
01:35:45.620 --> 01:35:49.719
Haishan Yang: not, cannot determine duty, for this kind of scenario.

784
01:35:49.720 --> 01:35:55.319
Roxanne S Krietzman: So in total. How much time were you given to defend yourself against these accusations?

785

01:35:57.270 --> 01:35:58.310
Haishan Yang: With

786
01:35:58.320 --> 01:36:04.279
Haishan Yang: 0 0 min with. They don't give me 0 min with with Professors 0.

787
01:36:05.800 --> 01:36:12.199
Roxanne S Krietzman: Seems like very little time for you to defend yourself in light of a very harsh outcome, like expulsion.

788
01:36:12.200 --> 01:36:19.459
JaneAnne Murray: Okay, Roxanne, I just want you to train from editorializing. You can make your arguments in your closing statements. Thank you.

789
01:36:19.460 --> 01:36:21.049
Roxanne S Krietzman: Okay, thanks, Shannon.

790
01:36:21.654 --> 01:36:25.899
Roxanne S Krietzman: Hi, Sean, can you describe your relationship with Professor Goldberstein?

791
01:36:28.230 --> 01:36:42.739
Haishan Yang: I don't have any trouble with him, or just he told me to classes, and no, I didn't go to his office, no conflicts or no. No, it's okay. I think it's okay.

792
01:36:42.740 --> 01:36:46.750
Roxanne S Krietzman: Okay, what about your relationship with Professor Niprash?

793
01:36:47.760 --> 01:36:51.566
Haishan Yang: Oh, that's a big trouble because

794
01:36:52.490 --> 01:36:54.930
Roxanne S Krietzman: Be brief about how you speak about it.

795

01:36:55.620 --> 01:36:59.560
Haishan Yang: Okay, so very brief. So

796
01:36:59.570 --> 01:37:10.959
Haishan Yang: in early March, early February, she accused me that did not work I well, because we had twilight. We had also ship disputes, and she reports to.

797
01:37:11.299 --> 01:37:16.389
Roxanne S Krietzman: Hi, Shawn, I'm gonna stop you right there. We're talking about Professor Niprash, not Dr.

798
01:37:16.698 --> 01:37:20.710
Haishan Yang: Okay. Sorry, but no pressure. I don't say it's not not so well.

799
01:37:20.710 --> 01:37:21.090
Roxanne S Krietzman: Okay.

800
01:37:21.090 --> 01:37:28.250
Haishan Yang: So I can explain you. So in the class I I was evening. I can send you this document in the class. I

801
01:37:29.440 --> 01:37:34.309
Haishan Yang: I have different opinion with her in the class and in the final exam.

802
01:37:34.930 --> 01:37:36.720
Haishan Yang: I guess very low grade.

803
01:37:36.770 --> 01:37:40.349
Haishan Yang: And I, she said, I was like, can you refer to the

804
01:37:40.640 --> 01:38:09.629
Haishan Yang: the answer, the answer key. And I said, no, I disagree with those answer key. And, for example, just this example researchers use around. This is a randomized control which foreign Coastal relationship economics. And I make a note here in my exam. I say you cannot write like this because it should should be. We don't know, because researchers in the past can

say to all knowledge, this is something that for all resource research like this. So I don't know whether after

805
01:38:09.810 --> 01:38:13.122
Haishan Yang: after this class, when I meet her, she's just

806
01:38:14.070 --> 01:38:17.859
Haishan Yang: doesn't, doesn't, doesn't see me. It's just like I'm a stranger or something like this.

807
01:38:17.980 --> 01:38:25.110
Haishan Yang: and and also is in late February, when I change my device to Brian.

808
01:38:25.590 --> 01:38:33.879
Haishan Yang: And I okay, I talked to my research project. What am I? What year I plan to graduate? What? My research Institute in the end of this meeting.

809
01:38:34.800 --> 01:38:39.899
Haishan Yang: Brian closed the door because Brian's office is next to Professor groups then.

810
01:38:40.130 --> 01:38:51.279
Haishan Yang: and he said, Hey, Israel, come to talk to me, he said. You have trouble with female health economists, female health economists are very respected in a field.

811
01:38:51.310 --> 01:38:57.610
Haishan Yang: Oh, I said, Okay, okay. And in that time I only know to fail. Female economics.

812
01:38:57.770 --> 01:38:58.890
Haishan Yang: Wow!

813
01:38:59.080 --> 01:39:02.899
Haishan Yang: Hanna Mixture and the Cyanic Bay.

814
01:39:04.470 --> 01:39:06.357

Roxanne S Krietzman: Okay, let's keep going.

815
01:39:07.120 --> 01:39:18.910
Roxanne S Krietzman: I want to you to just briefly state about how your past interactions with Dr. Nick pay are relevant to our hearing today.

816
01:39:19.360 --> 01:39:25.972
Haishan Yang: Yes, I suspect it's not because she has international tribe, I suspect.

817
01:39:27.100 --> 01:39:31.850
Haishan Yang: because this kind of I have conflict interest that we so I

818
01:39:32.050 --> 01:39:40.775
Haishan Yang: she I accused. She accused me not working, wearing eye. And then program director, send me later to

819
01:39:41.490 --> 01:39:46.796
Haishan Yang: revoke my funding for 4 years, and then

820
01:39:48.700 --> 01:40:01.669
Haishan Yang: so we work my funding and complain to the office of of a conflict. Resolution and office communication connect the program director and Donna was replaced.

821
01:40:01.870 --> 01:40:07.233
Haishan Yang: Yeah. Took like 2 months later, and then the departments

822
01:40:08.590 --> 01:40:21.759
Haishan Yang: revoke all the data Donna sent to me and send me an apology later, and I send a contract with the University, I abandon all my rights to Shoe University. So it's kind of a it's a big news.

823
01:40:22.370 --> 01:40:44.109
Roxanne S Krietzman: I thank you for sharing that those files are included in the box for folks to review, and Brian's testimony will help bring relevance to this case as well. So I have 2 more

questions for you, Haishan. You're an international student. How would expulsion affect your visa status and your ability to remain in the Us.

824
01:40:45.100 --> 01:41:12.987
Haishan Yang: Always be devastating, because, I am in research project with university around United States, and I need to use my student accounts if I fired first.st My, probably I have a potential, but I think it would be devastating because I'm going to a conference, California. I don't know if I'm I will expire. I don't know, I don't know. My future is very terrible.

825
01:41:13.410 --> 01:41:14.200
Roxanne S Krietzman: Okay.

826
01:41:14.330 --> 01:41:17.990
Roxanne S Krietzman: actually, that was my last question for you at this moment.

827
01:41:18.295 --> 01:41:27.450
Roxanne S Krietzman: I want to call my next witness. But I would like just a couple of minutes of a break to alert him that it's time for his testimony. If that's okay.

828
01:41:27.670 --> 01:41:31.620
JaneAnne Murray: No, Roxanne, we're now going to have questioning of Hisha.

829
01:41:31.620 --> 01:41:34.170
Roxanne S Krietzman: Oh, sorry! That's my! That's my bad.

830
01:41:34.550 --> 01:41:44.319
JaneAnne Murray: Sharon and are. We are an hour in. Will we continue with questioning of Hi Sean before we take another break? Would that be people's preference

831
01:41:44.730 --> 01:41:48.240
JaneAnne Murray: sounds good. Great Sharon, it's over to you.

832
01:41:48.240 --> 01:41:49.540
Sharon Dzik: Okay, thank you.

833
01:41:50.511 --> 01:41:53.808
Sharon Dzik: Alright. So 1st of all, Hi, Sean,

834
01:41:54.730 --> 01:41:57.299
Sharon Dzik: you said that you ran out of time

835
01:41:57.440 --> 01:42:00.890
Sharon Dzik: to add citations to question number 4.

836
01:42:01.080 --> 01:42:01.430
Haishan Yang: Yes.

837
01:42:01.430 --> 01:42:05.299
Sharon Dzik: You also said that you finished the prelim exam early.

838
01:42:06.310 --> 01:42:07.039
Haishan Yang: Is there earlier.

839
01:42:07.040 --> 01:42:08.049
Sharon Dzik: You say you ran out of.

840
01:42:08.050 --> 01:42:29.262
Haishan Yang: Okay. So I can recall this. And that time that day August 5, th I was in Morocco, in Tangier, and I was in there because it's 4 pm. In the afternoon I was sitting there all day and until finishes. So it's not finished early, because the because the question

841
01:42:29.670 --> 01:42:41.583
Haishan Yang: 1 point B is because so the the 1st question, A is standard in my Master's degree. But

842
01:42:42.450 --> 01:42:56.539
Haishan Yang: the prior authorization, I try to search prior authorization. It's not in all I know. It's a research project by Professor Nepshot, and then I try to find the relevant literature in lecture.

843
01:42:56.540 --> 01:43:02.040
JaneAnne Murray: Hi, Shawn, I'm gonna cut you off. You need to answer the question. The question is, did you

844
01:43:02.070 --> 01:43:04.780
JaneAnne Murray: did? Yes, repeat your question, Shannon.

845
01:43:04.780 --> 01:43:08.830
Sharon Dzik: Whether did you finish the exam early or not? I mean, that's the question.

846
01:43:09.630 --> 01:43:19.230
Haishan Yang: The time I sent to Israel. Exactly 2 min after the deadline.

847
01:43:19.230 --> 01:43:30.629
Sharon Dzik: Okay, thank you. The next question is, why did the structure of your exam deviate from the examples of other older exams that you looked at.

848
01:43:31.240 --> 01:43:33.629
Haishan Yang: No, let me show you. Okay, let me show you. I can show you this.

849
01:43:35.360 --> 01:43:36.470
Haishan Yang: Okay.

850
01:43:37.250 --> 01:43:38.920
Sharon Dzik: Maybe you could just tell us.

851
01:43:39.240 --> 01:43:46.455
Haishan Yang: Yeah, so this is my previous. So this is a July ex email exchange. I was

852
01:43:49.720 --> 01:43:56.219
Haishan Yang: I sent to Caitlin. That's the format I use exactly the same. Let me show another. I sent to Peter.

853

01:43:57.650 --> 01:44:06.129
Sharon Dzik: So are you saying, Can you just like maybe not show us that? And just so, are you saying you did use the examples, or you didn't, because it deviated from the examples.

854
01:44:07.020 --> 01:44:08.240
Haishan Yang: Which example.

855
01:44:08.240 --> 01:44:13.500
Sharon Dzik: It says, did you deviate from the example from the older students? Exams that you looked at.

856
01:44:18.340 --> 01:44:22.479
Haishan Yang: They don't see. Send me the answer. They only send me the question, what example.

857
01:44:22.910 --> 01:44:24.200
Sharon Dzik: Okay, never mind.

858
01:44:24.200 --> 01:44:26.830
Haishan Yang: They don't send me an answer. They don't send me the answer. Key.

859
01:44:28.440 --> 01:44:29.235
Sharon Dzik: Okay,

860
01:44:30.070 --> 01:44:36.389
Sharon Dzik: Do you think that the doctoral level health economics is a common sense knowledge.

861
01:44:37.220 --> 01:44:44.704
Haishan Yang: In many, in many ways. It's it's especially many of the questions. I will explain that if you want I can explain more.

862
01:44:45.350 --> 01:44:46.399
Sharon Dzik: And that's okay.

863
01:44:46.750 --> 01:44:47.350
Haishan Yang: Yeah.

864
01:44:47.350 --> 01:44:50.390
Sharon Dzik: So you included a bunch of articles in the box.

865
01:44:50.520 --> 01:44:51.480
Sharon Dzik: Yeah.

866
01:44:51.690 --> 01:44:58.910
Sharon Dzik: Are you asserting that you use source material from these articles in your prelim, exam answers

867
01:44:59.050 --> 01:44:59.899
Sharon Dzik: yes or no.

868
01:44:59.900 --> 01:45:00.850
Haishan Yang: So yes or no.

869
01:45:00.850 --> 01:45:01.720
Sharon Dzik: Question.

870
01:45:03.810 --> 01:45:04.690
Haishan Yang: Yes.

871
01:45:04.950 --> 01:45:06.669
Haishan Yang: yes, yes,

872
01:45:07.530 --> 01:45:15.490
Sharon Dzik: Okay. So then, I'd like to focus on the 4 articles that you say in your table of contents are relevant to the phrases

873
01:45:15.590 --> 01:45:19.390

Sharon Dzik: that the health economics prelim graders flagged

874
01:45:19.480 --> 01:45:23.980
Sharon Dzik: for question. 4 of your prelim answers that were strikingly similar

875
01:45:24.040 --> 01:45:27.860
Sharon Dzik: to chat, gpt output. These are in exhibit K.

876
01:45:29.000 --> 01:45:30.610
Haishan Yang: Are you sharing your screen.

877
01:45:30.610 --> 01:45:35.089
Sharon Dzik: Let me finish at KL. As in Mcguire, exhibit L.

878
01:45:35.630 --> 01:45:36.260
Haishan Yang: Jerusal.

879
01:45:36.260 --> 01:45:39.890
Sharon Dzik: When Layton exhibit M. Or exhibit M.

880
01:45:40.030 --> 01:45:47.769
Sharon Dzik: And and did did you cite any of these papers in your answer for question? 4 of their prelim, exam.

881
01:45:48.240 --> 01:45:52.190
Haishan Yang: So. No, I said only one paper also from Google. So, but not not this.

882
01:45:53.470 --> 01:45:56.492
Sharon Dzik: Okay, so you didn't cite them. If you

883
01:45:57.310 --> 01:45:57.980
Sharon Dzik: if.

884

01:45:59.020 --> 01:46:01.880
Haishan Yang: Do you want a more explanation? Or no? If not, I didn't just.

885
01:46:01.880 --> 01:46:03.030
Sharon Dzik: No, that's okay.

886
01:46:03.320 --> 01:46:04.130
Haishan Yang: Evan.

887
01:46:06.360 --> 01:46:16.779
Sharon Dzik: Okay. So if you did use these articles as source materials for your prelim exams, why didn't you mention this in your 35 page response to Ezra's report

888
01:46:17.070 --> 01:46:20.969
Sharon Dzik: on behalf that was submitted on behalf of the 4 grading faculty.

889
01:46:22.320 --> 01:46:24.119
Sharon Dzik: At that point. You didn't mention it.

890
01:46:24.520 --> 01:46:42.569
Haishan Yang: Yeah, because that's already a lot of information. And I think, actually, when I write this first, st I saw this material so happy because that's so easy. Arguments. They made false accusation make typo there, and they don't need to say I can say a lot. I can write a 70 pages, I think 35 pages enough. Yeah.

891
01:46:43.280 --> 01:46:50.420
Sharon Dzik: Okay, here's an interesting question for you. If you think that Gpt detectors are valid or reliable.

892
01:46:50.570 --> 01:46:55.280
Sharon Dzik: why did you use evidence from a Gpt detector in your own defense

893
01:46:55.410 --> 01:47:00.290
Sharon Dzik: against the accusation of AI use from Professor Susan Mason.

894
01:47:02.070 --> 01:47:14.897
Haishan Yang: So this is so in the when I chat with her. So we had the video call. I didn't use this evidence. I told her so I can. Okay, let me show that this. Okay, let me show you this.

895
01:47:17.950 --> 01:47:20.500
Haishan Yang: Okay, let me share my screen one moment.

896
01:47:24.870 --> 01:47:27.698
Haishan Yang: So this is a homework one

897
01:47:28.310 --> 01:47:48.589
Haishan Yang: advanced epidemiology. So this one, this is the suspected. And I wrote this, make a suspection. And then that day you can ask the video from Susan Mason. What I say. So this one in L equal to 0 stream, despite no exchangeability. Blah blah equal to one blah blah. This is referred to

898
01:47:48.670 --> 01:47:54.830
Haishan Yang: to here, because they are not similar. And you're the one that's similar. That's why it's no extra capability.

899
01:47:54.830 --> 01:47:55.780
Sharon Dzik: Let me share.

900
01:47:56.180 --> 01:47:56.580
Haishan Yang: Yeah.

901
01:47:56.580 --> 01:47:57.540
Sharon Dzik: Hi Sean! That was good.

902
01:47:57.540 --> 01:47:59.490
Haishan Yang: It's my other way. Okay.

903
01:47:59.660 --> 01:48:01.340
Sharon Dzik: Let me share my screen.

904
01:48:02.110 --> 01:48:05.659
Sharon Dzik: Is this statement from Professor Susan Mason

905
01:48:06.259 --> 01:48:17.169
Sharon Dzik: also sent me an email with results of AI detectors saying that his answer was 100% human. I use several online AI detectors myself

906
01:48:17.180 --> 01:48:25.259
Sharon Dzik: and found that half of them indicated his answer was 100% human, that the other half of his answer was, 100 AI.

907
01:48:25.690 --> 01:48:26.110
Haishan Yang: Yes.

908
01:48:26.110 --> 01:48:31.659
Sharon Dzik: I concluded that these tools were not reliable for assessing the use of AI.

909
01:48:31.870 --> 01:48:34.753
Sharon Dzik: So so the question is,

910
01:48:40.330 --> 01:48:42.239
Sharon Dzik: okay. So why.

911
01:48:42.280 --> 01:48:48.630
Sharon Dzik: if you don't think that Gpa. Detectors are valid or liable. Why did you use it as evidence for Susan Mason?

912
01:48:49.580 --> 01:49:05.109
Haishan Yang: Yes, at that time, because I was applying a postdocal fellowship, and my my advisor point out, say, hey, Susan, send me a list, I said, Hey, no, no, I never cheat, and I try to show some evidence because I don't want, because the

913
01:49:05.570 --> 01:49:09.320

Haishan Yang: the recommendation deadline is approach. I don't want someone

914
01:49:10.129 --> 01:49:21.479
Haishan Yang: past the deadline or something. Yeah, I have an exchange email to say, this reason, too.

915
01:49:22.550 --> 01:49:27.499
Sharon Dzik: Okay, I have no further questions at this time.

916
01:49:28.130 --> 01:49:28.540
JaneAnne Murray: Thanks, Shane.

917
01:49:28.540 --> 01:49:29.070
Haishan Yang: Sure.

918
01:49:29.411 --> 01:49:32.139
JaneAnne Murray: Do our panelists have any questions for Haishan?

919
01:49:41.190 --> 01:49:42.440
JaneAnne Murray: Oh, sorry, Shauna.

920
01:49:43.350 --> 01:49:44.500
Shana Watters: Thank you.

921
01:49:44.810 --> 01:49:50.150
Shana Watters: Hi, Sean, you were saying that you didn't have necessarily time

922
01:49:50.190 --> 01:49:54.179
Shana Watters: to do the citations on that problem. 3.

923
01:49:54.400 --> 01:50:01.989
Shana Watters: But but given that you were paraphrasing someone. Wouldn't you have had that in front of you so you could kind of collate

924
01:50:02.180 --> 01:50:05.550
Shana Watters: your your ideas and whatnot?

925
01:50:08.170 --> 01:50:21.389
Shana Watters: No, I'm just. I'm just asking you. I want you to think about when go down to the the 3rd problem, the one that it looks like most people have issue with. So you cited one paper.

926
01:50:22.000 --> 01:50:27.540
Shana Watters: But you use other papers. You said while writing this and that you

927
01:50:27.590 --> 01:50:33.279
Shana Watters: and you didn't have enough time to finish the citations correct. Is that your.

928
01:50:33.280 --> 01:50:42.879
Haishan Yang: So the thing is this, I spent a lot of times when, like probably 3 or 4 h 1st question. And now, with some of this question. Many are

929
01:50:43.170 --> 01:50:46.990
Haishan Yang: common sense, as I explained, to pay a fixed money, so I

930
01:50:47.690 --> 01:50:49.060
Haishan Yang: so

931
01:50:49.100 --> 01:51:00.780
Haishan Yang: also I don't think might be necessary. So because I don't. As you can see, there's no some number, at least like empirical. Okay? If someone say, Oh, empirical evidence.

932
01:51:00.800 --> 01:51:11.549
Haishan Yang: But you cannot see this kind of wording. And all these risk adjustments, and the prevention of care is not only occurred in papers in week 6 is

933
01:51:12.130 --> 01:51:19.319
Haishan Yang: just really common sense, like we used in a daily, not only health. I think it's in social science. Yeah.

934
01:51:22.400 --> 01:51:23.219
Shana Watters: Thank you.

935
01:51:23.490 --> 01:51:27.560
Haishan Yang: Okay, please. Go ahead. Thanks. Next question.

936
01:51:32.160 --> 01:51:32.880
Haishan Yang: Oh.

937
01:51:35.350 --> 01:51:39.619
JaneAnne Murray: Does somebody else have their hand raised at another panelist? Sorry.

938
01:51:39.800 --> 01:51:43.170
JaneAnne Murray: Maybe we stop the screen sharing so we can see the whole screen.

939
01:51:43.820 --> 01:51:44.950
Haishan Yang: Yes, it is. Yeah.

940
01:51:44.950 --> 01:51:45.740
JaneAnne Murray: Any other

941
01:51:45.860 --> 01:51:47.280
JaneAnne Murray: questions from panelists.

942
01:51:53.390 --> 01:51:59.850
JaneAnne Murray: Not seeing any questions from panelists. I will go back to you, Roxanne. Do you have any? Follow up.

943
01:52:00.100 --> 01:52:01.229
Roxanne S Krietzman: No follow ups.

944
01:52:01.230 --> 01:52:03.000

JaneAnne Murray: Hi sean! No follow ups.

945
01:52:03.920 --> 01:52:06.640
Haishan Yang: Can I say something?

946
01:52:06.850 --> 01:52:07.620
JaneAnne Murray: Sure.

947
01:52:08.440 --> 01:52:19.929
Haishan Yang: Yeah. So let me so, okay, because sometimes the world is different. Let me show you this one key difference between my answer and Chatgbt. Answer, okay.

948
01:52:21.770 --> 01:52:25.889
JaneAnne Murray: Okay, just keep this quick, Haishan, because you do have an advocate.

949
01:52:26.560 --> 01:52:27.860
Haishan Yang: Yeah.

950
01:52:28.070 --> 01:52:31.159
Haishan Yang: So if you look at question, C,

951
01:52:33.230 --> 01:52:41.390
Haishan Yang: okay, apparently we are totally different, because 3 points are only 1 point a little bit much, but the conclusion is totally different. The question is

952
01:52:41.630 --> 01:52:54.629
Haishan Yang: the analyzed fund lower blah blah, do you agree with this conclusion? I do not use this conclusion. That's my conclusion. And look what charge we see. Oh, wow! It's plausible. And but we need more, some something explanation.

953
01:52:55.200 --> 01:52:56.860
Haishan Yang: Please read those

954
01:52:57.080 --> 01:53:02.989

Haishan Yang: questions. Read, then, make such a decision. It's really about my career. Read, read this. Okay. Thank you.

955
01:53:03.490 --> 01:53:04.320
JaneAnne Murray: Thank you.

956
01:53:06.010 --> 01:53:19.550
JaneAnne Murray: so we have no further follow up questions for Hi Sean. So at this point we can take a 10 min break, and then you can notify your other witness, Roxanne, and we'll proceed with your witness. How long do you think that witness is going to be.

957
01:53:21.020 --> 01:53:22.699
Roxanne S Krietzman: 30 min. Max.

958
01:53:23.000 --> 01:53:31.659
JaneAnne Murray: Okay, great. And then I think we can take a short break while you guys regroup with your closing remarks. But then we'll launch into closing remarks. Then, hopefully.

959
01:53:32.040 --> 01:53:32.950
JaneAnne Murray: okay, great.

960
01:53:32.950 --> 01:53:33.690
Ezra Golberstein: Thank you.

961
01:53:34.232 --> 01:53:41.868
Ezra Golberstein: Just letting everyone on the panel know. So I I think, as as was communicated, I have to leave for a family thing.

962
01:53:42.300 --> 01:53:44.550
Ezra Golberstein: and I'll have to, so I'll leave in about

963
01:53:44.720 --> 01:53:46.230
Ezra Golberstein: 15 min, and

964

01:53:46.420 --> 01:53:50.490
Ezra Golberstein: if it goes fast I will be getting back on as soon as I can, but

965
01:53:50.810 --> 01:53:52.460
Ezra Golberstein: I will do. I'll do the best I can.

966
01:53:54.021 --> 01:54:03.659
JaneAnne Murray: Sharon, are there any questions given that he's leaving in 15 min? Do you want to? We take? If you wanted to recall him. We could take him out of

967
01:54:04.010 --> 01:54:09.610
JaneAnne Murray: the normal line of business and have him answer any questions. Now, if you choose.

968
01:54:10.524 --> 01:54:30.039
Sharon Dzik: I think that if I'm not mistaken, and Hannah and Ezra, please tell me if I am, but I think Hannah will be able to listen and answer, be recalled and ask, you know, answer a lot of the questions. And then if if Ezra, if you could just maybe send me your phone number. And then, in the event that we needed to just recall you for a quick question.

969
01:54:30.490 --> 01:54:32.717
Sharon Dzik: I don't know if you can answer your phone, but

970
01:54:32.940 --> 01:54:33.510
Ezra Golberstein: Yeah,

971
01:54:34.150 --> 01:54:42.730
Ezra Golberstein: if if that's the scenario, I'll I'll email you my my phone number right now. And yeah, I'll do whatever I can. Okay.

972
01:54:42.730 --> 01:54:47.699
Roxanne S Krietzman: One follow up for Professor Goldberstein. If that's okay. At this moment

973
01:54:49.310 --> 01:54:50.640
Roxanne S Krietzman: I'm just one.

974
01:54:50.890 --> 01:54:56.649
Roxanne S Krietzman: I'm just wondering if he was able to pull his chat. Gbt

975
01:54:56.800 --> 01:54:58.260
Roxanne S Krietzman: version

976
01:54:58.750 --> 01:54:59.820
Roxanne S Krietzman: or not.

977
01:55:03.890 --> 01:55:07.299
Ezra Golberstein: Yeah. Can I share my screen? Do you want to see it?

978
01:55:08.235 --> 01:55:12.960
Roxanne S Krietzman: Is it possible to share it with Sharon and Sharon can upload it into the box.

979
01:55:13.510 --> 01:55:17.160
Ezra Golberstein: Yeah, I I guess so. As I was just quickly looking.

980
01:55:17.160 --> 01:55:18.349
Roxanne S Krietzman: For time's sake.

981
01:55:18.510 --> 01:55:20.179
Ezra Golberstein: Yeah, I will note that.

982
01:55:20.180 --> 01:55:22.989
Sharon Dzik: Can I just ask why this is relevant? Roxanne.

983
01:55:23.600 --> 01:55:38.099
Roxanne S Krietzman: I just want to see the full output that Ezra took screenshots from to compare with Haishan's answers. I just want to see the full thing, you know. We saw Professor Neeprash's version, but I'd I'd like to see Professor Gold Goldberg scenes as well.

984
01:55:38.100 --> 01:55:43.550
Sharon Dzik: I just wanna ask Ezra, didn't you say earlier that that is the one that you we've
already shared.

985
01:55:44.770 --> 01:55:52.339
Ezra Golberstein: Yeah, I mean, look, I will. I can take screenshots of it if the it sounds like this is
a concern that

986
01:55:52.660 --> 01:55:54.100
Ezra Golberstein: we altered

987
01:55:54.120 --> 01:56:00.059
Ezra Golberstein: chat gpt results. I will gladly take the screenshots of it and and send them to
Sharon. Okay.

988
01:56:00.060 --> 01:56:02.369
Sharon Dzik: Sure I will upload them then. Thank you.

989
01:56:02.640 --> 01:56:03.380
Roxanne S Krietzman: Thank you.

990
01:56:03.380 --> 01:56:03.920
Ezra Golberstein: Thanks.

991
01:56:03.920 --> 01:56:08.449
JaneAnne Murray: Chats were already shared. So are you saying they were just. They were just
selective shots.

992
01:56:08.450 --> 01:56:09.300
Ezra Golberstein: Yeah, I.

993
01:56:09.300 --> 01:56:09.730
Roxanne S Krietzman: Correct.

994
01:56:09.730 --> 01:56:35.410
Ezra Golberstein: Yes, they were the well. So the screenshots that I shared previously were ones that I realized I had to screenshot because I hadn't been logged in. There was no record of it then. I subsequently locked it, and that was from the practice prelim, for when I did the run of like basically mimicking what Hannah had done, because out of my own curiosity, what happens when I try it that I copy pasted? I will go in, and I will take the screenshot of it.

995
01:56:36.020 --> 01:56:38.840
JaneAnne Murray: Okay, thank you. Thank you.

996
01:56:39.290 --> 01:56:44.025
JaneAnne Murray: Okay, everybody. It's now 1, 46. So let's come back at

997
01:56:44.840 --> 01:56:47.130
JaneAnne Murray: 1 56. Okay.

998
01:56:47.150 --> 01:56:48.440
JaneAnne Murray: thank you so much.

999
01:57:03.300 --> 01:57:08.500
JaneAnne Murray: Okay, we're all here, Roxanne, do you want to call your next witness? Please.

1000
01:57:09.400 --> 01:57:22.109
Roxanne S Krietzman: Yes, our next witness is Dr. Brian Dowd. Believe he's logged into the zoom room, and he is Haishan's academic advisor. Brian, are you ready for your questions?

1001
01:57:25.515 --> 01:57:28.069
Bryan Dowd: Yes. Oh, thanks, Ross. Go ahead.

1002
01:57:29.240 --> 01:57:41.649
Bryan Dowd: Look before you start. I am having some limited bandwidth issues here at home, and I may have to cut off the video, but I I can still hear you on.

1003

01:57:42.580 --> 01:57:47.850
Roxanne S Krietzman: Okay, thanks for letting us know. Can you introduce yourself to the panel, please, Brian.

1004
01:57:48.416 --> 01:57:53.289
Bryan Dowd: Sure I'm a professor in the division of health policy and management.

1005
01:57:53.781 --> 01:58:02.820
Bryan Dowd: I've been at the University for well, I'm in my 45th year I came in August of 1980.

1006
01:58:03.508 --> 01:58:11.840
Bryan Dowd: I've been director of graduate studies for many years, and I was even Interim Division head for a year.

1007
01:58:12.060 --> 01:58:18.060
Bryan Dowd: I teach econometrics, and I teach I co-teach writing for research.

1008
01:58:20.710 --> 01:58:21.750
Bryan Dowd: anything else.

1009
01:58:22.580 --> 01:58:29.499
Roxanne S Krietzman: No, that's good, thank you. Can you tell us? How long have you known, Hi Sean? And how long has he been your advisee?

1010
01:58:31.880 --> 01:58:37.260
Bryan Dowd: I have known Harshan since the spring of 2023

1011
01:58:37.270 --> 01:58:41.399
Bryan Dowd: when he enrolled in the writing for research class.

1012
01:58:41.580 --> 01:58:47.160
Bryan Dowd: and I've been his advisor since March of 2023.

1013
01:58:48.460 --> 01:58:52.700

Roxanne S Krietzman: And can you describe Hi Sean as a student from your perspective.

1014
01:58:53.110 --> 01:58:58.129
Bryan Dowd: Well, from my perspective. He's an excellent student. He's the best read

1015
01:58:58.490 --> 01:59:01.640
Bryan Dowd: student that I've ever encountered.

1016
01:59:02.690 --> 01:59:18.879
Bryan Dowd: and one of his articles from his economics. Phd. Program has gotten a revise and resubmit from a top urban Economics journal. So, in my view, he's a very good student.

1017
01:59:20.010 --> 01:59:31.349
Roxanne S Krietzman: Moving on down. You attended Haishan's initial meeting with Professor Goldberstein with him from your perspective. How did that meeting go.

1018
01:59:31.720 --> 01:59:36.409
Bryan Dowd: Well, it's very short, as we're told how Sean about the charges.

1019
01:59:36.470 --> 01:59:41.229
Bryan Dowd: and there was really very little additional discussion at that point.

1020
01:59:41.540 --> 01:59:51.330
Roxanne S Krietzman: Okay? And then you also attended Haishan's initial conduct meeting with Sharon and Ocs. From your perspective. How perspective? How did that meeting go.

1021
01:59:51.330 --> 01:59:57.009
Bryan Dowd: Well again. It it was a very short meeting, not not a lot of discussion.

1022
01:59:58.090 --> 02:00:05.279
Roxanne S Krietzman: Okay. Did Haishan ever visit your office hours for assistance in preparing to take the prelim? Exam.

1023
02:00:05.750 --> 02:00:27.729

Bryan Dowd: Well, Hashan visited me a lot. I don't really have formal office hours, but would stop by my office. We would zoom, we would email. So I had lots of contact with Hashan and we discussed

1024
02:00:27.730 --> 02:00:42.420
Bryan Dowd: everything. We discussed topics like risk adjustment. We also discussed minimum wage laws, so racial discrimination, modern monetary theory, the chevron doctrine

1025
02:00:42.550 --> 02:00:52.559
Bryan Dowd: it would be shocking to me if some of the things we discussed were not relevant to the Econ prelim. Exam.

1026
02:00:53.510 --> 02:00:59.750
Roxanne S Krietzman: Thank you. Have you ever been on an examining committee for grading prelim exams.

1027
02:00:59.750 --> 02:01:06.299
Bryan Dowd: I actually chair the methods, prelim examining committee in our division

1028
02:01:06.620 --> 02:01:07.540
Bryan Dowd: have.

1029
02:01:07.650 --> 02:01:11.279
Bryan Dowd: I guess, ever since there was a method

1030
02:01:11.430 --> 02:01:13.189
Bryan Dowd: pre limit. So.

1031
02:01:14.894 --> 02:01:24.730
Roxanne S Krietzman: If a student provides a response on their preliminary methods. Exam, that you never taught, or you weren't aware of being taught, how would you handle it?

1032
02:01:26.050 --> 02:01:29.900
Bryan Dowd: Well, yeah, that that's an interesting question.

1033
02:01:30.970 --> 02:01:38.270
Bryan Dowd: we run a multidisciplinary program. So our students are required to take

1034
02:01:38.420 --> 02:01:44.110
Bryan Dowd: coursework in a wide variety of from disciplinary perspectives.

1035
02:01:44.802 --> 02:01:54.860
Bryan Dowd: They also come to us usually with a master's degree that could be anything from history to sociology to economics.

1036
02:01:54.870 --> 02:02:00.399
Bryan Dowd: So I would actually hope that they would bring that

1037
02:02:00.430 --> 02:02:08.570
Bryan Dowd: kind of multidisciplinary information to the answers to questions on any of our exams.

1038
02:02:11.050 --> 02:02:18.930
Roxanne S Krietzman: In your opinion. Why do you believe that Haishan did not use AI in the preparation of his responses for his prelim? Exam.

1039
02:02:19.140 --> 02:02:22.630
Bryan Dowd: Well, 1st and foremost, because he said he didn't.

1040
02:02:22.770 --> 02:02:28.920
Bryan Dowd: and I don't have any baseline data on which to base an assumption that he'd be lying

1041
02:02:29.445 --> 02:02:39.470
Bryan Dowd: and also with his prior Phd. In economics. I didn't think he really needed to use Chat Gpt to answer these questions.

1042
02:02:41.350 --> 02:02:51.590

Roxanne S Krietzman: In your expertise. Can you explain why you believe that Chatgpt may produce some similar responses and terms to what Haishan included in his prelim exam.

1043
02:02:51.920 --> 02:03:00.399
Bryan Dowd: Well, I'll do my best, but I wanted to qualify my answer by saying, I really know almost nothing about Chat Gpt.

1044
02:03:00.510 --> 02:03:14.569
Bryan Dowd: I've never asked it a question in part because I wouldn't know how, and never really used it for anything. However, I have taught econometrics for the last 40

1045
02:03:15.100 --> 02:03:23.230
Bryan Dowd: years or so, and and so I understand measurement, error, and, I understand, omitted variable bias

1046
02:03:23.340 --> 02:03:30.660
Bryan Dowd: and my problems. And again, you have to take into account my somewhat naive perspective here

1047
02:03:30.710 --> 02:03:34.059
Bryan Dowd: is that if you have a data source

1048
02:03:34.160 --> 02:03:42.170
Bryan Dowd: and you ask it the same question twice, and you don't get the same answer back. That's a form of measurement, error.

1049
02:03:42.380 --> 02:03:47.470
Bryan Dowd: And, secondly, if you have an omitted variable, like

1050
02:03:47.490 --> 02:03:49.650
Bryan Dowd: legitimate source

1051
02:03:49.680 --> 02:03:51.050
Bryan Dowd: material.

1052
02:03:51.620 --> 02:04:03.990
Bryan Dowd: and both chat, Gpt and the student are drawing on that material. And you don't take into account the fact that there's this omitted legitimate source of

1053
02:04:04.130 --> 02:04:18.269
Bryan Dowd: data that's available. You're gonna overestimate the relationship between Chat Gpt and the students answer. So I just don't see any way to overcome those problems.

1054
02:04:18.380 --> 02:04:22.869
Bryan Dowd: And that's why, in my econometrics course.

1055
02:04:23.000 --> 02:04:29.320
Bryan Dowd: I tell the students they can use anything they want except another human being.

1056
02:04:29.610 --> 02:04:34.970
Bryan Dowd: and I tell them to that we are serious about plagiarism.

1057
02:04:35.160 --> 02:04:43.980
Bryan Dowd: But I'll add one more thing. I became interested in the issue of plagiarism in Chat Gpt.

1058
02:04:44.000 --> 02:04:46.559
Bryan Dowd: And I, I found an article

1059
02:04:46.570 --> 02:04:54.729
Bryan Dowd: that was written by Tim Mcadoo, who's a member of the American Psychological Association style.

1060
02:04:56.060 --> 02:05:10.009
Bryan Dowd: and he wrote an article explaining why it was so difficult to cite, chat, gpt. And the basic reason was you ask it the same question twice. You don't get the same answer back.

1061
02:05:10.410 --> 02:05:25.560

Bryan Dowd: And so it occurred to me at that point that I'm learning about Chat Gpt, that the same thing that makes it hard to cite chat. Gpt is the same thing that makes it difficult to know

1062
02:05:25.610 --> 02:05:31.269
Bryan Dowd: any link between what's in Chat Gpt and what's in a student's response.

1063
02:05:34.060 --> 02:05:35.170
Roxanne S Krietzman: Thanks, Brian.

1064
02:05:35.611 --> 02:05:37.660
Roxanne S Krietzman: My next question for you is

1065
02:05:37.730 --> 02:05:49.699
Roxanne S Krietzman: in the original charge. Letter from Ocs. Haishan's use of the acronym Pco. Has been in question as an acronym that is not widely used in the field.

1066
02:05:49.740 --> 02:05:55.380
Roxanne S Krietzman: Can you explain why Haishan might have shortened primary care organizations into Pco.

1067
02:05:56.060 --> 02:06:16.470
Bryan Dowd: Well, my understanding is, the term was used in the question itself, and so that would be a reason to use the acronym rather than writing it out. Every time I run into the same thing. I write a lot about primary care practices, and so I'll use Pcc.

1068
02:06:16.640 --> 02:06:20.409
Bryan Dowd: Now when I send these articles off to journals.
WEBVTT

1
00:00:00.050 --> 00:00:17.820
Bryan Dowd: The editors and reviewers will say, we're fine with that. Just explain what Pcc means. Sometimes they ask me to write out primary care practice. I'm okay, either way. I mean, it doesn't matter to me. But you just get different

2
00:00:18.660 --> 00:00:22.259

Bryan Dowd: attitudes by editors and reviewers.

3
00:00:23.710 --> 00:00:33.400
JaneAnne Murray: Brian, I appreciate your testimony here today, but I'm not actually seeing a lot of the relevance of this Roxanne. I really want to stick to the facts. We don't need

4
00:00:33.580 --> 00:00:41.200
JaneAnne Murray: Dr. Dowd's opinions here. You're the advocate. You can make the arguments. I don't want 2 sets of arguments being made.

5
00:00:42.100 --> 00:00:44.640
Roxanne S Krietzman: Okay, I can do my best. Thank you.

6
00:00:45.230 --> 00:01:14.829
Roxanne S Krietzman: Let's move on, Brian. And I want to say this is a relevant question, because Brian is part of the health and economics area of emphasis. And it's something I asked both Professor Goldberstein and Professor Niprash, which is to comment on the 4 terms in question in Haishan's exam. So I want to confirm with you, Dr. Dowd, that these are common

7
00:01:14.980 --> 00:01:19.760
Roxanne S Krietzman: terms in the field. So let's start with insufficient risk adjustment.

8
00:01:20.680 --> 00:01:26.340
Bryan Dowd: Well can quick save us some time. Here. I'll just go through all of them.

9
00:01:26.340 --> 00:01:27.050
Roxanne S Krietzman: Okay.

10
00:01:27.050 --> 00:01:29.859
Bryan Dowd: Cream scanning insufficient risk adjustment

11
00:01:30.170 --> 00:01:32.999
Bryan Dowd: incentives for cost minimization

12

00:01:33.180 --> 00:01:42.360
Bryan Dowd: and the Rand health insurance experiment would all be very common terms that any health economist would use

13
00:01:42.480 --> 00:01:51.889
Bryan Dowd: many of them. If you've read anything at all about capitated payments for healthcare providers, they would be very common terms.

14
00:01:53.450 --> 00:02:12.860
Roxanne S Krietzman: Okay, thank you for commenting on that. There's a letter from you in support of Haishan from an incident last year where we included it in our box files for this hearing. Can you explain how your support and your letter are relevant to the hearing at hand today?

15
00:02:15.090 --> 00:02:22.599
Bryan Dowd: Well, now, let me be clear. What what you're asking me to do. Can you just say that one more time.

16
00:02:23.280 --> 00:02:40.230
Roxanne S Krietzman: Sure. Sure there's a file listed in our box folder that has a letter from you from last September, giving your support to Haishan in a previous incident. Can you explain why this incident is relevant to our hearing today?

17
00:02:40.860 --> 00:02:46.090
Bryan Dowd: Well, it's relevant because some of the same people are involved in both incidents.

18
00:02:47.460 --> 00:02:49.549
Roxanne S Krietzman: Okay. Can you say who those people are?

19
00:02:50.716 --> 00:03:07.699
Bryan Dowd: Well, Ezra Hannah Saye, I think, would be one those would be the main people. Although the previous incident also involved the director of graduate studies at that time.

20
00:03:08.251 --> 00:03:13.989
Bryan Dowd: Donna Mcalpine, who, I believe, later resigned and was replaced by Karen Koontz.

21
00:03:15.220 --> 00:03:15.850
Roxanne S Krietzman: Okay?

22
00:03:17.000 --> 00:03:27.460
Roxanne S Krietzman: And finally, this is my last question for you. What additional information
do you hope the hearing panel will consider while deliberating on this case today?

23
00:03:28.160 --> 00:03:31.459
Bryan Dowd: Well, what

24
00:03:31.770 --> 00:03:34.030
Bryan Dowd: strikes me as odd

25
00:03:34.270 --> 00:03:35.840
Bryan Dowd: about this whole

26
00:03:35.960 --> 00:03:37.540
Bryan Dowd: situation

27
00:03:37.790 --> 00:03:40.000
Bryan Dowd: is that if

28
00:03:40.040 --> 00:03:42.190
Bryan Dowd: you find

29
00:03:42.200 --> 00:03:52.060
Bryan Dowd: that it is more likely than not, I believe that's the phrase you use that Hashan use
chat Gpt.

30
00:03:52.190 --> 00:03:55.789
Bryan Dowd: and you accept the panel's recommendation.

31

00:03:55.970 --> 00:04:05.279
Bryan Dowd: Then we're essentially throwing Hashan out of the University of Minnesota, which, given his immigration status

32
00:04:05.290 --> 00:04:08.990
Bryan Dowd: means you're throwing them out of the country now

33
00:04:09.260 --> 00:04:13.670
Bryan Dowd: I that strikes me as an odd punishment

34
00:04:13.760 --> 00:04:17.669
Bryan Dowd: for something that is as difficult to establish

35
00:04:17.860 --> 00:04:31.030
Bryan Dowd: as a correspondence between Chat Gpt. And a student's answer. So I would just ask the panel to consider what you are doing to this person, if, in fact.

36
00:04:31.050 --> 00:04:34.899
Bryan Dowd: he is telling the truth, as I think he is.

37
00:04:36.380 --> 00:04:40.179
Roxanne S Krietzman: Thank you, Brian. That's no further questions from me.

38
00:04:40.860 --> 00:04:43.229
JaneAnne Murray: Erin, do you have any questions for Brian.

39
00:04:44.070 --> 00:04:47.906
Sharon Dzik: Yes, I do thank you, Dr. Dow, for being here.

40
00:04:48.510 --> 00:04:54.550
Sharon Dzik: Professor Dow, do you think it's possible for a well-educated person to plagiarize.

41
00:04:54.890 --> 00:04:55.990
Bryan Dowd: Of course.

42
00:04:56.570 --> 00:04:58.119
Sharon Dzik: Okay, do you think?

43
00:04:59.010 --> 00:05:05.980
Sharon Dzik: The fair? The 4 faculty who very carefully assessed this prelim? Exam.

44
00:05:06.030 --> 00:05:08.720
Sharon Dzik: They went over it, they reviewed it, they

45
00:05:08.940 --> 00:05:13.469
Sharon Dzik: deliberated over it, they agonized over it. Do you think they made a mistake

46
00:05:13.670 --> 00:05:15.130
Sharon Dzik: in their assessment?

47
00:05:16.412 --> 00:05:18.770
Bryan Dowd: There's 2 parts to that question.

48
00:05:19.030 --> 00:05:38.230
Bryan Dowd: One is, one requires me to be an expert on comparing Chat Gpt to other documents, and I've already said I'm not an expert on Chat Gpt. The other part would require me to comment on the substance of Hashan's answers.

49
00:05:38.230 --> 00:05:54.260
Bryan Dowd: and I will not do that because I do not. I'm not a grader on the prelim exam. It's not my job, and I don't even think it's relevant here because the question isn't whether he passed. The question is whether he used chat, gpt.

50
00:05:56.280 --> 00:06:02.060
Sharon Dzik: Okay, you said. There's a letter that's not dated in the

51
00:06:02.120 --> 00:06:06.180
Sharon Dzik: the box file from Haishan side.

52
00:06:06.570 --> 00:06:11.570
Sharon Dzik: It's and it looks it is from you, but it starts off with a sentence that says.

53
00:06:11.670 --> 00:06:16.350
Sharon Dzik: I am writing regarding Dr. Haishan Yang. Do you know what date you wrote this.

54
00:06:16.970 --> 00:06:23.910
Bryan Dowd: I was asked that question. I think, by you, and I responded, and I believe I said

55
00:06:24.632 --> 00:06:30.129
Bryan Dowd: sometime in September this year. I'm sorry. I don't remember the exact date.

56
00:06:30.130 --> 00:06:31.020
Sharon Dzik: Okay, and.

57
00:06:31.020 --> 00:06:34.310
Bryan Dowd: I'm sorry of 2023, my!

58
00:06:34.310 --> 00:06:35.592
Sharon Dzik: Okay, that's fine.

59
00:06:36.350 --> 00:06:46.240
Sharon Dzik: you listed some of the people you thought were involved in that. And you listed Hannah. But I had already shown Hannah this document before.

60
00:06:46.250 --> 00:06:54.569
Sharon Dzik: and she has. No, she was not involved in this at all. So I'm curious to know where you got your idea of the people that were involved.

61
00:06:55.080 --> 00:06:56.493
Bryan Dowd: Well, odd.

62

00:06:57.570 --> 00:07:06.830
Bryan Dowd: generally, from conversations with Ezra and other people. The director of graduate studies. Just

63
00:07:06.910 --> 00:07:09.670
Bryan Dowd: conversation about that episode.

64
00:07:09.800 --> 00:07:11.190
Sharon Dzik: And do you think that this

65
00:07:11.210 --> 00:07:23.729
Sharon Dzik: this situation, or whatever it was that happened back then, is relevant to this current issue of whether or not Hi Sean use chat, Gpt, or AI. And if so, why is it relevant.

66
00:07:24.080 --> 00:07:27.200
Bryan Dowd: Only because some of the same people are involved.

67
00:07:27.560 --> 00:07:33.610
Sharon Dzik: Do you think that they are not able to be professional in their assessment, and evaluating a prelim? Exam.

68
00:07:33.610 --> 00:07:36.220
Bryan Dowd: I have some concerns about that.

69
00:07:36.760 --> 00:07:37.620
Sharon Dzik: Why?

70
00:07:38.000 --> 00:07:40.429
Bryan Dowd: The cause of the past incident.

71
00:07:40.460 --> 00:07:43.959
Bryan Dowd: which I thought was poorly handled.

72
00:07:45.480 --> 00:07:48.639

Sharon Dzik: You think that this incident was poorly handled, or the previous one.

73
00:07:48.640 --> 00:07:50.080
Bryan Dowd: The previous one.

74
00:07:50.470 --> 00:08:04.299
Bryan Dowd: Haishan was never. He was accused of saying something that someone found offensive. He was never told what he said, to whom he said it, or why they found it offensive.

75
00:08:04.510 --> 00:08:11.299
Bryan Dowd: and they were prepared to encourage him to leave the program by cutting off his funding.

76
00:08:12.430 --> 00:08:29.869
Sharon Dzik: Okay, we don't know anything about that in this hearing, and I don't see Ezra or Hannah's name in this letter. I do see. The what was the person's name that couldn't. That didn't grade Nick pay. Nick pay is is mentioned, and the Dr. Mcalpine is mentioned.

77
00:08:30.020 --> 00:08:39.709
Sharon Dzik: but neither of the 2 or any of the 4 grading faculty are are mentioned. So I was just curious how you came up with that. But that's not really a question.

78
00:08:40.128 --> 00:08:43.232
Sharon Dzik: And how are you? An expert on international

79
00:08:44.330 --> 00:08:47.059
Sharon Dzik: Let's see requirements to stay in the country.

80
00:08:47.220 --> 00:08:47.930
Bryan Dowd: No.

81
00:08:48.530 --> 00:08:53.849
Sharon Dzik: So you wouldn't know for sure whether that's a true statement that he would automatically be

82
00:08:54.110 --> 00:08:57.440
Sharon Dzik: that he would have to leave the country correct.

83
00:08:57.700 --> 00:09:09.690
Bryan Dowd: Well expert has a variety of meanings. Do I know in great detail a lot about immigration law? No, but I have it from

84
00:09:09.720 --> 00:09:12.510
Bryan Dowd: Hashan that if he

85
00:09:12.590 --> 00:09:15.780
Bryan Dowd: is expelled from the University.

86
00:09:15.930 --> 00:09:19.839
Bryan Dowd: and I also asked Sarah Trachet this question.

87
00:09:19.880 --> 00:09:24.400
Bryan Dowd: that he would have a limited number of days

88
00:09:24.790 --> 00:09:33.310
Bryan Dowd: which to make arrangements to stay in the country. So, in my view, it's virtually the same thing.

89
00:09:33.490 --> 00:09:40.429
Sharon Dzik: Did she give you any indication of how many days would be available to get a work permit to stay in the country.

90
00:09:40.430 --> 00:09:51.830
Bryan Dowd: Not enough for me to have an accurate re answer to your question, but it was. It was a short number of days.

91
00:09:52.790 --> 00:09:54.699
Sharon Dzik: Oh, she did give you a number.

92
00:09:54.700 --> 00:10:00.240
Bryan Dowd: No, I if she did, I I don't remember it well enough to report it.

93
00:10:00.440 --> 00:10:02.839
Sharon Dzik: Okay, thank you. I have no further questions.

94
00:10:03.860 --> 00:10:06.220
JaneAnne Murray: Panelists have any questions for Dr. Dowd.

95
00:10:12.020 --> 00:10:12.670
JaneAnne Murray: Natalie.

96
00:10:12.670 --> 00:10:18.400
Natalie V Covington: I just wanted to clarify Dr. Dowd. So you haven't read the prelim responses.

97
00:10:19.488 --> 00:10:29.060
Bryan Dowd: No, I'm not. I'm not a grader of the exam, and I don't want to comment on whether the responses were appropriate or not.

98
00:10:29.960 --> 00:10:30.670
Natalie V Covington: Okay.

99
00:10:31.490 --> 00:10:33.479
Natalie V Covington: I, yep. Okay.

100
00:10:33.820 --> 00:10:36.560
Bryan Dowd: It's not the question in this hearing.

101
00:10:37.360 --> 00:10:42.029
Natalie V Covington: Well, I guess the the question for me is not about the content, but it is about the

102

00:10:42.270 --> 00:10:42.995
Natalie V Covington: the

103
00:10:44.000 --> 00:10:49.929
Natalie V Covington: the voice of the essays. So you know the the content.

104
00:10:50.280 --> 00:10:59.779
Natalie V Covington: I take your point, or I I don't know, but just wondering if you'd read them. And if you based on your longer experience with Haishan. If you

105
00:11:01.330 --> 00:11:05.759
Natalie V Covington: have an assessment of the the voice relative to his work with you.

106
00:11:05.960 --> 00:11:13.800
Bryan Dowd: Well, I don't. But I could tell you that if you were to take an answer of, or text of any kind.

107
00:11:13.910 --> 00:11:24.919
Bryan Dowd: and you were to run it through the new word version of grammar correction, it would come out better than I would write it myself the 1st time around.

108
00:11:28.990 --> 00:11:29.670
JaneAnne Murray: Done.

109
00:11:32.400 --> 00:11:39.369
███████: Dr. Doug. Thanks for being here. I'm curious in your experience. Grading preliminary exams.

110
00:11:39.710 --> 00:11:49.329
███████: How often, and I know it's dependent on questions. How often is a single source cited in references for a specific

111
00:11:49.360 --> 00:11:50.700
███████: question? Answer.

112
00:11:51.060 --> 00:11:58.209
Bryan Dowd: I'm sorry. Do you mean just just one source instead of multiple sources?

113
00:11:59.370 --> 00:12:02.809
███████: Correct? Yeah, how how often for

114
00:12:03.193 --> 00:12:07.720
███████: when students provide references, how often is there a single reference in your experience.

115
00:12:07.720 --> 00:12:10.580
Bryan Dowd: So I think that happens fairly often.

116
00:12:11.370 --> 00:12:14.809
Bryan Dowd: I do it myself in my own riding.

117
00:12:15.630 --> 00:12:17.170
Bryan Dowd: Okay, well, thank you.

118
00:12:19.020 --> 00:12:28.369
███████: That that was just one thing that had come up, that it. It was a a few pages of a response to one of the questions. There was just a single source. So thank you.

119
00:12:28.370 --> 00:12:35.220
Bryan Dowd: I think the more controversial the point, the better it is to have citations on both sides and

120
00:12:35.270 --> 00:12:37.340
Bryan Dowd: and multiple citations.

121
00:12:39.030 --> 00:12:39.770
███████: Thank you.

122

00:12:40.490 --> 00:12:41.340
JaneAnne Murray: Maddie.

123
00:12:44.310 --> 00:12:59.920
Mattie Hawley: Hi! Thank you very much, Dr. Dowd, for being here. My question may be appropriate for you. If it's not Jane Ann, please let me know. It may be more appropriate for Hannah or Ezra, but my question really is

124
00:13:01.500 --> 00:13:04.799
Mattie Hawley: The. There was an indication that

125
00:13:04.940 --> 00:13:06.220
Mattie Hawley: the

126
00:13:06.620 --> 00:13:07.860
Mattie Hawley: the rest.

127
00:13:08.010 --> 00:13:09.370
Mattie Hawley: the pieces that

128
00:13:09.690 --> 00:13:13.139
Mattie Hawley: the pieces of the preliminary exam that they

129
00:13:13.530 --> 00:13:16.129
Mattie Hawley: say that Hashan wrote.

130
00:13:16.190 --> 00:13:20.229
Mattie Hawley: we're not sufficient for a passing grade.

131
00:13:21.550 --> 00:13:25.470
Mattie Hawley: What is what is the path forward? Normally, if a student

132
00:13:26.117 --> 00:13:29.950
Mattie Hawley: doesn't do well on their preliminary exams.

133
00:13:30.458 --> 00:13:32.549
Mattie Hawley: Without the case of cheating.

134
00:13:32.550 --> 00:13:37.600
Bryan Dowd: Yes, okay, thank you. I believe they are given one more chance

135
00:13:37.790 --> 00:13:42.119
Bryan Dowd: to pass the exam before they failed.

136
00:13:44.690 --> 00:13:45.530
Mattie Hawley: Thank you.

137
00:13:45.810 --> 00:13:46.410
Bryan Dowd: Hmm.

138
00:13:48.150 --> 00:13:49.970
JaneAnne Murray: Any other questions from panelists.

139
00:13:51.040 --> 00:13:55.669
Weihua Guan: Yeah, I just have a follow up question. So so if the student gave I mean

140
00:13:56.100 --> 00:14:02.189
Weihua Guan: so how often the I mean the the committee. The exam committee membership change.

141
00:14:02.440 --> 00:14:05.910
Weihua Guan: I mean. Say, if Haisha is going to take this next year.

142
00:14:05.950 --> 00:14:09.619
Weihua Guan: I mean, we'll be the same 4 faculties greeting his

143
00:14:10.290 --> 00:14:12.919

Weihua Guan: exam, or it will be a different

144
00:14:13.160 --> 00:14:14.560
Weihua Guan: set of faculty.

145
00:14:14.760 --> 00:14:30.570
Bryan Dowd: Yeah, that's interesting question. And I'm sorry I don't know the answer, even though I'm listed as a member of the Econ faculty. I've never been consulted on coursework exams or any other aspect. So

146
00:14:31.390 --> 00:14:40.560
Bryan Dowd: I don't know what. I don't know what you would call a member like that, but that's been my role, and I don't know whether the

147
00:14:40.750 --> 00:14:47.699
Bryan Dowd: faculty who do get involved in the exam change each year. I I'm sorry I just don't know the answer.

148
00:14:47.700 --> 00:14:49.220
Weihua Guan: Okay, yeah, thank you.

149
00:14:54.000 --> 00:14:56.790
JaneAnne Murray: Roxanne, do you have any? Follow up questions.

150
00:14:57.080 --> 00:14:58.399
Roxanne S Krietzman: No follow ups.

151
00:14:59.460 --> 00:15:00.779
JaneAnne Murray: Thank you, Sharon.

152
00:15:02.300 --> 00:15:03.110
JaneAnne Murray: No

153
00:15:03.230 --> 00:15:04.750

JaneAnne Murray: panelists. One last chance.

154
00:15:04.750 --> 00:15:06.969
Sharon Dzik: I have no further questions. Thank you.

155
00:15:07.280 --> 00:15:11.169
JaneAnne Murray: Okay, thank you all. Thank you so much, Dr. Dowd, for coming here today.

156
00:15:11.390 --> 00:15:13.294
Bryan Dowd: Okay. I'll sign out.

157
00:15:14.110 --> 00:15:14.720
JaneAnne Murray: Yes.

158
00:15:15.160 --> 00:15:27.299
JaneAnne Murray: thank you. Roxanne. Do you want to say anything else in terms of what's in the box and bring people's attention to it? Or are you ready to close your presentation.

159
00:15:27.800 --> 00:15:29.249
Roxanne S Krietzman: I'm ready to close.

160
00:15:29.250 --> 00:15:31.550
JaneAnne Murray: Statements. You're ready to close. Okay.

161
00:15:32.126 --> 00:15:39.089
JaneAnne Murray: do you guys Sharon and Roxanne, do you want to take 5 min to to regroup? Are you ready to go.

162
00:15:39.090 --> 00:15:41.430
Sharon Dzik: No, I'm ready to recall people.

163
00:15:41.570 --> 00:15:43.309
JaneAnne Murray: Oh, you want to recall. I meant to ask you that.

164
00:15:43.310 --> 00:15:48.189
Sharon Dzik: And also I wanna make sure that the panelists may or may not want to recall anyone.

165
00:15:48.190 --> 00:15:55.799
JaneAnne Murray: Sure no, no, absolutely so you why don't we proceed with that, Sharon? Do you want to call Hannah?

166
00:15:56.030 --> 00:15:59.959
Sharon Dzik: Yup. But can we see if anyone else wants to recall, too

167
00:16:00.190 --> 00:16:04.400
Sharon Dzik: anybody? I mean, cause I need to know if I should contact Caitlin, or Peter

168
00:16:06.020 --> 00:16:08.099
Sharon Dzik: or Edra to go.

169
00:16:08.100 --> 00:16:12.670
JaneAnne Murray: Few individuals that have presented their testimony in writing in the box

170
00:16:12.920 --> 00:16:27.290
JaneAnne Murray: panelists. So do you have any desire to recall them? I mean, I know they haven't already testified, but they've testified in writing. Do you want to? Any of you want to recall them because they apparently are available? If you want to call them to ask questions.

171
00:16:29.910 --> 00:16:35.940
JaneAnne Murray: I'm not seeing it, Sharon, and I'm assuming nobody wants to recall Ezra.

172
00:16:37.110 --> 00:16:50.960
JaneAnne Murray: I mean, it's obviously going to be difficult, given his circumstances right now. Okay, so, Sharon, you can proceed. And then, Roxanne, obviously you're free to ask questions, and the panelists will also be free to ask Hannah any questions.

173
00:16:52.210 --> 00:16:54.160

Sharon Dzik: Okay, thank you.

174
00:16:54.180 --> 00:16:58.319
Sharon Dzik: Okay, Hannah. Are you ready to answer questions, Hannah? Okay.

175
00:16:58.760 --> 00:17:06.950
Sharon Dzik: Hannah, could you please comment on the relevance of the papers. Haishan says he used as a source for question 4.

176
00:17:08.250 --> 00:17:17.779
Hannah T Neprash: Absolutely, and I'll try to keep this quick. I want to comment on the relevance of the papers he brought up, and also the relevance of the slides from from my class.

177
00:17:18.010 --> 00:17:22.052
Hannah T Neprash: One thing we agree on that is worth mentioning is that

178
00:17:22.609 --> 00:17:50.739
Hannah T Neprash: this exam touches on some topics that are common in health economics, and it would be weird to see it not touch on that. What I haven't heard any explanation of is why the structure, the phrasing and the sequencing of answers bear such similarity in so many places to chat gpt. So I want to go very quickly again without getting technical into why I don't find the references that are supplied compelling.

179
00:17:50.850 --> 00:18:08.560
Hannah T Neprash: The 1st that came up is the hackman at all paper. It was mentioned to support lawsuits as a legal challenge that mandates face when we're talking about mandated health insurance. It's very true. It's mentioned in the 1st paragraph of that paper, and never again, throughout the entire paper. It is not what that paper is about at all.

180
00:18:08.560 --> 00:18:28.130
Hannah T Neprash: My 6,832, my health, Econ master's class slides came up in 2 ways. The 1st was to support equity concerns also as a challenge to mandating health insurance. In that case the actual context for that slide was a paper where we're talking about the value of intensive care for low birth weight babies.

181
00:18:28.130 --> 00:18:38.599

Hannah T Neprash: And there are some differences in the results that that raise equity implications. It has nothing to do with a mandate for health insurance, and it's very strange to see somebody cite it for that context

182
00:18:38.600 --> 00:18:58.299
Hannah T Neprash: regarding quality of care measures. You saw a slide that said process structure and outcomes, and that was used to support patient satisfaction measures. But unfortunately, when we talk about outcome measures in healthcare. We're talking about health status. So those are typically mortality or readmission to the hospital.

183
00:18:58.300 --> 00:19:01.687
Sharon Dzik: Could you slow down? Could you slow down just a little bit.

184
00:19:01.970 --> 00:19:06.939
Hannah T Neprash: Yeah, I'm sorry. I'm just trying to respect time. Do I need to back up.

185
00:19:06.940 --> 00:19:09.490
Sharon Dzik: Can you just say the word about the baby again?

186
00:19:10.690 --> 00:19:39.980
Hannah T Neprash: Yeah. So there was a slide that had the word inequities on it from my class. The context for that slide is important. We were reading an economics paper about the value of intensive treatment for low birth, weight babies, and the value varied, depending on the socioeconomic status of the babies, and that has nothing to do with the mandates for health insurance coverage, which is how it was ostensibly cited.

187
00:19:43.770 --> 00:19:58.920
Hannah T Neprash: The Rand health insurance experiment came up, and that's a great example of something that's really common in health economics. What was not explained was why the description of that example was essentially identical to what Chatgpt put out.

188
00:20:00.960 --> 00:20:13.260
Hannah T Neprash: There's a Chandra at all paper that was mentioned. This paper was used to support the mention of patient care, patient satisfaction surveys.

189
00:20:13.730 --> 00:20:27.650

Hannah T Neprash: However, this is a paper about whether high quality hospitals have more market share or not. This is not a paper about the incentive structure of payment systems for physician groups.

190
00:20:28.883 --> 00:20:33.720
Hannah T Neprash: There's only one more, and then I'll stop with the the list.

191
00:20:33.720 --> 00:20:58.520
Hannah T Neprash: and that is the Ellison Maguire paper. I would say this is the closest to being relevant of all the papers that are cited. It is a paper about incentives to under provide care, but it is a paper about incentives to under provide particular types of care based on the predictability of that care. And it's a paper about insurance

192
00:20:59.018 --> 00:21:08.000
Hannah T Neprash: coverage and insurance benefit design. So again, it has nothing to do with payment incentives for physician groups.

193
00:21:08.706 --> 00:21:15.109
Hannah T Neprash: That's it for content. I'm happy to answer questions, if if there are any from the panel.

194
00:21:16.610 --> 00:21:18.300
Hannah T Neprash: Sorry. Go ahead. Sharon!

195
00:21:18.830 --> 00:21:25.690
Sharon Dzik: Okay, before they ask you questions, because we have to always go in order here. Could you comment

196
00:21:25.710 --> 00:21:30.130
Sharon Dzik: the. It was mentioned that there was a strained relationship with you

197
00:21:30.280 --> 00:21:32.139
Sharon Dzik: is, can you comment on that?

198
00:21:33.920 --> 00:21:36.370

Hannah T Neprash: Yeah, I I can. And it.

199
00:21:36.890 --> 00:21:38.921
Hannah T Neprash: It's always sad to hear that.

200
00:21:40.900 --> 00:21:46.340
Hannah T Neprash: it's not uncommon to have a a grading challenge. So for me.

201
00:21:48.720 --> 00:21:52.001
Hannah T Neprash: this one, this one doesn't stand out.

202
00:21:53.570 --> 00:21:55.480
Hannah T Neprash: The one thing I'll say is that

203
00:21:56.060 --> 00:21:57.950
Hannah T Neprash: the grading challenge

204
00:21:58.060 --> 00:22:12.655
Hannah T Neprash: was maybe a little unusual in that it didn't come directly to me. It went through Ezra and was passed to me, and I responded to it by providing extremely detailed answers about why I graded how I graded

205
00:22:13.030 --> 00:22:14.570
Sharon Dzik: Paper. Are you referring to.

206
00:22:14.570 --> 00:22:20.200
Hannah T Neprash: We're referring to the final exam from my from my course, Hi, Hi Shawn received

207
00:22:20.700 --> 00:22:31.683
Hannah T Neprash: A. B in that class which was the lowest grade that that anybody got in that class. So again, grading challenges, I'm sure anyone who teaches has gotten these before.

208
00:22:33.690 --> 00:22:36.709

Hannah T Neprash: I came away from this one, thinking it was fairly standard.

209
00:22:37.090 --> 00:22:52.079
Hannah T Neprash: I've also never been approached by Haishan since that class to talk about research ideas or to practice or to prepare for this prelim exam, I would certainly never, never turn a student away.

210
00:22:52.210 --> 00:23:02.299
Hannah T Neprash: The one other thing I want to say is that the situation with Donna Mcalpine and Sayan, Nick Pay and Haishan.

211
00:23:02.930 --> 00:23:07.820
Hannah T Neprash: I learned about solely from the documents uploaded to the box.

212
00:23:07.830 --> 00:23:19.370
Hannah T Neprash: There is a reason that my name and Ezra's name are not in those letters. We were not involved in that situation, and the Department kept them quite confidential. I did not know about that.

213
00:23:21.040 --> 00:23:26.900
Sharon Dzik: Thank you. And I wanna ask you I think this is my last question for you is.

214
00:23:26.960 --> 00:23:41.330
Sharon Dzik: when I had met with you and Ezra. I think all 4 of you were at that meeting. We talked about like, what should the outcome be? Because, you know, there's been mention of like. It's not just a dismissal. It's sending them back home to his country.

215
00:23:41.580 --> 00:23:53.459
Sharon Dzik: Not that I believe that that's true, because I know a lot of international students who can get work permits, especially someone who already has a Phd. So I'm not sure I buy that argument. But

216
00:23:53.850 --> 00:23:57.130
Sharon Dzik: we talked about an outcome we talked about.

217

00:23:57.190 --> 00:24:04.579
Sharon Dzik: I remember this coming up like, why can't you just fail them? Why can't you just fail them in the exam, and then let them retake it.

218
00:24:04.760 --> 00:24:08.670
Sharon Dzik: Do you want to respond to that? From what you remember in that conversation.

219
00:24:09.310 --> 00:24:14.510
Hannah T Neprash: Yeah, totally. We the the 4 faculty involved who are bringing this complaint?

220
00:24:15.330 --> 00:24:42.280
Hannah T Neprash: I don't use the phrase agonized lightly. We agonized over this because it is a serious outcome, and maybe it would have been something different if this had been, say, a minor assignment for a class, or even a final exam for a class. But this is the preliminary exam to qualify, to move on to the dissertation phase of a doctoral program, and we need to be able to trust that

221
00:24:42.810 --> 00:24:46.730
Hannah T Neprash: anyone we grant a doctorate to will provide

222
00:24:47.890 --> 00:24:53.600
Hannah T Neprash: high integrity work, and for me that trust has been destroyed.

223
00:24:54.750 --> 00:25:01.399
Sharon Dzik: Okay, thank you. So the really the only. So, even if the the panel said, Oh, give them another chance.

224
00:25:01.680 --> 00:25:08.540
Sharon Dzik: What would be the what would be available at that point, because it sounds like he would fail on the merits of the test itself.

225
00:25:08.860 --> 00:25:15.130
Sharon Dzik: Right? And so I know that your I think your policy does say that someone could retake it.

226

00:25:15.570 --> 00:25:17.919
Sharon Dzik: But are there any other alternatives.

227
00:25:19.970 --> 00:25:22.910
Hannah T Neprash: Under normal circumstances, and we have had

228
00:25:23.310 --> 00:25:37.769
Hannah T Neprash: some doctoral students in the past 10 years fail purely on the merits, with
no issues around academic integrity, they have been able to retake the exam.

229
00:25:42.720 --> 00:25:44.160
Sharon Dzik: But is, do you think that's clear?

230
00:25:44.160 --> 00:25:46.590
Hannah T Neprash: Very different conversation, type.

231
00:25:47.080 --> 00:25:57.549
Sharon Dzik: Right. Do you think it's fair that someone that you suspect highly of, you know,
having scholastic dishonesty would get the same opportunity as someone who honestly, just
didn't pass.

232
00:25:59.760 --> 00:26:14.290
Hannah T Neprash: I don't, and I would refer you to the letter that the associate Dean from the
School of Public Health submitted, where she talks much more eloquently about the importance
of integrity for students who are completing a Phd. And.

233
00:26:14.490 --> 00:26:14.950
Sharon Dzik: Yeah.

234
00:26:14.950 --> 00:26:19.740
Hannah T Neprash: That a breach of trust like this is not, is not something to be taken lightly.

235
00:26:19.740 --> 00:26:25.349
Sharon Dzik: And I will be reading part of that in my clothes. So thank you, Hannah, that's all for
me, Jane Ann.

236
00:26:27.120 --> 00:26:28.829
JaneAnne Murray: Wayhua, I know you have your hand up.

237
00:26:28.830 --> 00:26:31.970
Weihua Guan: Yeah, right? Yeah, actually, I have one of my questions.

238
00:26:32.818 --> 00:26:36.209
JaneAnne Murray: We'll go to Roxanne.

239
00:26:36.210 --> 00:26:37.180
Weihua Guan: Okay. Okay. Okay. Yeah.

240
00:26:37.180 --> 00:26:38.869
JaneAnne Murray: And then we'll go to you.

241
00:26:38.870 --> 00:26:39.480
Weihua Guan: Yeah, sure.

242
00:26:39.480 --> 00:26:42.140
JaneAnne Murray: And do you have any questions and follow up questions.

243
00:26:42.140 --> 00:26:46.359
Roxanne S Krietzman: I just wanted to know if Professor Niprash was able to pull that

244
00:26:46.910 --> 00:26:49.330
Roxanne S Krietzman: chat. Gbt version history.

245
00:26:49.330 --> 00:27:06.999
Hannah T Neprash: Yeah. Yeah. So I can send you a link. Chatgpt will not export a Pdf would if you'd like. I can put the link in the chat. There is one thing that I noticed, which is an error in my testimony. Is that is it? I put each question in separately, however, verbatim.

246

00:27:07.840 --> 00:27:09.180
Hannah T Neprash: Okay.

247
00:27:09.180 --> 00:27:18.219
Roxanne S Krietzman: Just one follow up to. I just wanna make sure I'm understanding correctly. Instead of pasting the 3 answer or questions together into Chat Gpt, you did them separately.

248
00:27:18.700 --> 00:27:19.400
Hannah T Neprash: Yes.

249
00:27:20.270 --> 00:27:27.110
Roxanne S Krietzman: Okay, I'll I'll err on the side of what? How Sharon and Jane Ann want to get that link to the panel members.

250
00:27:28.053 --> 00:27:30.249
JaneAnne Murray: You're gonna put it in the chat right, Hannah.

251
00:27:30.520 --> 00:27:31.729
JaneAnne Murray: and the track you would like.

252
00:27:31.730 --> 00:27:32.469
Hannah T Neprash: You too.

253
00:27:32.470 --> 00:27:35.849
JaneAnne Murray: Sure. Yeah, and it'll be there for them if they want to look at it.

254
00:27:37.000 --> 00:27:38.799
Roxanne S Krietzman: Other than that no follow ups.

255
00:27:39.060 --> 00:27:41.479
JaneAnne Murray: Okay, thank you. Weihua.

256
00:27:41.935 --> 00:27:46.810

Weihua Guan: Yeah. So so I think one of the comment I have is, I think

257
00:27:47.010 --> 00:27:54.850
Weihua Guan: I think one criteria you said when you are judging when you are making making the decision. I mean.

258
00:27:54.960 --> 00:27:59.469
Weihua Guan: Haishan probably got his answer from Chat Gpt. Is the structure right?

259
00:27:59.510 --> 00:28:08.159
Weihua Guan: I think you? I mean, I think you specifically mean, I mean, like the itemized I mean the itemized answer with bullet points.

260
00:28:08.510 --> 00:28:15.120
Weihua Guan: I look through his answer for all the 3 questions, and I think he consistently using

261
00:28:15.310 --> 00:28:23.039
Weihua Guan: the same style for the other 2 questions as well, I mean for question one and 3 Vq. Seems to have less concerns about.

262
00:28:24.450 --> 00:28:33.309
Weihua Guan: So does that give him a like a reason? I mean, maybe that's just how he like to like form formalize his like. I mean.

263
00:28:33.450 --> 00:28:35.389
Weihua Guan: I mean, formulate his answers.

264
00:28:37.350 --> 00:28:39.870
Hannah T Neprash: Yeah, it. It's a departure from

265
00:28:39.970 --> 00:28:54.919
Hannah T Neprash: all the past prelims that that I've graded. It is a departure from the style I've seen for this particular student. You're right, it is throughout. And so I think one other explanation is that

266
00:28:55.860 --> 00:29:04.509
Hannah T Neprash: perhaps some structure came from Chat Gpt for all questions, and there was more editing on one and 3 than there went in 2 for 4

267
00:29:04.630 --> 00:29:06.590
Hannah T Neprash: I that is, speculation.

268
00:29:06.880 --> 00:29:08.819
Weihua Guan: Okay, yeah, thank you. Yeah.

269
00:29:10.070 --> 00:29:13.139
JaneAnne Murray: Other follow-up questions from the panelists for Hannah.

270
00:29:20.500 --> 00:29:22.659
JaneAnne Murray: I will just, Sharon.

271
00:29:22.680 --> 00:29:26.289
JaneAnne Murray: just give you one little chance last chance. If you have anything else for.

272
00:29:26.943 --> 00:29:31.200
Sharon Dzik: Is Hannah? Is there anything else you want to say about that whole Pco thing?

273
00:29:33.130 --> 00:29:37.730
Sharon Dzik: Or do you think we've covered that? And people understand.

274
00:29:37.730 --> 00:29:40.379
Hannah T Neprash: Net. Horse. Pretty much. Yeah.

275
00:29:40.510 --> 00:29:41.020
Hannah T Neprash: Alright.

276
00:29:41.020 --> 00:29:42.669
Sharon Dzik: Alrighty! That's it, then.

277
00:29:43.844 --> 00:29:44.609
JaneAnne Murray: Roxanne

278
00:29:45.190 --> 00:29:58.110
JaneAnne Murray: panelists. Okay, so that means we've concluded with your testimony, Hannah. Dr. Naprash. Thank you so much for coming. We will take a 5 min

279
00:29:58.902 --> 00:30:04.880
JaneAnne Murray: break right, Sharon. There's nothing more that I need to do before we go straight to closing statements.

280
00:30:04.880 --> 00:30:08.499
Sharon Dzik: No, I just wanna let Hannah know you can wait until the close if you want.

281
00:30:08.500 --> 00:30:15.370
JaneAnne Murray: And is free to listen to the close if she wishes absolutely. But that's it's just closing statements, and there's nothing further after that.

282
00:30:15.370 --> 00:30:17.009
Sharon Dzik: I would like a break. Yeah, that'd be great.

283
00:30:17.010 --> 00:30:20.060
JaneAnne Murray: Sure. Yeah, do you? Is 5 min enough, Sharon?

284
00:30:20.060 --> 00:30:24.940
Sharon Dzik: I need to go visit the little room, and 10 would be better for me.

285
00:30:25.330 --> 00:30:28.860
JaneAnne Murray: It's 2, 36. So why don't we come back at 2 45?

286
00:30:28.860 --> 00:30:33.100
Weihua Guan: So just to just to double check, I mean, can we get this down by 3?

287
00:30:33.170 --> 00:30:36.169
Weihua Guan: I have a student difference to to attend that 3.

288
00:30:37.090 --> 00:30:38.530
Sharon Dzik: Hi, so.

289
00:30:38.530 --> 00:30:46.090
JaneAnne Murray: It won't. I mean the the testimony will be done by 3, but the deliberations could take as long as you guys choose. If the.

290
00:30:46.090 --> 00:30:47.260
Weihua Guan: Oh, okay.

291
00:30:47.280 --> 00:30:50.899
Weihua Guan: yeah, because I really have to be on the other defense.

292
00:30:51.160 --> 00:30:54.500
Weihua Guan: since on the zoom scheduling, it says this should and.

293
00:30:54.500 --> 00:31:01.250
JaneAnne Murray: Oh, well, you know we have a quorum without you. So if you're not able to complete, that's

294
00:31:02.840 --> 00:31:05.489
JaneAnne Murray: yeah, we can proceed. Our 5.

295
00:31:05.490 --> 00:31:07.460
Weihua Guan: Okay, yeah. Thanks. Yeah. Thank you.

296
00:31:07.460 --> 00:31:08.960
JaneAnne Murray: Thank you very much. Thank you.

297
00:32:33.080 --> 00:32:35.750

Roxanne S Krietzman: Jane, and are you saying things? I think you're muted.

298
00:32:36.200 --> 00:32:48.370
JaneAnne Murray: Yeah, I am. I'm sorry about that. I was just saying to Way, who if you know, I'm happy to release you now, if you're not going to be able to participate in deliberations. But if you want to watch closing statements, you're welcome to.

299
00:32:48.370 --> 00:32:50.329
Weihua Guan: Oh, yeah, yeah, I can stay until 3.

300
00:32:52.300 --> 00:32:59.239
Weihua Guan: And just to clarify, I mean what the panelist is supposed to do after I mean, do we vote or.

301
00:32:59.240 --> 00:33:00.720
JaneAnne Murray: We'll we'll we'll deal with that.

302
00:33:00.720 --> 00:33:02.600
Weihua Guan: Okay. Okay. Okay. Yeah. Thanks.

303
00:33:03.500 --> 00:33:12.989
JaneAnne Murray: Okay, Hi Sean's here. So we're now going to proceed with closing comments. Sharon will go first.st You have up to 10 min, and then we'll follow with Roxanne. Thank you.

304
00:33:13.500 --> 00:33:27.579
Sharon Dzik: Well can. I can assure you, 1st of all, that I will not take 10 min and so I just want to mostly thank all of you for being here and listening carefully. This was a little bit of a different type of case with AI being a really new to all of us. I think

305
00:33:27.940 --> 00:33:29.450
Sharon Dzik: so. Thank you for

306
00:33:29.590 --> 00:33:32.206
Sharon Dzik: listening and digging in.

307
00:33:33.520 --> 00:33:34.510
Sharon Dzik: So

308
00:33:34.730 --> 00:33:41.250
Sharon Dzik: I am not gonna go over a whole bunch of evidence again. It is you've seen it, and you can look in the box.

309
00:33:41.850 --> 00:33:50.229
Sharon Dzik: But just to just to clarify there. This isn't about a single instance of Chat Gpt, or even chat gpt by itself.

310
00:33:50.330 --> 00:33:57.570
Sharon Dzik: I mean, it's a collection of many instances. Why, this these 4 faculty members all agree

311
00:33:57.840 --> 00:34:00.319
Sharon Dzik: there. There had to have been AI used.

312
00:34:00.560 --> 00:34:04.151
Sharon Dzik: And it's pretty compelling evidence.

313
00:34:05.170 --> 00:34:11.480
Sharon Dzik: Also there was a comment made at 1 point that Haishan said that putting bullets

314
00:34:11.600 --> 00:34:15.499
Sharon Dzik: is a common thing, and that he got it from Peter's slides.

315
00:34:15.690 --> 00:34:35.539
Sharon Dzik: and I was asking Hannah about that. And it's like putting bullets and slides is common for all instructors. That's how they do slide decks usually. So that isn't even a good answer for a prelim. And there were several things that Haishan said throughout his testimony that I felt were just obfuscation. I mean, they just obfuscated the

316

00:34:35.909 --> 00:34:43.177
Sharon Dzik: the whole. It was just so many words and things to look at that I was having a hard time following it personally. So

317
00:34:43.560 --> 00:34:54.729
Sharon Dzik: just. I hope you guys will really refer to the box to look at your evidence. That's there. And then, in closing a couple of things I want. One thing I do want to point out is that a person's

318
00:34:54.929 --> 00:35:06.700
Sharon Dzik: international status, or being an international student isn't a good reason to not hold someone accountable. You just have to think of them as just any other student, really.

319
00:35:06.770 --> 00:35:14.500
Sharon Dzik: and I'm not sure that that's an accurate statement that he would have to leave the country because he already has a Phd. He probably can easily find work.

320
00:35:14.630 --> 00:35:20.239
Sharon Dzik: so I don't know enough about work permits, etc. So be careful about not

321
00:35:20.370 --> 00:35:37.650
Sharon Dzik: weighing that too heavily when you make a decision. And then to finally finish, I'm actually just going to read part of the statement from Elizabeth Wattenberg. She is the associate Dean of education and student engagement in the School of Public Health, because I cannot say this better than her.

322
00:35:37.650 --> 00:35:53.689
Sharon Dzik: But this is a great way to close this the University's presentation. So I'm just going to read this demonstration of ethical conduct and academic integrity are foundational to the educational programs and preparation of our students to become leaders in research and practice.

323
00:35:53.690 --> 00:36:08.519
Sharon Dzik: In this time of increasing dissemination of misinformation and misuse of large language models to falsify data and documents. It's critically important that students are held to the highest ethical standards in their work.

324
00:36:08.640 --> 00:36:27.639
Sharon Dzik: This type of serious misconduct has far reaching consequences. The research community depends on integrity of the work it builds on. At the University. We have witnessed the consequences of such falsification in terms of data that cannot be reproduced in publications that need to be retracted.

325
00:36:27.930 --> 00:36:31.619
Sharon Dzik: Such ethical breaches damage the reputation of the institution.

326
00:36:32.140 --> 00:36:50.120
Sharon Dzik: the the conclusion that a student was found to commit this type of serious academic misconduct and then allowed to continue in the doctoral program, would call into question, not only the integrity of their analysis publications, future grant applications, but the integrity of our graduate programs.

327
00:36:50.290 --> 00:37:03.839
Sharon Dzik: So I just really ask that you really find him responsible for this. Here she also writes, violation of the express express prohibition on using Chat Gpt or other large language models

328
00:37:03.850 --> 00:37:12.150
Sharon Dzik: during the doctoral preliminary exam. Represents a serious failure of ethical conduct and warrants dismissal from the program.

329
00:37:12.200 --> 00:37:15.409
Sharon Dzik: So I really hope that's where you'll land on this

330
00:37:15.960 --> 00:37:17.630
Sharon Dzik: and just thanks again.

331
00:37:18.740 --> 00:37:20.699
JaneAnne Murray: Thank you, Sharon. Roxanne.

332
00:37:21.580 --> 00:37:22.809
Roxanne S Krietzman: Thanks, Jane Ann.

333
00:37:26.560 --> 00:37:41.399
Roxanne S Krietzman: thank you all for your attention to this very important matter today. In my opening comments, I asked you to consider the following 3 assertions, one. Haishan did not use AI to prepare his responses for his preliminary exam.

334
00:37:41.840 --> 00:37:54.100
Roxanne S Krietzman: 2. The evidence provided by the professors relies on 2 plus different versions of chatgpt outputs, which raises significant, practical, and ethical concerns.

335
00:37:54.250 --> 00:38:03.050
Roxanne S Krietzman: 3. We believe the accusation against Haishan is not genuinely based on his exam answers, but rather on an intent to expel him.

336
00:38:03.320 --> 00:38:19.659
Roxanne S Krietzman: During the University's case presentation you heard both Professor Goldberstein and Professor Niprash confirm that multiple terms that they originally said were unusual, were indeed terms that were relevant and common in the health economics. Field.

337
00:38:20.740 --> 00:38:32.810
Roxanne S Krietzman: however, when asked about these same terms, they deem them to be common in the field. I want to also remind you that the faculty members withdrew one of these accusations of AI. Since their original report

338
00:38:33.350 --> 00:38:47.359
Roxanne S Krietzman: through Professor Goldberstein and Professor Niprash's testimony, we demonstrated that there were discrepancies between the Chat Gpt outputs provided by the faculty and the chatgpt output that we generated live for you.

339
00:38:47.580 --> 00:38:53.620
Roxanne S Krietzman: You heard of how more than one output of Chatgpt was used to compare to Haishan's Exam.

340
00:38:53.790 --> 00:39:03.329
Roxanne S Krietzman: We also showed that the accusing faculty members, cherry-picked sections from these multiple chat gpt outputs that most closely resembled Haishan's Exam.

341
00:39:03.480 --> 00:39:07.869
Roxanne S Krietzman: We listed reasons for why this method of comparison was unethical.

342
00:39:08.120 --> 00:39:16.199
Roxanne S Krietzman: As you deliberate, I encourage you to determine what is a fair mechanism for comparing a student's work to that of a Chat Gbt output

343
00:39:16.580 --> 00:39:27.770
Roxanne S Krietzman: in our case presentation. You heard firsthand from Haishan, how he drew directly from sources included in the faculty provided reading list and faculty member syllabi and lecture slides.

344
00:39:27.800 --> 00:39:31.279
Roxanne S Krietzman: You heard his process for how he compiled his responses.

345
00:39:31.370 --> 00:39:39.030
Roxanne S Krietzman: You learned of many terms and phrases related to the field of health economics which demonstrated how specialized this field is.

346
00:39:39.330 --> 00:39:48.349
Roxanne S Krietzman: We showed you how Haishan's Prelim submission included hand-drawn graphs, description of these graphs and references which Chatgpt does not produce.

347
00:39:48.790 --> 00:39:56.350
Roxanne S Krietzman: We discussed Haishan's relationships with health economist professors and why their past interactions are relevant at this hearing. Today.

348
00:39:56.570 --> 00:40:07.279
Roxanne S Krietzman: We also heard firsthand from Brian Haishan's academic advisor why he believes that these previous interactions inform the egregious outcome of expulsion. In this case

349
00:40:07.900 --> 00:40:20.710
Roxanne S Krietzman: the language in question constitutes 6.6% of Haishan's entire prelim exam submission. I want to underscore that 6.6%,

350
00:40:20.890 --> 00:40:25.140
Roxanne S Krietzman: a very low percentage with a very high stakes consequence.

351
00:40:25.430 --> 00:40:41.359
Roxanne S Krietzman: Furthermore, the University, in their case presentation showed AI detection rates of 27% and 19% for exam questions one and 3 respectively, which does not meet the preponderance of the evidence standard, which is more likely than not.

352
00:40:41.630 --> 00:40:52.249
Roxanne S Krietzman: For question 4. We showed you 2 AI detectors with percentages of 9% and 12% also not meeting the preponderance of the evidence standard.

353
00:40:52.390 --> 00:41:01.199
Roxanne S Krietzman: At this point Haishan has switched his area of emphasis away from the one where this prelim took place. To multidisciplinary social science.

354
00:41:01.450 --> 00:41:06.379
Roxanne S Krietzman: Due to this, the preliminary exam in question today is no longer part of his educational track.

355
00:41:06.530 --> 00:41:13.519
Roxanne S Krietzman: The outcome is not expulsion, and Haishaan does remain at the U. He would take a completely different prelim for his new track.

356
00:41:14.280 --> 00:41:19.349
Roxanne S Krietzman: Due process is at the utmost importance for scholastic dishonesty cases.

357
00:41:19.410 --> 00:41:24.630
Roxanne S Krietzman: We want to provide the best representation and understanding for a student as possible.

358
00:41:24.830 --> 00:41:30.959
Roxanne S Krietzman: Prior to this hearing, Haishan had 1 10 min meeting with Professor Goldberstein.

359
00:41:31.110 --> 00:41:34.130
Roxanne S Krietzman: and one about the same length with Ocs.

360
00:41:34.290 --> 00:41:38.399
Roxanne S Krietzman: Is that enough time to decide a case as high stakes as this one.

361
00:41:38.870 --> 00:41:52.919
Roxanne S Krietzman: The outcome for this case is about to be in your hands. There is a range of outcomes to consider from, not responsible. All the way up to expulsion. This includes failing the exam with the opportunity to retake it, academic

362
00:41:52.980 --> 00:42:00.109
Roxanne S Krietzman: probation and suspension to name a few, all of which the involved faculty members did not consider for Haishan's outcome.

363
00:42:00.810 --> 00:42:05.450
Roxanne S Krietzman: While you are deliberating, please keep in mind what's at stake expulsion.

364
00:42:05.670 --> 00:42:16.179
Roxanne S Krietzman: The evidence presented today is more likely than not that Haishan did not use AI for his preliminary exam. We thank you for your time and your attention today.

365
00:42:19.310 --> 00:42:21.220
JaneAnne Murray: Thank you very much, Roxanne.

366
00:42:21.450 --> 00:42:27.582
JaneAnne Murray: and thanks to both Roxanne and Sharon for excellent presentations here today. And

367
00:42:28.200 --> 00:42:37.940
JaneAnne Murray: Thank you, Haishan, for your testimony and Hannah for yours. We do appreciate the care and dedication that everybody has put into this.

368
00:42:38.050 --> 00:42:53.619
JaneAnne Murray: So in a moment we'll close the hearing and stop the recording, and that's when Sharon and Roxanne and Hi Shan and our witness leave the room. The deliberations are not recorded. The panelists will deliberate

369
00:42:53.620 --> 00:43:09.669
JaneAnne Murray: together with me simply as an assistant in the sense of answering some questions, but I don't participate in the deliberations, nor does John Lough, but he also attends the deliberations and takes notes so that he can write a letter

370
00:43:09.760 --> 00:43:31.079
JaneAnne Murray: describing the basis of whatever decision the panelists reach. The 1st thing the panelists will do is, decide whether the Student conduct code was violated as set forth in the complaint. It's only then, if they find that the answer to that is yes, that they will proceed to what is the nature of the sanction that they think is appropriate?

371
00:43:31.396 --> 00:43:41.520
JaneAnne Murray: As I say, John Lough is going to take notes of everything, and he will put that in a letter that will be provided within 7 to 10 business days of today's

372
00:43:41.930 --> 00:43:55.979
JaneAnne Murray: hearing. A decision will be reached today. Okay, I just want to say thanks again to Sharon and Roxanne and Hannah and Hi Sean and to Ezra, who's not here.

373
00:43:55.990 --> 00:44:00.769
JaneAnne Murray: and Brian, Dr. Dowd, our other, our other witness.

374
00:44:01.680 --> 00:44:03.100
JaneAnne Murray: Okay, so.

375
00:44:03.100 --> 00:44:04.570
Sharon Dzik: Thank you, Dan.

376
00:44:04.810 --> 00:44:07.230
Roxanne S Krietzman: Thank you, everybody. Bye.

377
00:44:11.292 --> 00:44:13.179
JaneAnne Murray: Now, wei weihua, I.