GPTZero Version 2025-01-06-base                                                         Answer: - 1/19/2025

# AI Report

We are not confident this text is

# Human Generated

| AI Probability | Plagiarism |
|---|---|
| **27%**  |
| This number is the probability that the document is AI generated, not a percentage of AI text in the document. | The plagiarism scan was not run for this document. Go to gptzero.me to check for plagiarism. |

Answer: - 1/19/2025

Haishan Yang

Answer:

The Rothschild-Stiglitz framework provides an insightful analysis of equilibria in competitive insurance markets characterized by heterogeneous risk types among consumers. The equilibria in such markets depend on the level of information available to insurers about individual risk types. Here, I explore different assumptions about the insurer's knowledge of individuals' risk types with an emphasis on imperfect information and their implications for market equilibrium. There are three scenarios: Perfect Information, Imperfect Information and Asymmetric Information with Partial Knowledge.

1. Perfect Information

Assumption: Insurers have perfect knowledge of each individual's risk type.

Equilibrium: In this scenario, insurers can perfectly price discriminate, offering contracts tailored precisely to each individual's risk level. Assuming the insurance market is perfectly competitive, the price insurance company offers equals the marginal cost to insure each consumer respectively.

Intuition: Perfect information eliminates adverse selection since premiums reflect true risk. Each individual pays a premium that corresponds exactly to their risk level, leading to a

straightforward market equilibrium where insurers do not face unexpected payouts.

2. Imperfect Information

2.1 Pooling Equilibrium

Assumption: Insurers cannot distinguish between high-risk and low-risk individuals.

Equilibrium: Insurers offer a single contract to all individuals, resulting in a pooling equilibrium. However, this equilibrium is unstable due to adverse selection.

Intuition: The pooling equilibrium is unstable because high-risk individuals disproportionately purchase insurance, resulting in increased payouts for insurers. To compensate, insurers may raise premiums, which can drive low-risk individuals out of the market, further exacerbating adverse selection.

To illustrate the original work of the Rothchild-Stiglitz model, I will slightly modify the original figures in their paper (1976) to explain the basic assumption of the model step by step and why Pooling Equilibrium is not stable.

Unlike most economics and health economics diagrams, where x-axis represents quality of insurance while y-axis represents price of insurance. In the Rothschild-Stiglitz model, the X-axis represents income in the state of the world without an accident, while the Y-axis represents income in the state of the world with an accident.

The basic setup can be seen in Figure 1, where $W_1$ is income without accident and $W_2$ is income with accident. Imagine E is an insurance plan that an insurance company offers. If a consumer buys this insurance, his income without accident reduces to $W_{1O}$ to $W_{1E}$ because he pays the premium. Since he is insured, his income with accident will go up from $W_{2O}$ to $W_{2E}$.

Under the Rothschild-Stiglitz framework, the only eligible area for this discussion is the triangle AOC, because following reasons:

1. Insurance companies will not pay consumers to buy insurance so anything right to the $W_{1O}$ is not feasible.

2. If someone buys insurance, the insurance company must compensate for the loss if someone gets into an accident, so anything below $W_{2O}$ is not feasible.

3. Anything above 45 degree lines is not possible because if someone has more income on sick/injured days, someone would prefer being sick, this induces moral hazard.

Figure 1:

Now I will focus on discussing the area of AOC, assuming there are two types of consumers: low-risk and high-risk consumers. In Figure 2, O is the original state in which consumers have no insurance. The dashed line L and dashed line H represent a series of actuarially fair insurance policies for low-risk consumers and high-risk consumers, respectively. These policies yield zero profit for insurance companies. Notice that the actuarially fair line OL is much steeper; this is because low-risk consumers have a lower probability of getting into an accident, so an insurance company can afford to insure them with a small premium. The bold line P represents the actuarially fair insurance policy for a pooling equilibrium, in which case insurance companies insure both high-risk and low-risk people.

Figure 2:

Curves $H\_u$ and $L\_u$ represent indifference curves. The flatter indifference curves of low-risk individuals in the Rothschild-Stiglitz model reflect their lower willingness to trade off wealth between the no-accident and accident states due to their lower probability of loss. Conversely, the steeper indifference curves of high-risk individuals reflect their higher willingness to trade off wealth between these states due to their higher probability of loss. This difference in the shape of the indifference curves is crucial for understanding the equilibrium in competitive insurance markets with heterogeneous risk types.

Now, assume point alpha is the pooling equilibrium. However, there is an alternative insurance policy beta. The point beta is still profitable for the insurance company for attracting low-risk people as it is on the left side of dash line OL. The essence of this model is that beta attracts low-risk people because, at this point, their indifference curve is outward. However, for high-risk people, an indifference curve that crosses beta is actually inward from $H\_u$, so high-risk people will not choose this point. In fact, not only is beta a competing policy, but the entire shaded area in Figure 2 also represents possible competing health policies that are better than alpha. Therefore, any policy in these areas will be better than a pooling equilibrium.

## 2.1 Separating Equilibrium

Assumption: Insurers use self-selection mechanisms to indirectly determine individuals' risk types. Moreover, the low risk population is small enough relative to the whole population.

Equilibrium: Insurers design contracts that induce self-selection, where different risk types choose different contracts. This results in a separating equilibrium.

Intuition: Separating equilibria are stable because they ensure that individuals reveal their risk types through their contract choices. Insurers can price the contracts appropriately based on the revealed risk levels. This reduces the adverse selection problem but may lead to some inefficiencies, such as partial insurance coverage for low-risk individuals. In layman's terms, because consumers reveal their types, now insurance companies gain a lot of information to design possible health insurance policies.

Figure 3

Figure 3 illustrates the existence of a separating equilibrium, conditional on the low-risk population being small enough relative to the entire population. With the same setup as in Figure 2, let us assume the insurance company offers high-risk individuals a full insurance policy, denoted as $\alpha_H$ It is considered full insurance because it lies on the 45-degree line. The curve $H_u$ represents the utility curve that intersects $\alpha_H$

Now, the insurance company offers low-risk individuals an insurance policy $\alpha_L$, which is slightly below $H_u$ but just above the original no-insurance state O. This policy is designed to deter high-risk individuals because it is less favorable than $\alpha_H$.

The stability of $\alpha_L$ depends on the proportion of high-risk individuals in the market. Imagine we have an actuarially fair insurance policy line, denoted as pooling equilibrium $p_1$. There exists a policy $\beta_1$ that will attract both high-risk and low-risk individuals, as $\beta_1$ lies outward from both the indifference curves $L_u$ and $H_u$. Consequently, there would be no separating equilibrium, as any policy between $L_u$ and $P_1$ could potentially serve as a contender for a pooling equilibrium.

However, if the number of high-risk individuals is sufficiently large such that the actuarially fair insurance policy for the pooling equilibrium lies at $P_2$, then the insurance company cannot

afford $\beta_1$ because it is above $p_2$. Any policy below $p_2$ or, more precisely, below $L_u$ is worse than $\alpha_L$. Therefore, in this scenario, a separating equilibrium is possible.

3. Asymmetric Information with Partial Knowledge

Assumption

Insurers have partial knowledge about individuals' risk types. This knowledge could include signals such as:

● Demographic Information: Age, gender, occupation, etc., which may correlate with risk.

● Prior Claims History: Information about past claims can indicate future risk behavior.

Equilibrium

The nature of the equilibrium—whether pooling or separating—depends on how effectively insurers can use these signals to distinguish between different risk types.

3.1 Weak Signals: Pooling Equilibrium

When the signals are weak or not very informative, insurers struggle to differentiate effectively between high-risk and low-risk individuals. As a result, they may end up offering a single contract to all individuals, leading to a pooling equilibrium.

Intuition: With weak signals, insurers cannot effectively separate high-risk from low-risk individuals. They offer a contract that partially adjusts for the average risk but does not fully mitigate adverse selection. High-risk individuals are more likely to buy the insurance, leading to a higher overall risk pool than initially anticipated.

3.2 Strong Signals: Separating Equilibrium

When the signals are strong and reliably indicate risk types, insurers can design contracts that induce self-selection, leading to a separating equilibrium.

Intuition: Strong signals enable insurers to better estimate individual risk and offer contracts that high-risk and low-risk individuals will self-select into. This reduces adverse selection by ensuring that each group pays premiums that accurately reflect their risk level. The separating equilibrium is more stable and efficient as it aligns premiums with the true risk.

B.1

To incorporate managed care techniques like prior authorization into the Rothschild-Stiglitz framework, the model must be adjusted to reflect how these techniques influence the behavior of both insurers and insured individuals.

1. Insurance Contract Design:

° Traditional Contracts: In the original Rothschild-Stiglitz model, insurance contracts are defined by the level of coverage (alpha) and the premium charged. High-risk individuals typically prefer contracts with more coverage, while low-risk individuals opt for less coverage to avoid high premiums.

° Managed Care Contracts: With prior authorization, contracts are not solely defined by coverage and premiums but also by utilization controls. This means that a contract includes clauses that specify the need for prior authorization for certain services.

2. Behavioral Adjustments:

° Insured Behavior: Managed care techniques alter the behavior of insured individuals by imposing additional steps before certain services are approved. This reduces the likelihood of unnecessary services being used, addressing moral hazard by aligning the insured's incentives with cost-effective care.

° Selection of Contracts: The presence of prior authorization can make certain contracts less attractive to high-risk individuals who anticipate needing more frequent and diverse medical services. As a result, high-risk individuals might be more likely to select contracts with fewer utilization controls but higher premiums, while low-risk individuals might opt for contracts with prior authorization due to lower premiums. This creates conditions to make a separating equilibrium more plausible.

3. Equilibrium Adjustments:

° Separating Equilibrium: In the original framework, separating equilibria are achieved by designing contracts that deter high-risk individuals from choosing low-risk contracts. With prior authorization, insurers can offer a contract with

lower premiums and prior authorization requirements that is less attractive to high-risk individuals who require more extensive care.

° Pooling Equilibrium: A pooling equilibrium occurs when all individuals, regardless of their risk type, choose the same insurance contract. Introducing managed care techniques like prior authorization affects the stability and feasibility of this equilibrium.

● Attraction of Low-Risk Individuals: Contracts with prior authorization and lower premiums may attract low-risk individuals, who anticipate needing fewer medical services.

● Repulsion of High-Risk Individuals: High-risk individuals, who expect to need more services, may be repelled by the utilization controls and opt for contracts without such restrictions.

This divergence in preferences can destabilize a pooling equilibrium.

B.2

Why Incorporate Managed Care Techniques?

1. Mitigating Moral Hazard: Prior authorization helps mitigate moral hazard by ensuring that medical services are used appropriately and only when necessary. This aligns the insured's incentives with cost-effective care, reducing the overutilization of services.

2. Addressing Adverse Selection: By incorporating prior authorization, insurers can design contracts that better differentiate between high-risk and low-risk individuals. High-risk individuals, who expect to need more services, are less likely to choose contracts with stringent utilization controls, thereby helping to sort individuals based on their risk levels.

3. Cost Control: Managed care techniques help control the overall costs of providing insurance by preventing excessive and unnecessary medical expenditures. This cost control is crucial for maintaining affordable premiums and ensuring the sustainability of the insurance market.

s------------------------------------------------
s------------------------------------------------

I will take the health insurance mandate as an example.

1. Description and Intention

An individual mandate, such as the one implemented in Massachusetts and later in the Affordable Care Act (ACA), requires individuals to purchase health insurance or pay a penalty. The primary intention behind this regulatory action is to reduce adverse selection in the insurance market. Adverse selection occurs when individuals with higher health risks are more likely to purchase insurance, leading to higher premiums and potentially driving out healthier individuals from the insurance pool, further exacerbating the problem. The mandate aims to bring healthier individuals into the insurance pool, thereby balancing the risk and lowering average costs (Hackmann, Kolstad, & Kowalski, 2015).

2. Strengths and Weaknesses

Strengths:

● Reduction in Adverse Selection: The mandate effectively lowers the average cost of insurance by increasing the proportion of healthy individuals in the insurance pool. The Massachusetts individual mandate led to a significant decrease in premiums and average costs, indicating that healthier individuals were entering the insurance pool.

● Increased Coverage: The implementation of the individual mandate in Massachusetts significantly increased insurance coverage. The study (Hackmann et al., 2015) found that enrollment in the individual market increased by 26.5 percentage points, demonstrating the effectiveness of the mandate in expanding coverage.

● Welfare Gains: The mandate resulted in welfare gains due to the reduction in adverse selection. The study estimated an annual welfare gain of 4.1 percent per person or $51.1 million annually in Massachusetts (Hackmann et al., 2015).

Weaknesses:

● Compliance and Enforcement Issues: Ensuring that individuals comply with the mandate can be challenging. The penalty may not be sufficiently high to compel all individuals to purchase insurance.

● Equity Concerns: The mandate might disproportionately affect lower-income

individuals who might find it financially burdensome to purchase insurance, even with subsidies.

● Political and Public Resistance: Mandates can be politically contentious and may face significant public opposition. The Massachusetts mandate faced legal challenges, and similar opposition was observed with the ACA's individual mandate.

3. Empirical Evidence

The empirical evidence from Massachusetts provides a detailed analysis of the effects of the individual mandate. Hackmann, Kolstad, and Kowalski (2015) estimated the impact of the mandate using data from Massachusetts. They found that the mandate led to a significant decrease in premiums and average costs, indicating a reduction in adverse selection. Specifically, the premiums and average costs decreased by 23.3 percent and 8.7 percent, respectively, relative to Massachusetts' pre-reform levels (Hackmann et al., 2015). The study also estimated an annual welfare gain of 4.1 percent per person or $51.1 million annually due to the reduction in adverse selection.

References

Hackmann, M. B., Kolstad, J. T., & Kowalski, A. E. (2015). Adverse selection and an individual mandate: When theory meets practice. American Economic Review, 105(3), 1030-1066.

Rothschild, M., & Stiglitz, J. (1976). Equilibrium in competitive insurance markets: An essay on the economics of imperfect information. The Quarterly Journal of Economics, 90(4), 629-649.

● Sentences that are likely AI-generated.

# FAQs

## What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text, with a focus on English prose. To date, GPTZero has served over 2.5 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

## When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

## Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-4, GPT-3, GPT-2, LLaMA, and AI services based on those models.

## What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene Writing Reports as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

## I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection: Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our Writing Reports through Google Docs). Check out our list of several recommendations on types of assignments that are difficult to solve with AI.

  Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.
  See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.