# AI Report

We are not confident this text is

# Human Generated

| AI Probability | Plagiarism |
|---|---|
| **42%** This number is the probability that the document is AI generated, not a percentage of AI text in the document. |  The plagiarism scan was not run for this document. Go to gptzero.me to check for plagiarism. |

## Answer: - 1/19/2025

Haishan Yang

Answer:

I predict a drop in the quantity of service provided to patients under global capitation relative to fee-for-service (FFS) reimbursement. This is because global capitation changes the incentive structure for primary care physicians compared to FFS. Under FFS, physicians are paid for each service provided, incentivizing higher volumes of services, which can lead to overutilization and increased healthcare costs. In contrast, global capitation provides a fixed, risk-adjusted payment per patient, incentivizing cost-efficiency and preventive care. Health providers would not benefit from unnecessary medical services.

However, under global capitation, the quantity of services might fall below socially optimal levels if providers excessively limit care to reduce costs. This could occur if the capitation payments are not adequately adjusted for patient risk, leading to under-provision of necessary services. Inadequate risk adjustment could incentivize providers to "cherry-pick" healthier patients or avoid high-cost patients, thereby compromising care quality for those with greater healthcare needs.

Circumstances Leading to Suboptimal Service Levels

1. Insufficient Risk Adjustment: If the risk adjustment formula fails to accurately predict

healthcare needs, providers may receive inadequate compensation for high-risk patients, leading to under-provision of services.

2. Incentives for Cost Minimization: Providers under capitation might focus excessively on reducing costs, potentially at the expense of necessary care. This could result in patients not receiving timely or appropriate treatments, adversely affecting health outcomes.

3. Market Pressures: Intense competition among providers under capitation could drive some to cut corners on care quality to remain financially viable, further exacerbating the risk of under-provision.

Answer:

I believe two most common problems from unconstrained competition between primary care organizations under global capitation are Risk Selection and Under-Provision of Care.

1.1 Risk Selection (Cream Skimming):

Under unconstrained competition, primary care organizations (PCOs) may engage in risk selection, also known as "cream skimming." This occurs when PCOs selectively enroll healthier patients who are less likely to require expensive healthcare services. By focusing on lower-risk individuals, these organizations can maximize their profits, as the fixed per-patient payments will likely exceed the cost of care for these patients. Conversely, sicker patients, who need more intensive and costly care, may find it difficult to enroll in these plans, leading to disparities in access to care and potential adverse health outcomes for higher-risk populations.

Regulations to Prevent Risk Selection:

1.2 Risk Adjustment Mechanisms: Implementing robust risk adjustment mechanisms can ensure that payments to PCOs reflect the health status and expected costs of their patient populations. By adjusting payments based on the severity of patients' conditions, organizations have less incentive to avoid enrolling sicker patients.

Benefits:

● Equitable Compensation: By adjusting payments to account for the expected costs of care for sicker patients, PCOs are more likely to receive fair compensation for taking on

higher-risk individuals.

- Reduced Incentives for Cream Skimming: Accurate risk adjustment diminishes the financial incentive for PCOs to selectively enroll healthier patients. This promotes a more inclusive healthcare system where patients receive care based on need rather than their ability to attract lower-cost care.

Challenges and Solutions:

- Data Accuracy: Ensuring accurate and comprehensive data collection is crucial for effective risk adjustment. This can be achieved through standardized reporting systems and electronic health records.
- Complexity: Risk adjustment models can become complex, requiring sophisticated statistical methods and computational resources. Investing in robust healthcare IT infrastructure and analytical capabilities can address this complexity.

1.3 Minimum Care Requirements: Establishing minimum care requirements and standards can prevent PCOs from underserving high-risk patients. These requirements can include mandatory coverage of essential health services and quality benchmarks that PCOs must meet.

Benefits:

- Standardized Care Quality: By mandating a baseline level of care, these regulations ensure that all patients receive a minimum standard of healthcare, reducing disparities in treatment.
- Patient Protection: High-risk patients are protected from potential neglect or under-provision of services, as PCOs are legally obligated to meet the prescribed care standards.

Challenges and Solutions:

- Enforcement: Effective enforcement of minimum care requirements requires a robust regulatory framework and sufficient resources for monitoring and compliance. Strengthening regulatory bodies and providing adequate funding can address this issue.
- Flexibility: While minimum care standards are necessary, it is also important to allow

some flexibility to accommodate the unique needs of different patient populations and innovations in care delivery. Regulators can periodically review and update the standards to reflect best practices and emerging evidence in healthcare.

1.4 Under-Provision of Care:

Another potential issue with unconstrained competition under global capitation is the under-provision of care. Since PCOs receive a fixed payment per patient, there is a financial incentive to minimize the quantity of services provided to increase profitability. This can lead to inadequate care, where patients do not receive the necessary medical interventions, follow-ups, or preventive services. Over time, under-provision of care can result in worsening health outcomes and higher long-term healthcare costs due to the progression of untreated conditions.

Regulations to Prevent Risk Selection:

1.5 Quality Monitoring and Reporting

Purpose and Function: Quality monitoring and reporting systems are essential to ensure that Primary Care Organizations (PCOs) provide a minimum standard of care, despite the cost-cutting incentives inherent in global capitation. These systems focus on continuous assessment and transparency to uphold care standards.

Implementation:

● Regular Audits: Conducting regular audits by independent bodies can verify that PCOs are meeting established care standards. These audits can assess various aspects of care, such as adherence to clinical guidelines, patient outcomes, and overall care quality.

● Patient Satisfaction Surveys: Gathering feedback directly from patients through regular surveys helps measure patient satisfaction and experience. High levels of patient satisfaction typically correlate with better care quality and patient outcomes.

● Outcome Measures: Tracking specific outcome measures, such as rates of hospital readmissions, control of chronic conditions, and preventive care utilization, provides concrete data on the effectiveness of the care provided. These measures can be aggregated and analyzed to identify trends and areas needing improvement.

Benefits:

- Accountability: Regular monitoring and reporting hold PCOs accountable for the care they provide. Knowing that their performance is being scrutinized can motivate PCOs to maintain high standards.
- Continuous Improvement: Data collected through these systems can be used to identify areas for improvement and implement evidence-based interventions to enhance care quality.
- Transparency: Publicly reporting the performance of PCOs can help patients make informed decisions about where to receive care, fostering a competitive environment where quality is a key differentiator.

Challenges and Solutions:

- Data Integrity: Ensuring the accuracy and reliability of data collected for quality monitoring is critical. Implementing standardized data collection procedures and utilizing advanced health information technology can enhance data integrity.
- Resource Intensive: Quality monitoring and reporting require significant resources. Investing in healthcare IT infrastructure and training personnel can mitigate this challenge.

Conclusion

In summary, unconstrained competition under global capitation can lead to significant issues such as risk selection and under-provision of care. To mitigate these problems, appropriate regulations and mechanisms, such as risk adjustment, minimum care requirements, quality monitoring, and performance-based incentives, are necessary. These regulations can help ensure that PCOs provide equitable, high-quality care to all patients, regardless of their health status, while maintaining the cost-efficiency benefits of the global capitation model.

Answer:

I do not agree with this conclusion for the following reasons:

1. Selection Bias: Selection bias is a critical factor to consider. If healthier patients are more likely to enroll in global capitation plans, the observed reduction in health service use may not be due to the payment model itself but rather the inherent lower healthcare needs

of these patients. Conversely, sicker patients might avoid global capitation plans if they perceive potential under-provision of necessary services, further skewing the results. Robust methods, such as propensity score matching or instrumental variables, should be used to address this bias.

2. Unobserved confounders: Patient preferences, socioeconomic factors or other factors, might still bias the results if not adequately controlled.

3. Underutilization of Necessary Services: Lower health service use might indicate underutilization of necessary services, which could lead to poorer health outcomes and higher long-term costs. If patients are not receiving appropriate preventive care, chronic disease management, or timely interventions, their conditions might worsen, leading to more severe and costly health episodes in the future.

4. Adverse Health Outcomes: Reductions in health service use without corresponding improvements in health outcomes could imply that patients are foregoing essential care. This could result in increased morbidity and mortality, which are not immediately reflected in short-term cost savings but may lead to higher costs over time.

5. Administrative Costs: The implementation of global capitation requires robust administrative systems to manage payments, monitor care quality, and coordinate services. These administrative costs can be substantial and might offset the savings from reduced health service use.

6. Care Coordination Expenses: Effective care coordination under global capitation can involve significant resources, such as hiring care managers, investing in health information technology, and implementing new care processes. These expenses may not be captured in the analysis focused solely on health service use.

Reference:

Cabral, M., Geruso, M., & Mahoney, N. (2018). "Do Larger Health Insurance Subsidies Benefit Patients or Producers? Evidence from Medicare Advantage." American Economic Review, 108(8): 2048-2087.

🟡 Sentences that are likely AI-generated.

CASE 0:25-cv-00089-JMB-SGE   Doc. 10-12   Filed 01/27/25   Page 7 of 8

# FAQs

## What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text, with a focus on English prose. To date, GPTZero has served over 2.5 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

## When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

## Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-4, GPT-3, GPT-2, LLaMA, and AI services based on those models.

## What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene [Writing Reports](#) as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

## I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection: Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our [Writing Reports](#) through Google Docs). Check out our list of [several recommendations](#) on types of assignments that are difficult to solve with AI.

   Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.
 See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.