UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil Case No. 0:25-cv-00089-JMB-SGE

| | |
|---|---|
| Haishan Yang,<br>　　　　Plaintiff,<br><br>v.<br><br><br>Hannah Neprash et al.,<br>　　　　Defendants. | PLAINTIFF'S CERTIFICATION<br><br>OF NOTICE |

I, Haishan Yang, acting as a pro se Plaintiff, submit this certification pursuant to Federal Rule of Civil Procedure 65(a)(1) regarding notice of my Motion for Preliminary Injunction.

Efforts to Provide Notice

1. On February 5, 2025, at 8:00 AM Central Time, I sent an email to Ms. Carrie Ryan Gallia, Senior Associate General Counsel at the University of Minnesota (carrie.gallia@umn.edu), notifying her of my Motion for Preliminary Injunction. Ms. Carrie Ryan Gallia had previously confirmed that all named defendants—Hannah

    Neprash, Scott Lanyon, JaneAnne Murray, and Sharon Dzik—authorized her to accept service on their behalf.

2. In my email, I attached the following documents:

    a. Plaintiff's Motion for Preliminary Injunction

    b. Plaintiff's Verified Complaint

    c. Plaintiff's [Proposed] Order Granting Preliminary Injunction

    d. Plaintiff's Certification of Notice

3. As of the time of this filing, I have not received a response from Defendants.

Compliance with Rule 65(a)(1)

a. I certify that I have provided reasonable notice to the opposing party regarding my Motion for Preliminary Injunction, in accordance with Federal Rule of Civil Procedure 65(a)(1), by serving a copy of the motion and supporting documents via email to opposing counsel on February 5, 2025, at 8:00 AM Central Time.

b. If the Court finds the notice insufficient, I request that the Court waive any further notice requirement due to the extraordinary urgency of this matter and the risk of immediate irreparable harm as outlined in my motion.

I, Haishan Yang, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 5, 2025.

Respectfully submitted,

Haishan Yang



2136 Ford Parkway #5244,

Saint Paul, MN 55116

Phone: 435-932-1198