

# UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA
334 WARREN E. BURGER FEDERAL BUILDING
316 NORTH ROBERT STREET
ST. PAUL, MINNESOTA 55101-1461

**CHAMBERS OF**
**JEFFREY M. BRYAN**

Telephone (651) 848-1530
E-mail Bryan_Chambers@mnd.uscourts.gov

February 21, 2025

Haishan Yang
2136 Ford Parkway
# 5244
Saint Paul, MN 55116

      RE:    Yang v. Neprash et al
                Case No. 25-CV-00089 (JMB/SGE)

Dear Mr. Yang:

      Unlike criminal cases where there is a legal right to counsel, a person involved in a civil case has no legal right to have the Court appoint a lawyer. However, the Minnesota Chapter of the Federal Bar Association (FBA) operates a program that tries to connect unrepresented individuals who receive a Court referral to a program with volunteer lawyers who may agree to donate time to talk about their cases. The program is called the *Pro Se* Project. The Court is referring you to the *Pro Se* Project, and you may be able to talk with a lawyer at no cost to you.

      Your participation in the *Pro Se* Project is voluntary. If you would like to participate, the *Pro Se* Project Coordinator, Jacqueline Bailey, will try to put you in contact with an attorney who will provide you with a legal opinion about your claims or defenses and give you advice on how to proceed. The volunteer lawyer is not expected to represent you.

      Regardless of whether you participate, every case in Federal Court is governed by the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the District of Minnesota. Just as a lawyer would, you will need to follow these rules. You will find information to help unrepresented parties understand the basic procedures of the Court on the "Representing Yourself (Pro Se)" page of the Court's website at www.mnd.uscourts.gov.

1

If you would like to participate in the *Pro Se* Project, you must tell the *Pro Se* Coordinator, Ms. Bailey, whose contact information appears below. Ms. Bailey will inform the Court of your decision.

Jacqueline Bailey
P.O. Box 24378
Minneapolis, MN 55424
612.965.3711
coordinator@proseproject.org

Sincerely,

Jeffrey M. Bryan
United States District Judge
District of Minnesota

cc: Jacqueline Bailey, *Pro Se* Project Coordinator