UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Haishan Yang, | Civil No. 25-cv-00089-JMB-SGE |
| Plaintiff, | |
| v. | **MOTION TO DISMISS** |
| Hannah Neprash, Scott Lanyon, JaneAnne Murray, and Sharon Dzik, in his individual and official capacities, | |
| Defendants. | |

---

Defendants Hannah Neprash, Scott Lanyon, JaneAnne Murray, and Sharon Dzik hereby move the Court for an order dismissing Plaintiff Haishan Yang's amended complaint pursuant to Rule 12 of the Federal Rules of Civil Procedure. This motion is based upon all files, records, and proceedings herein.

Dated:  March 18, 2025

DOUGLAS R. PETERSON
General Counsel
University of Minnesota

By /s/ Carrie Ryan Gallia
Carrie Ryan Gallia (#0390479)
Senior Associate General Counsel
360 McNamara Alumni Center
200 Oak Street S.E.
Minneapolis, MN 55455
(612) 624-4100
ryang001@umn.edu

*Attorney for Defendants*