UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Haishan Yang, | Civil No. 25-cv-00089-JMB-SGE |
| Plaintiff, | |
| v. | **LOCAL RULE 7.1(f) CERTIFICATION OF COMPLIANCE** |
| Hannah Neprash, Scott Lanyon, JaneAnne Murray, and Sharon Dzik, in their individual and official capacities, | |
| Defendants. | |

---

I, Carrie Ryan Gallia, certify that the Memorandum of Law in Support of Defendants' Motion to Dismiss complies with Local Rule 7.1(f).

I further certify that, in preparation of this document, I used Microsoft Word 365, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the above-referenced document contains 4743 words.

Dated: March 18, 2025

DOUGLAS R. PETERSON
General Counsel
University of Minnesota


By: /s/ Carrie Ryan Gallia
Carrie Ryan Gallia (#0390479)
Senior Associate General Counsel
360 McNamara Alumni Center
200 Oak Street, SE
Minneapolis, MN 55455-2006
612-624-4100
ryang001@umn.edu

*Attorneys for Defendants*