UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Haishan Yang, | Civil No. 25-cv-00089-JMB-SGE |
| Plaintiff, | |
| v. | **MEET AND CONFER STATEMENT** |
| Hannah Neprash, Scott Lanyon, JaneAnne Murray, and Sharon Dzik, in their individual and official capacities, | |
| Defendants. | |

---

I, Carrie Ryan Gallia, representing Defendants Hannah Neprash, Scott Lanyon, JaneAnne Murray, and Sharon Dzik hereby certify that I met and conferred with Plaintiff Haishan Yang on Defendants' motion to dismiss Plaintiff's amended complaint. The parties were not able to agree on a resolution of any part of the motion.

| | |
|---|---|
| Dated: March 18, 2025 | DOUGLAS R. PETERSON<br>General Counsel<br>University of Minnesota<br><br>By <u>/s/ Carrie Ryan Gallia</u><br>Carrie Ryan Gallia (#0390479)<br>Senior Associate General Counsel<br>360 McNamara Alumni Center<br>200 Oak Street S.E.<br>Minneapolis, MN 55455<br>(612) 624-4100<br>ryang001@umn.edu<br><br>*Attorney for Defendants* |