Haishan Yang <haishan1121@gmail.com>

## Request for Consent to Email Service of Writ of Certiorari

**Carrie Ryan Gallia** <ryang001@umn.edu>                                                                  Mon, Mar 3, 2025 at 10:41 PM
To: Haishan Yang <haishan1121@gmail.com>

I did receive the filing.

**PRIVILEGED AND CONFIDENTIAL**
**ATTORNEY-CLIENT COMMUNICATION OR ATTORNEY WORK PRODUCT**
Do not share this message with any other person without prior permission from counsel. If you have received this message in error, *please immediately call (612) 624-4100.*

**Carrie Ryan Gallia**

Senior Associate General Counsel

Office of the General Counsel
University of Minnesota
200 Oak Street SE, Suite 360
Minneapolis, MN 55455-2006
(612) 624-1103 | ryang001@umn.edu

> On Mon, Mar 3, 2025 at 12:08 PM Haishan Yang <haishan1121@gmail.com> wrote:
>> Thank you. Carrie. Can you confirm you already received the filling in EMACS?
>> Haishan
>
>> On Mon, Mar 3, 2025 at 7:57 PM Carrie Ryan Gallia <ryang001@umn.edu> wrote:
>>> Dear Haishan,
>>>
>>> I will represent the University in this matter as well, and you can electronically serve me through emacs.
>>>
>>> Best regards,
>>> Carrie
>>>
>>> **PRIVILEGED AND CONFIDENTIAL**
>>> **ATTORNEY-CLIENT COMMUNICATION OR ATTORNEY WORK PRODUCT**
>>> Do not share this message with any other person without prior permission from counsel. If you have received this message in error, *please immediately call (612) 624-4100.*
>>>
>>> **Carrie Ryan Gallia**
>>>
>>> Senior Associate General Counsel
>>>
>>> Office of the General Counsel
>>> University of Minnesota
>>> 200 Oak Street SE, Suite 360
>>> Minneapolis, MN 55455-2006
>>> (612) 624-1103 | ryang001@umn.edu
>>>
>>>> On Mon, Mar 3, 2025 at 7:00 AM Haishan Yang <haishan1121@gmail.com> wrote:
>>>>> Dear Carrie,
>>>>> I am filing a Writ of Certiorari petition in the Minnesota Court of Appeals to appeal my expulsion decision.

Could you kindly confirm whether you will be representing the University in this case in the appeal court? If not, could you tell me who will represent the University in this case?
Please also kindly let me know that can I serve you or your colleague in E-MACS?
If not, pursuant to Minn. R. Civ. App. P. 125.03, I would like to confirm whether you consent to service of documents via email. If you agree, please confirm in writing. If not, I will proceed with service by other methods.
I appreciate your prompt response.
Best regards,
Haishan