# STATE OF MINNESOTA
# IN THE COURT OF APPEALS

CASE TITLE:

Matter of the University of Minnesota,

           Respondent,

   vs.

Haishan Yang,

           Relator.

RELATOR'S CERTIFICATE OF SERVICE BY MAIL OF ISSUED WRIT OF CERTIORARI
(Revised April 18, 2019)

Court of Appeals # A25-0342

STATE OF MINNESOTA

I, Haishan Yang, certify that on March 5, 2025, I served the attached issued writ of certiorari (signed by the Clerk of the Appellate Courts), on the following parties by mailing to each of them a copy via Certified Mail, with first-class postage pre-paid, arranged through a third-party mailing service, directed to said party as follows:

| University of Minnesota | and | Carrie Ryan Gallia |
|---|---|---|
| Office of the General Counsel<br>360 McNamara Alumni Center<br>200 Oak Street S.E.<br>Minneapolis, MN 55455 | | Office of the General Counsel<br>360 McNamara Alumni Center<br>200 Oak Street S.E.<br>Minneapolis, MN 55455 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*[signature: 楊海山]*

Haishan Yang                                            March 5, 2025

2136 Ford Parkway #5244

Saint Paul, MN 55116

United States