- Microsoft Copilot
- Zoom AI Companion

# Prohibited Use

- The privacy of student education records, including directory information, limited directory information, and private student education records, must be maintained. The Board of Regents Student Education Records policy provides information on what is considered public and private student information.

- For Generative AI tools not explicitly named above, it is against University policy to use data classified as Private-Restricted or Private-Highly-Restricted.

- Similarly, artificial intelligence programs should not be used to generate output that would be considered non-public. Examples include, but are not limited to, proprietary or unpublished research; legal analysis or advice; recruitment, personnel or disciplinary decision making; completion of academic work in a manner not allowed by the instructor; creation of non-public instructional materials; and grading.

# Additional Considerations

Agreement to any software's Terms and Conditions, including "click through" user agreements, are contracts and must be performed by the person with delegated authority to act on behalf of the University. Regents' Policies Relating to Contracts require that all such terms are submitted to OGC for review before acceptance to ensure the University is not entered into a legally binding contract with the vendor without adequate counsel.

See the Contract and Privacy Review section of the Review Process for UMN Software Purchases self-help guide.

# Additional Guidance

For further guidance on the use of AI for communication, teaching and learning and research, please see these additional resources.

- AI and your classroom - Executive Vice President and Provost