language from recorded practice sessions.

## AI Detectors

As AI technology evolves rapidly, detecting the use of AI can be increasingly tricky. Though using an AI detector may deter some academic dishonesty and raise student's awareness of the limits of AI and the need for original work, these tools are not foolproof. Current detection methods can produce false positives/negatives, particularly for non-native writers or generated content that has been substantially revised. Further, there can be privacy concerns when submitting student work to external tools without fully understanding their data and privacy policies.

The University of Minnesota does not endorse any AI detection tool at the moment and it is NOT recommended to use AI tools to scan student work.

Rather than implementing AI detection tools punitively, the better approach is to have an open discussion with students about appropriate AI use from the start:

- **Focus on Process over Product:** Consider how a project evolves from ideation to final product. Evaluate the research, reasoning, and revision process demonstrated by students. Ask students to include any AI prompts and outputs with their projects.
- **Focus on Student Understanding of Ethics:** Emphasize developing AI literacy and critical analysis skills, rather than engaging in an endless cat-and-mouse game of trying to outsmart AI checkers. Frame AI as a powerful tool that has limits for proper use.

## Resources

- CEI provides a robust AI resource document that includes resources on plagiarism detectors, examples of teaching practice, student perceptions of AI, and accessibility.
- The AI Pedagogy Project has an AI Guide and a detailed, clear, and simple-to-implement AI Assignments List.
- University Relations has guidance on the Use of Generative Artificial Intelligence.
- Join the UMN AI Community of Practice