relationship violence violation and was discovered as a result of a sexual harassment, sexual assault, stalking, or relationship violence report.

Moreover, the University may offer leniency with respect to other violations by informal problem-solving or grievance process participants that emerge as a result of a sexual harassment, sexual assault, stalking, or relationship violence report, depending on the circumstances involved.

**SECTION VI. OUTCOMES.**

Students and student groups found responsible for prohibited behaviors under the *Student Conduct Code* are subject to appropriate outcomes. Factors to consider in determining appropriate outcomes include: the nature of the offense, the severity of the offense, the culpability of the student or student group, the impact on other students or members of the University community, and the opportunity for student development. Separation from the University through suspension or expulsion is a serious outcome that may be appropriate for: repeated violations of the *Student Conduct Code*, for serious scholastic dishonesty, and for misconduct that constitutes a threat to community safety or well-being (including, but not limited to harm to others and sexual harassment, sexual assault, stalking, or relationship violence), or significantly disrupts the rights of others or the operations of the University.

In certain cases, students can agree to accept outcomes informally, as well as propose alternative resolution options outside of the conduct process. It may also be appropriate for restorative justice and/or alternative resolutions to be utilized. Restorative actions may include, but are not limited to, educational interventions/experiences, academic/co-curricular success plans, etc. In cases involving medical amnesty, a student requiring emergency evaluation or treatment at a medical facility may be required to complete an alcohol assessment or education program, which is not considered a student conduct response.

The following outcomes may be imposed upon students or student groups found to have violated the *Student Conduct Code*:

**Subd. 1. Academic Outcome.**
An academic outcome means an outcome affecting the course or academic work of the student for violation of Section IV, Subd. 1.

**Subd. 2. Warning**.
A warning means the issuance of an oral or written warning or reprimand.

**Subd. 3. Probation.**
Probation means special status with conditions imposed for a defined period of time and includes the probability of more serious outcomes if the student or student group is found to violate any institutional regulation during the probationary period.

**Subd. 4. Required Compliance.**
Required compliance means satisfying University requirements, work assignments, community service, participating in a restorative justice process, or other discretionary assignments.

**Subd. 5. Confiscation.**
Confiscation means confiscation of goods used or possessed in violation of University regulations or confiscation of falsified identification or identification wrongly used.