# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Haishan Yang, | Civil No. 25-cv-00089-JMB-SGE |
| Plaintiff, | |
| v. | **LOCAL RULE 7.1(f) CERTIFICATION OF COMPLIANCE** |
| Hannah Neprash, Scott Lanyon, JaneAnne Murray, and Sharon Dzik, in their individual and official capacities, | |
| Defendants. | |

I, Haishan Yang, hereby certify that this memorandum complies with the word count limit set forth in Local Rule 7.1(f). According to the word count function of the word processing program used to prepare this document, the memorandum contains 1278 words.

Date: May 16, 2025

Haishan Yang

2136 Ford Parkway #5244,

Saint Paul, MN 55116

(435) 932-1198

Haishan1121@gmail.com