**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Haishan Yang, | Civil No. 25-cv-00089-JMB-SGE |
| Plaintiff, | |
| vs. | NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL |
| Hannah Neprash, Scott Lanyon, JaneAnne Murray, and Sharon Dzik, in their individual and official capacities. | |
| Defendants. | |

Pursuant to Local Rule 83.7(b), Defendants Hannah Neprash, Scott Lanyon, JaneAnne Murray, and Sharon Dzik hereby give notice that as of June 13, 2025, Carrie Ryan Gallia will no longer be with the University of Minnesota's Office of the General Counsel. Ms. Ryan Gallia is therefore withdrawing from representing defendants in this matter. Senior Associate General Counsel Lisa L. Beane will appear on behalf of Defendants. The substitution will not delay the progress of the case.

| | |
|---|---|
| Dated: June 6, 2025 | DOUGLAS R. PETERSON<br>General Counsel<br>University of Minnesota<br><br>/s/ *Carrie Ryan Gallia*<br>Carrie Ryan Gallia (#0390479)<br>Senior Associate General Counsel<br>ryang001@umn.edu<br><br>/s/ *Lisa L. Beane*<br>Lisa L. Beane (#0395219)<br>Senior Associate General Counsel<br>Office of the General Counsel<br>University of Minnesota<br>200 Oak Street Southeast, Suite 360<br>Minneapolis, Minnesota 55455-2006<br>(612) 624-4100<br>bean0040@umn.edu<br><br>ATTORNEYS FOR DEFENDANTS HANNAH NEPRASH, SHARON DZIK, JANEANNE MURRAY, AND SCOTT LANYON |