# UNITED STATES DISTRICT COURT

## District of Minnesota

Haishan Yang,

**JUDGMENT IN A CIVIL CASE**

                Plaintiff,

v.

Case Number: 25-cv-89 JMB/SGE

Hannah Neprash, Scott Lanyon, JaneAnne Murray, Sharon Dzik,

                Defendants.

---

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1.    Defendants' Motion to Dismiss (Doc. No. 28) is GRANTED;

2.    Plaintiff's Motion for Leave to File Second Amended Complaint (Doc. No. 45) is DENIED as futile;

3.    This action is DISMISSED WITHOUT PREJUDICE.

Date: 11/3/2025

KATE M. FOGARTY, CLERK